# EXHIBIT B

Richard D. Burbidge (#0492)
rburbidge@bmgtrial.com
Jefferson W. Gross (#8339)
jwgross@bmgtrial.com
Andrew Dymek (#9277)
adymek@bmgtrial.com
BURBIDGE MITCHELL & GROSS
215 South State Street, Suite 920
Salt Lake City, Utah 84111
Telephone: (801) 355-6677
Facsimile:  (801) 355-2341

Frank W. Compagni (#7174)
MORRISS O'BRYANT COMPAGNI, P.C.
734 East 200 South
Salt Lake City, Utah 84102
Telephone: (801) 478-0071
Facsimile:  (801) 478-0076
compagni@utahpatents.com

*Attorneys for Plaintiff*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| CONTOUR, LLC, a Utah limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>GOPRO, INC., a Delaware Corporation, CAMP SAVER, LLC, a Utah limited liability company, dba CAMPSAVER.COM, and DOES 1-500,<br><br>Defendants. | **SUPPLEMENTAL AND SECOND AMENDED COMPLAINT**<br><br>**JURY TRIAL DEMAND**<br><br>Civil No. 2:14-cv-00864-PMW<br><br>Magistrate Judge Paul M. Warner |

Plaintiff Contour, LLC ("Contour" or "Plaintiff"), by its undersigned attorneys, brings

this action against Defendants and hereby alleges as follows:

## THE PARTIES

1.      Plaintiff Contour is a limited liability company organized and existing under the laws of the State of Utah, having a principal place of business at 5152 Edgewood Drive, Ste. 375, Provo, Utah.

2.      Defendant GoPro, Inc. ("GoPro") is a corporation organized and existing under the laws of the State of Delaware, having a principal place of business at 3000 Clearview Way, San Mateo, California.

3.      Defendant Camp Saver, LLC ("Camp Saver") is a limited liability company organized and existing under the laws of the State of Utah, having a principal place of business at 2280 South Heritage Dr., Nibley, Utah 84321, and doing business as CampSaver.com.

4.      Defendants Does 1 through 500 (the "Doe Defendants") are individuals and/or entities that may be liable for the claims set forth herein, but whose specific names have not yet been enumerated by Plaintiff.  At such time that Plaintiff identifies and/or confirms Does 1 through 500, this Second Amended Complaint shall be amended to specifically name said Does 1 through 500.  The named Defendant(s) and Defendants Does 1 through 500 will sometimes collectively be referred to herein as "Defendants."

## NATURE OF THE ACTION

5.      This is a civil action for infringement of United States Patent Nos. 8,890,954 (the "'954 Patent") and 8,896,694 (the "'694 Patent") under the patent laws of the United States, 35 U.S.C. § 271 *et seq.*  True and correct copies of the '954 and '694 Patents are attached hereto as Exhibits A and B, respectively.

2

## JURISDICTION AND VENUE

6.     This Court has jurisdiction over the subject matter of this action pursuant to 28

U.S.C. §§ 1331 and 1338(a).  This Court also has supplemental jurisdiction under 28 U.S.C.

§ 1331.

7.     Venue is proper in this judicial district under Title 28 U.S.C. §§ 1391 and 1400(b)

because Defendants are subject to personal jurisdiction in this judicial district, have committed

acts of patent infringement in this judicial district, and transact and are doing substantial business

in this judicial district.  Furthermore, Plaintiff is organized and exists under the laws of the State

of Utah and resides in Utah.

8.     Personal jurisdiction exists over the Defendants.  GoPro applied for and received

authorization to conduct business within the State of Utah.  Camp Saver is organized under the

laws of the State of Utah, and its principal place of business is within Utah.  GoPro and Camp

Saver have each designated and maintained an agent for service of process in Utah.

9.     GoPro, Camp Saver and the other Defendants have purposefully availed

themselves of the privilege of conducting activities within this forum.  These activities far

exceed the requisite minimum contacts.  Defendants' activities in this forum are continuous and

systematic, and give rise to the liabilities sued upon herein.

10.    Defendants' activities in this forum include, *inter alia*, selling and offering to sell

infringing products in this forum, and marketing and advertising infringing products in this

forum.  GoPro has personally availed itself in this forum by committing acts of patent

infringement in Utah including, *inter alia*, offering to sell and selling infringing products in Utah

and by inducing Utah retailers, including but not limited to Camp Saver, to commit such acts of infringement in Utah.

11.     GoPro, Camp Saver and the other Defendants do extensive business within the State of Utah.  GoPro, Camp Saver and the other Defendants earn substantial amounts of revenue through their contacts with this forum.

12.     On information and belief, GoPro has also purposefully availed itself of this forum by entering into agreements with numerous entities in Utah prescribing the conditions under which the entities may qualify and remain an "Authorized Reseller" of GoPro's infringing products.  According to GoPro's website, GoPro has over 50 authorized resellers of its infringing products in Utah, including but not limited to Camp Saver, RC Willey, Cabelas, Snowbird Ski & Summer Resort, Jans Bicycles Ltd, and Canyon Bicycles.

## **BACKGROUND**

13.     On November 18, 2014, the '954 Patent, entitled "Portable Digital Video Camera Configured for Remote Image Acquisition, Control and Viewing" was duly and legally issued to Plaintiff, as assignee.  Plaintiff is currently the owner and possessor of all rights pertaining to the '954 Patent.

14.     On November 25, 2014, the '694 Patent, entitled "Portable Digital Video Camera Configured for Remote Image Acquisition, Control and Viewing" was duly and legally issued to Plaintiff as assignee.  Plaintiff is currently the owner and possessor of all rights pertaining to the '694 Patent.

15.     On January 5, 2015, GoPro was properly served with a Summons and a copy of the First Amended Complaint in Civil No. 2:14-cv-00864-PMW.

16.     The First Amended Complaint alleged, *inter alia*, direct patent infringement by GoPro of both the '954 Patent and the '694 Patent.

17.     Since at least January 5, 2015, GoPro had actual notice of the '954 and '694 Patents and that its cameras infringe one or more claims of each of the '954 and '694 Patents.

18.     Plaintiff is a maker and seller of wearable and gear-mountable camera products, including the Contour Roam3, the Contour Roam2, and the Contour+2.  Wireless features of the Contour+2 allowing the camera's video images and settings to be remotely captured, previewed and controlled are described in the '954 and/or '694 Patents and set forth in one or more claims of the '954 Patent and in one or more claims of the '694 Patent.

19.     GoPro, Camp Saver and one or more of the Doe Defendants sell and/or offer for sale (or direct or induce others to sell and/or offer for sale) camera products (the "infringing products") in the United States, that infringe, either literally or under the doctrine of equivalents, at least one claim of the '954 Patent and at least one claim of the '694 Patent.

20.     GoPro and one or more of the Doe Defendants make, use, sell, and/or offer for sale (or direct or induce others to make, use, sell, and/or offer for sale) camera products (the "infringing products"), including the HERO3, HERO3+ and HERO4 cameras ("cameras with wireless capability").

21.     GoPro and one or more of the Doe Defendants make, use, sell, and/or offer for sale (or direct or induce others to make, use, sell, and/or offer for sale) software (the "GoPro

App") and/or camera mounts, in the United States, that when used in combination with the GoPro cameras with wireless capability infringe, either literally or under the doctrine of equivalents, at least one claim of the '954 Patent and at least one claim of the '694 Patent.

22.     The Doe Defendants engaged in direct infringement of the '954 and '694 Patents include, but are not limited to, end users, endorsers, suppliers, distributors and resellers of the infringing products.

23.     GoPro, with knowledge that the accused products infringed the '954 and '694 Patents, has induced and continues to induce others including one or more of the other Defendants to infringe the '954 and '694 Patents by requiring others including one or more of the other Defendants to manufacture, use, sale and/or offer for sale the infringing products.  GoPro requires others including one or more of the other Defendants to infringe the '954 and '694 Patents by entering into, performing and requiring performance under manufacturing, endorsement, supply, distribution, and/or reseller agreements with others including one or more of the other Defendants.

24.     GoPro and one or more of the other Defendants advertise, demonstrate and/or recommend infringing uses and/or provide instruction on how to engage in infringing uses of the infringing products through various forms and by various means, including but not limited to advertisements, websites, videos, product brochures and product manuals.  GoPro and one or more of the other Defendants make, use, sell and/or offer to sell components, including but not limited to cameras, camera accessories and/or the GoPro App that are a part of at least one claim of the '954 Patent and at least one claim of the '694 Patent and which have no substantial non-

infringing use, knowing that the components are especially made or especially adapted for use in a direct infringement of the '954 and '694 Patents.

25.     GoPro and one or more of the other Defendants actively contribute to direct infringement of at least one claim of the '954 Patent and at least one claim of the '694 Patent by others, either literally or under the doctrine of equivalents, by selling cameras and/or camera accessories and providing and/or making available for download the GoPro App for use with the infringing products.

26.     GoPro actively induces infringement of at least one claim of the '954 Patent and at least one claim of the '694 Patent by inducing infringing use of the cameras with wireless capability with the GoPro App by, *inter alia,* instructing others how to engage in infringing uses (e.g., on websites, Facebook pages, product manuals and other media) and by entering into, performing and requiring performance under manufacturing, endorsement, supply, distribution, and/or reseller agreements with others including one or more of the other Doe Defendants that require use of the GoPro App in combination with the cameras with wireless capability.

27.     The GoPro cameras with wireless capability are especially made and/or especially adapted for use with the claimed invention of at least one claim of the '954 Patent and at least one claim of the '694 Patent and are not a staple article or commodity of commerce suitable for substantial non-infringing use.

28.     The GoPro App is especially made and/or especially adapted for use with the claimed invention of at least one claim of the '954 Patent and at least one claim of the '694

Patent and is not a staple article or commodity of commerce suitable for substantial non-infringing use.

29.     Contour and GoPro are direct competitors in the action camera market.

30.     On information and belief, at the end of 2012, GoPro introduced the HERO3 line of cameras that included wireless capability.

31.     On information and belief, prior to 2012, GoPro did not offer for sale any cameras with wireless capability.

32.     On information and belief, at about the same time, GoPro introduced the GoPro App for use with its cameras with wireless capability.

33.     GoPro makes the GoPro App, or causes the GoPro App to be made, available for download from at least Google Play, iTunes App Store and Windows Phone Store.

34.     Each of GoPro's cameras that include wireless capability directly infringes one or more claims of each of the '954 and '694 Patents.

35.     On information and belief, GoPro's gross sales revenue increased from approximately $526 million in 2012 to approximately $986 million in 2013 (an 87% increase).

36.     On information and belief, GoPro's net profit nearly doubled from approximately $32 million in 2012 to over $60 million in 2013.

37.     On information and belief, GoPro's gross sales revenue has continued to rise in 2014.

38.    On information and belief, GoPro's significant gains in sales revenue since 2012 and significant gains in net profit are attributable to its sales of cameras that include wireless capabilities and infringe one or more claims of each of the '954 and '694 Patents.

39.    On information and belief, GoPro holds the largest share of the action camera market.

40.    On information and belief, GoPro's share of the action camera market continues to grow due to sales of its cameras that include wireless capabilities and infringe one or more claims of each of the '954 and '694 Patents.

41.    On information and belief, GoPro's success in capturing significant market share is attributable to its sales of cameras that include wireless capabilities and infringe one or more claims of each of the '954 and '694 Patents.

42.    On information and belief, Contour's ability to expand its share of the action camera market based on its patented technologies set forth in the '954 and '694 Patents has been impaired as a direct result of GoPro's significant market share that has been generated as a result of its infringement of the '954 and '694 Patents.

43.    In addition to damages suffered by Contour, Contour has been and continues to be irreparably harmed due to loss of market share in the action camera market as a result of GoPro's infringement of the '954 and '694 Patents.  On information and belief, despite GoPro's knowledge of the '954 and '694 Patents since at least January 5, 2015, GoPro has not altered, modified or changed the infringing products to be outside the scope of the claims of the '954 Patent or '694 Patent, stopped selling or offering to sell the infringing products or required any

9

of the other Defendants to stop making, using, selling or offering to sell the infringing products
to avoid patent infringement of either the '954 Patent or '694 Patent.

44.     Since at least January 5, 2015, GoPro, with knowledge of the '954 and '694
Patents, has willfully infringed and continues to willfully infringe the '954 and '694 Patents.

45.     Since at least January 5, 2015, GoPro, with knowledge of the '954 and '694
Patents, has contributorily infringed and continues to contributorily infringe the '954 and '694
Patents.

46.     Since at least January 5, 2015, GoPro, with knowledge of the '954 and '694
Patents, has actively induced others to infringe and continues to actively induce others to infringe
the '954 and '694 Patents.

**COUNT I**
**CLAIM FOR DIRECT INFRINGEMENT OF THE**
**'954 PATENT UNDER 35 U.S.C. § 271(a)**

47.     Plaintiff restates all of the preceding paragraphs as if fully set forth herein.

48.     The '954 Patent has at all times subsequent to its issue date been fully enforceable
and is now fully enforceable.

49.     GoPro, Camp Saver and one or more of the Doe Defendants have been, and
continue to be, making, using, selling and/or offering to sell, or directing others to sell and/or
offer to sell, infringing products, which alone or in combination with other products offered by
Defendants or third parties, come within the scope of one or more claims of the '954 Patent.
Defendants have thereby infringed the '954 Patent in violation of 35 U.S.C. § 271(a).

50.     GoPro, Camp Saver and one or more of the Doe Defendants have been, and continue to be, making, using, selling and/or offering to sell, or directing others to make, use, sell and/or offer to sell, infringing products, which alone or in combination with other products offered by Defendants or third parties, come within a range of equivalents of one or more claims of the '954 Patent.  Defendants have thereby infringed the '954 Patent in violation of 35 U.S.C. § 271(a).

51.     The making, using, selling and/or offering to sell infringing products by GoPro, Camp Saver and one or more of the Doe Defendants has been without authority or license from Plaintiff and in violation of Plaintiff's exclusive rights under the '954 Patent.

52.     Plaintiff has been injured and damaged monetarily and otherwise by Defendants' infringement of the '954 Patent.  Defendants are therefore liable to Plaintiff for the damages suffered by Plaintiff, in an amount not less than a reasonable royalty.

53.     Defendants' continuing acts of infringement are willful, entitling Plaintiff to increased damages under 35 U.S.C. § 284 and to attorneys' fees and costs incurred in prosecuting this action under 35 U.S.C. § 285.

54.     By this action, Plaintiff seeks recovery of its damages pursuant to 35 U.S.C. § 284 including, without limitation, lost profits and a reasonable royalty.  However, such monetary damages will not adequately compensate Plaintiff for the infringement of its patents.  As demonstrated by GoPro's meteoric increase in sales of infringing products, the patented technology has displaced, and will continue to displace, from the market cameras not equipped with wireless capabilities.   As the owner of the Patents, Plaintiff is entitled to the exclusive use

and exploitation of the Patents to capture market share in the area of personal cameras. Plaintiff

will be irreparably injured during the pendency of this action unless GoPro, its direct competitor,

is enjoined from infringing the Patents because Plaintiff will be unable to acquire the share of the

market to which its exclusive use of the Patents would otherwise cause. Plaintiff is thus entitled

to preliminary and permanent injunctions against GoPro and the other Defendants.

**COUNT II**
**CLAIM FOR INDUCEMENT OF INFRINGEMENT OF THE**
**'954 PATENT UNDER 35 U.S.C. § 271(b)**

55. Plaintiff restates all of the preceding paragraphs as if fully set forth herein.

56. GoPro and one or more of the other Defendants have indirectly infringed and are

still indirectly infringing the '954 Patent in violation of 35 U.S.C. § 271(b), by actively inducing

infringement of the '954 Patent.

57. Go Pro, with knowledge that the accused products infringe the '954 Patent, has

induced and continues to induce others, including but not limited to one or more of the other

Defendants, to directly infringe the '954 Patent by requiring one or more of the Doe Defendants

to manufacture, use, sale and/or offer for sale the infringing products.

58. GoPro became aware of the '954 Patent, at the latest, when it was served with the

First Amended Complaint and yet continues to actively and knowingly induce others to directly

infringe the '954 Patent.

59. Despite knowledge that the accused products infringe the '954 Patent, GoPro and

one or more of the other Defendants continue to take numerous active steps to encourage and aid

and abet others' direct infringement of the '954 Patent. These active steps include, *inter alia*,

12

encouraging others to manufacture, use, sell or resell infringing products, advertising the availability of infringing products for purchase, advertising infringing uses and/or instructing how to engage in infringing uses of the infringing products (e.g., on websites, Facebook pages, product manuals and other media), demonstrating and recommending infringing configurations and uses, and providing instructions and answering questions on infringing uses.

60.     Plaintiff has been injured and damaged monetarily and otherwise by Defendants' indirect infringement of the '954 Patent in violation of 35 U.S.C. § 271(b).  Defendants are therefore liable to Plaintiff for the damages suffered by Plaintiff.

61.     Defendants' continuing acts of indirect infringement with knowledge that the accused products infringe the '954 Patent are willful, entitling Plaintiff to increased damages under 35 U.S.C. § 284 and to attorneys' fees and costs incurred in prosecuting this action under 35 U.S.C. § 285.  By this action, Plaintiff seeks recovery of its damages pursuant to 35 U.S.C. § 284 including, without limitation, lost profits and a reasonable royalty.  However, such monetary damages will not adequately compensate Plaintiff for the infringement of its patents.  As demonstrated by GoPro's meteoric increase in sales of infringing products, the patented technology has displaced, and will continue to displace, from the market cameras not equipped with wireless capabilities.   As the owner of the Patents, Plaintiff is entitled to the exclusive use and exploitation of the Patents to capture market share in the area of personal cameras.  Plaintiff will be irreparably injured during the pendency of this action unless GoPro, its direct competitor, is enjoined from infringing the Patents because Plaintiff will be unable to acquire the share of the

market to which its exclusive use of the Patents would otherwise cause.  Plaintiff is thus entitled

to preliminary and permanent injunctions against GoPro and the other Defendants.

## COUNT III
## CLAIM FOR CONTRIBUTORY INFRINGEMENT OF THE
## '954 PATENT UNDER 35 U.S.C. § 271(c)

62.     Plaintiff restates all of the preceding paragraphs as if fully set forth herein.

63.     GoPro, Camp Saver and one or more of the Doe Defendants have committed and

continue to commit acts of contributory infringement of the '954 Patent in violation of 35 U.S.C.

§ 271(c) *et seq*., by, *inter alia*, offering to sell and selling components that are a material part of

the claimed invention and which have no substantial non-infringing uses, knowing that the

components are especially made or especially adapted for use in a direct infringement of the '954

Patent.

64.     These acts of contributory infringement of the '954 Patent include, *inter alia*,

making, using, selling and/or offering for sale cameras, camera accessories and/or GoPro App,

that are especially made and adapted for use in directly infringing the '954 Patent.

65.     GoPro and one or more of the other Defendants engaging in contributory

infringement became aware of the '954 Patent, at the latest, when they were served with the First

Amended Complaint and yet continue to engage in contributory infringement of the '954 Patent.

66.     Plaintiff has been injured and damaged monetarily and otherwise by Defendants'

contributory infringement of the '954 Patent in violation of 35 U.S.C. § 271(c).  Defendants are

therefore liable to Plaintiff for the damages suffered by Plaintiff.

67. Defendants' continuing acts of contributory infringement with knowledge that the accused products infringe the '954 Patent are willful, entitling Plaintiff to increased damages under 35 U.S.C. § 284 and to attorneys' fees and costs incurred in prosecuting this action under 35 U.S.C. § 285. By this action, Plaintiff seeks recovery of its damages pursuant to 35 U.S.C. § 284 including, without limitation, lost profits and a reasonable royalty. However, such monetary damages will not adequately compensate Plaintiff for the infringement of its patents. As demonstrated by GoPro's meteoric increase in sales of infringing products, the patented technology has displaced, and will continue to displace, from the market cameras not equipped with wireless capabilities. As the owner of the Patents, Plaintiff is entitled to the exclusive use and exploitation of the Patents to capture market share in the area of personal cameras. Plaintiff will be irreparably injured during the pendency of this action unless GoPro, its direct competitor, is enjoined from infringing the Patents because Plaintiff will be unable to acquire the share of the market to which its exclusive use of the Patents would otherwise cause. Plaintiff is thus entitled to preliminary and permanent injunctions against GoPro and the other Defendants.

<div align="center">

**COUNT IV**
**CLAIM FOR DIRECT INFRINGEMENT OF THE**
**'694 PATENT UNDER 35 U.S.C. § 271(a)**

</div>

68. Plaintiff restates all of the preceding paragraphs as if fully set forth herein.

69. The '694 Patent has at all times subsequent to its issue date been fully enforceable and is now fully enforceable.

70. GoPro, Camp Saver and one or more of the Doe Defendants have been, and continue to be, making, using, selling and/or offering to sell, or directing others to sell and/or

offer to sell, infringing products, which alone or in combination with other products offered by Defendants or third parties, come within the scope of one or more claims of the '694 Patent. Defendants have thereby infringed the '694 Patent in violation of 35 U.S.C. § 271(a).

71.     GoPro, Camp Saver and one or more of the Doe Defendants have been, and continue to be, making, using, selling and/or offering to sell, or directing others to make, use, sell and/or offer to sell, infringing products, which alone or in combination with other products offered by Defendants or third parties, come within a range of equivalents of one or more claims of the '694 Patent.  Defendants have thereby infringed the '694 Patent in violation of 35 U.S.C. § 271(a).

72.     The making, using, selling and/or offering to sell infringing products by GoPro, Camp Saver and one or more of the Doe Defendants has been without authority or license from Plaintiff and in violation of Plaintiff's exclusive rights under the '694 Patent.

73.     Plaintiff has been injured and damaged monetarily and otherwise by Defendants' infringement of the '694 Patent.  Defendants are therefore liable to Plaintiff for the damages suffered by Plaintiff, in an amount not less than a reasonable royalty.

74.     Defendants' continuing acts of infringement are willful, entitling Plaintiff to increased damages under 35 U.S.C. § 284 and to attorneys' fees and costs incurred in prosecuting this action under 35 U.S.C. § 285.

75.     By this action, Plaintiff seeks recovery of its damages pursuant to 35 U.S.C. § 284 including, without limitation, lost profits and a reasonable royalty.  However, such monetary damages will not adequately compensate Plaintiff for the infringement of its patents.  As

16

demonstrated by GoPro's meteoric increase in sales of infringing products, the patented

technology has displaced, and will continue to displace, from the market cameras not equipped

with wireless capabilities. As the owner of the Patents, Plaintiff is entitled to the exclusive use

and exploitation of the Patents to capture market share in the area of personal cameras. Plaintiff

will be irreparably injured during the pendency of this action unless GoPro, its direct competitor,

is enjoined from infringing the Patents because Plaintiff will be unable to acquire the share of the

market to which its exclusive use of the Patents would otherwise cause. Plaintiff is thus entitled

to preliminary and permanent injunctions against GoPro and the other Defendants.

**COUNT V**
**CLAIM FOR INDUCEMENT OF INFRINGEMENT OF THE**
**'694 PATENT UNDER 35 U.S.C. § 271(b)**

76.     Plaintiff restates all of the preceding paragraphs as if fully set forth herein.

77.     GoPro and one or more of the other Defendants have indirectly infringed and are

still indirectly infringing the '694 Patent in violation of 35 U.S.C. § 271(b), by actively inducing

infringement of the '694 Patent.

78.     Go Pro, with knowledge that the accused products infringe the '694 Patent, has

induced and continues to induce others, including but not limited to one or more of the other

Defendants, to directly infringe the '694 Patent by requiring one or more of the Doe Defendants

to manufacture, use, sale and/or offer for sale the infringing products. GoPro became aware of

the '694 Patent, at the latest, when it was served with the First Amended Complaint and yet

continues to actively and knowingly induce others to directly infringe the '694 Patent.

17

79.     Despite knowledge that the accused products infringe the '694 Patent, GoPro and one or more of the other Defendants continue to take numerous active steps to encourage and aid and abet others' direct infringement of the '694 Patent.  These active steps include, *inter alia*, encouraging others to manufacture, use, sell or resell infringing products, advertising the availability of infringing products for purchase, advertising infringing uses and/or instructing how to engage in infringing uses of the infringing products (e.g., on websites, Facebook pages, product manuals and other media), demonstrating and recommending infringing configurations and uses, and providing instructions and answering questions on infringing uses.

80.     Plaintiff has been injured and damaged monetarily and otherwise by Defendants' indirect infringement of the '694 Patent in violation of 35 U.S.C. § 271(b).  Defendants are therefore liable to Plaintiff for the damages suffered by Plaintiff.

81.     Defendants' continuing acts of indirect infringement with knowledge that the accused products infringe the '694 Patent are willful, entitling Plaintiff to increased damages under 35 U.S.C. § 284 and to attorneys' fees and costs incurred in prosecuting this action under 35 U.S.C. § 285.  By this action, Plaintiff seeks recovery of its damages pursuant to 35 U.S.C. § 284 including, without limitation, lost profits and a reasonable royalty.  However, such monetary damages will not adequately compensate Plaintiff for the infringement of its patents.  As demonstrated by GoPro's meteoric increase in sales of infringing products, the patented technology has displaced, and will continue to displace, from the market cameras not equipped with wireless capabilities.   As the owner of the Patents, Plaintiff is entitled to the exclusive use and exploitation of the Patents to capture market share in the area of personal cameras.  Plaintiff

will be irreparably injured during the pendency of this action unless GoPro, its direct competitor, is enjoined from infringing the Patents because Plaintiff will be unable to acquire the share of the market to which its exclusive use of the Patents would otherwise cause. Plaintiff is thus entitled to preliminary and permanent injunctions against GoPro and the other Defendants.

**COUNT VI**
**CLAIM FOR CONTRIBUTORY INFRINGEMENT OF THE**
**'694 PATENT UNDER 35 U.S.C. § 271(c)**

82. Plaintiff restates all of the preceding paragraphs as if fully set forth herein.

83. GoPro, Camp Saver and one or more of the Doe Defendants have committed and continue to commit acts of contributory infringement of the '694 Patent in violation of 35 U.S.C. § 271(c) *et seq.*, by, *inter alia*, offering to sell and selling components that are a material part of the claimed invention and which have no substantial non-infringing uses, knowing that the components are especially made or especially adapted for use in a direct infringement of the '694 Patent.

84. These acts of contributory infringement of the '694 Patent include, *inter alia*, making, using, selling and/or offering for sale cameras, camera accessories and/or GoPro App, that are especially made and adapted for use in directly infringing the '694 Patent.

85. GoPro and one or more of the other Defendants engaging in contributory infringement became aware of the '694 Patent, at the latest, when they were served with the First Amended Complaint and yet continue to engage in contributory infringement of the '694 Patent.

86.     Plaintiff has been injured and damaged monetarily and otherwise by Defendants' contributory infringement of the '694 Patent in violation of 35 U.S.C. § 271(c).  Defendants are therefore liable to Plaintiff for the damages suffered by Plaintiff.

87.     Defendants' continuing acts of contributory infringement with knowledge that the accused products infringe the '694 Patent are willful, entitling Plaintiff to increased damages under 35 U.S.C. § 284 and to attorneys' fees and costs incurred in prosecuting this action under 35 U.S.C. § 285.  By this action, Plaintiff seeks recovery of its damages pursuant to 35 U.S.C. § 284 including, without limitation, lost profits and a reasonable royalty.  However, such monetary damages will not adequately compensate Plaintiff for the infringement of its patents.  As demonstrated by GoPro's meteoric increase in sales of infringing products, the patented technology has displaced, and will continue to displace, from the market cameras not equipped with wireless capabilities.  As the owner of the Patents, Plaintiff is entitled to the exclusive use and exploitation of the Patents to capture market share in the area of personal cameras.  Plaintiff will be irreparably injured during the pendency of this action unless GoPro, its direct competitor, is enjoined from infringing the Patents because Plaintiff will be unable to acquire the share of the market to which its exclusive use of the Patents would otherwise cause.  Plaintiff is thus entitled to preliminary and permanent injunctions against GoPro and the other Defendants.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff respectfully requests the following relief:

a)     That this Court adjudge the '954 Patent and '694 Patent valid and enforceable by the Plaintiff;

b)      That this Court enter a judgment that Defendants have directly and indirectly infringed and are directly and indirectly infringing one or more claims of the '954 and '694 Patents and that such direct and indirect infringement by Defendants has been willful;

c)      That this Court enter a judgment that Defendants have induced others to infringe one or more claims of the '954 Patent and one or more claims of the '694 Patent and that such induced infringement by Defendants has been willful;

d)      That this Court enter a judgment that Defendants have contributorily infringed one or more claims of the '954 Patent and one or more claims of the '694 Patent and that such contributory infringement by Defendants has been willful;

e)      That this Court enter a judgment and order preliminarily and permanently enjoining Defendants, their employees and agents, and any person in active concert or participation with Defendants, from directly or indirectly infringing the '954 Patent and '694 Patents;

f)      That this Court enter a judgment against Defendants awarding damages adequate to compensate Plaintiff for the direct and indirect infringement by Defendants of the '954 Patent and '694 Patents, including enhanced damages up to three times the amount of compensatory damages for Defendants' willful infringement and any supplemental damages for any continuing post-verdict infringement until entry of a final judgment and cessation of such infringement;

g)      That this Court assess pre-judgment and post-judgment interest and costs against Defendants, together with an award of such interest and costs, in accordance with 35 U.S.C. § 284;

h)      That this Court render a finding that this case is "exceptional" and award to

Plaintiff its costs and reasonable attorneys' fees, as provided by 35 U.S.C. § 285; and

i)      That this Court grant Plaintiff such other and further relief as the Court may deem

just, proper, and equitable.

## JURY DEMAND

Pursuant to Rule 38 of the Federal Rules of Civil Procedure, Plaintiff demands a jury trial

as to all matters so triable.

DATED this 27th day of March, 2015.

BURBIDGE MITCHELL & GROSS
215 South State Street, Suite 920
Salt Lake City, Utah 84111

MORRISS O'BRYANT COMPAGNI, P.C.
734 East 200 South
Salt Lake City, Utah 84102


By:    /s/ Richard D. Burbidge
       *Attorneys for Plaintiff*

EXHIBIT A

US008890954B2

## (12) United States Patent
### O'Donnell et al.

(10) Patent No.: **US 8,890,954 B2**
(45) Date of Patent: ***Nov. 18, 2014**

(54) **PORTABLE DIGITAL VIDEO CAMERA CONFIGURED FOR REMOTE IMAGE ACQUISITION CONTROL AND VIEWING**

(75) Inventors: **Laura O'Donnell**, Hermosa Beach, CA (US); **Richard Mander**, Bainbridge, WA (US); **Michael Denton**, Christchurch (NZ); **Ben Bodley**, Auckland (NZ); **Alan Tompkins**, Ferny Grove (AU); **Keith Gurganus**, San Diego, CA (US); **Kelvin P. Barnsdale**, Christchurch (NZ); **Simon Third**, Christchurch (NZ); **Carm Pierce**, Stanwood, WA (US); **Carl Perkins**, Seattle, WA (US)

(73) Assignee: **Contour, LLC**, Provo, UT (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **13/822,255**

(22) PCT Filed: **Sep. 13, 2011**

(86) PCT No.: **PCT/US2011/051418**

§ 371 (c)(1),
(2), (4) Date: **Sep. 20, 2013**

(87) PCT Pub. No.: **WO2012/037139**

PCT Pub. Date: **Mar. 22, 2012**

(65) **Prior Publication Data**

US 2014/0049636 A1       Feb. 20, 2014

**Related U.S. Application Data**

(60) Provisional application No. 61/382,404, filed on Sep. 13, 2010.

(51) **Int. Cl.**

| | | |
|---|---|---|
| *H04N 9/47* | (2006.01) | |
| *H04N 5/232* | (2006.01) | |
| *G08C 17/02* | (2006.01) | |
| *H04N 5/225* | (2006.01) | |
| *H04N 7/18* | (2006.01) | |
| *G06F 19/00* | (2011.01) | |
| *G08B 13/196* | (2006.01) | |
| *H04N 21/218* | (2011.01) | |
| *H04N 21/2343* | (2011.01) | |
| *H04N 21/2365* | (2011.01) | |
| *H04N 21/2385* | (2011.01) | |
| *H04N 21/258* | (2011.01) | |
| *H04N 21/2662* | (2011.01) | |
| *H04N 21/462* | (2011.01) | |

(52) **U.S. Cl.**
CPC ............ *H04N 5/23206* (2013.01); *G08C 17/02* (2013.01); *H04N 5/2251* (2013.01); *H04N 7/18* (2013.01); *G06F 19/3418* (2013.01); *G08B*

*13/19641* (2013.01); *G08B 13/1966* (2013.01); *G08B 13/19682* (2013.01); *G08B 13/19684* (2013.01); *H04N 7/181* (2013.01); *H04N 7/183* (2013.01); *H04N 21/21805* (2013.01); *H04N 21/234363* (2013.01); *H04N 21/2365* (2013.01); *H04N 21/2385* (2013.01); *H04N 21/25825* (2013.01); *H04N 21/2662* (2013.01); *H04N 21/4621* (2013.01)
USPC ............ 348/143; 348/157; 725/105; 600/300

(58) **Field of Classification Search**
CPC ......... G08C 17/02; H04N 5/2251; H04N 7/18
USPC ........................................... 348/143
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| D246,528 | S | 11/1977 | Miller |
|---|---|---|---|
| 4,516,157 | A | 5/1985 | Campbell |

(Continued)

FOREIGN PATENT DOCUMENTS

| CA | 2 463 117 A1 | 8/2004 |
|---|---|---|
| CN | 1425953 A | 6/2003 |

(Continued)

OTHER PUBLICATIONS

Nov. 2, 2009 world wide web ("http://www.helmkameras24.de/Oregon-Scientific-ATC-9000_c25 . . . ") 2-page printout concerning new item Oregon Scientific ATC 9000.

(Continued)

*Primary Examiner* — Sath V Perungavoor
*Assistant Examiner* — Dakshesh Parikh
(74) *Attorney, Agent, or Firm* — Knobbe, Martens, Olson & Bear, LLP

(57) **ABSTRACT**

A wearable digital video camera (**10**) is equipped with wireless connection protocol and global navigation and location positioning system technology to provide remote image acquisition control and viewing. The Bluetooth® packet-based open wireless technology standard protocol (**400**) is preferred for use in providing control signals or streaming data to the digital video camera and for accessing image content stored on or streaming from the digital video camera. The GPS technology (**402**) is preferred for use in tracking of the location of the digital video camera as it records image information. A rotating mount (**300**) with a locking member (**330**) on the camera housing (**22**) allows adjustment of the pointing angle of the wearable digital video camera when it is attached to a mounting surface.

**30 Claims, 35 Drawing Sheets**



## US 8,890,954 B2
Page 2

(56)        **References Cited**

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,525,045 | A | 6/1985 | Fazekas |
| D292,982 | S | 12/1987 | Nakatani |
| 5,056,745 | A | 10/1991 | Gelbard |
| 5,218,439 | A | 6/1993 | Mizoguchi et al. |
| 5,457,751 | A | 10/1995 | Such |
| 5,557,329 | A | 9/1996 | Lim |
| 5,583,571 | A | 12/1996 | Friedland |
| D378,095 | S | 2/1997 | Hasegawa |
| D392,300 | S | 3/1998 | Chow et al. |
| 5,731,870 | A | 3/1998 | Bartko et al. |
| 5,859,666 | A | 1/1999 | Manabe |
| 5,886,735 | A | 3/1999 | Bullister et al. |
| 5,966,176 | A | 10/1999 | Chow et al. |
| 6,028,627 | A | 2/2000 | Helmsderfer |
| 6,091,831 | A | 7/2000 | Cho |
| D430,888 | S | 9/2000 | Adachi et al. |
| 6,142,437 | A | 11/2000 | Wilkins, Jr. |
| 6,300,976 | B1 | 10/2001 | Fukuoka |
| 6,335,753 | B1 | 1/2002 | McDonald |
| 6,377,302 | B1 | 4/2002 | Ozaki et al. |
| 6,421,088 | B1 | 7/2002 | Lee |
| 6,510,325 | B1 | 1/2003 | Mack, II et al. |
| 6,518,881 | B2 | 2/2003 | Monroe |
| 6,686,886 | B2 | 2/2004 | Flint et al. |
| 6,704,044 | B1 | 3/2004 | Foster et al. |
| 6,819,354 | B1 | 11/2004 | Foster et al. |
| 6,830,387 | B2 | 12/2004 | Rife |
| D506,489 | S | 6/2005 | Owada |
| D510,374 | S | 10/2005 | Greenwood et al. |
| 6,955,484 | B2 | 10/2005 | Woodman |
| D547,346 | S | 7/2007 | Ollila |
| 7,273,321 | B2 | 9/2007 | Woodman |
| D558,805 | S | 1/2008 | Sadatsuki |
| 7,330,511 | B2 | 2/2008 | Maltagliati et al. |
| 7,353,086 | B2 | 4/2008 | Ennis |
| 7,417,670 | B1 | 8/2008 | Linzer et al. |
| D576,658 | S | 9/2008 | Speggiorin |
| D581,959 | S | 12/2008 | Chan |
| 7,458,736 | B2 | 12/2008 | Woodman |
| 7,522,834 | B2 | 4/2009 | Heaven et al. |
| 7,526,314 | B2 | 4/2009 | Kennedy |
| D592,231 | S | 5/2009 | Schnell |
| D592,235 | S | 5/2009 | Bryant et al. |
| 7,536,487 | B1 | 5/2009 | Kahn et al. |
| D596,658 | S | 7/2009 | Dordick |
| D603,442 | S | 11/2009 | Dordick |
| 7,646,910 | B1 | 1/2010 | Linzer et al. |
| 7,658,556 | B2 | 2/2010 | Johnson |
| 7,661,891 | B2 | 2/2010 | Heibel |
| 7,675,550 | B1 | 3/2010 | Linzer et al. |
| 7,688,203 | B2 | 3/2010 | Rockefeller |
| 7,688,364 | B2 | 3/2010 | LeGall et al. |
| 7,725,015 | B2 | 5/2010 | Tanoue |
| 7,753,599 | B2 | 7/2010 | Segawa et al. |
| 7,778,237 | B2 | 8/2010 | Dowling |
| 7,856,468 | B2 | 12/2010 | Yoshimine et al. |
| D630,238 | S | 1/2011 | Fukuma et al. |
| 7,880,776 | B2 | 2/2011 | LeGall et al. |
| 7,893,967 | B1 | 2/2011 | Linzer et al. |
| 7,898,573 | B1 | 3/2011 | Linzer et al. |
| D640,304 | S | 6/2011 | Green et al. |
| D640,722 | S | 6/2011 | Green et al. |
| 7,965,888 | B2 | 6/2011 | Linzer et al. |
| 7,982,788 | B1 | 7/2011 | Linzer et al. |
| D643,057 | S | 8/2011 | Mendoza et al. |
| 8,014,656 | B2 | 9/2011 | Woodman |
| D646,315 | S | 10/2011 | Orf |
| 8,045,850 | B2 | 10/2011 | Tanoue |
| 8,079,501 | B2 | 12/2011 | Woodman |
| D653,692 | S | 2/2012 | Dordick |
| 8,120,651 | B2 | 2/2012 | Ennis |
| 8,131,071 | B2 | 3/2012 | Linzer et al. |
| D663,350 | S | 7/2012 | O'Donnell et al. |
| D665,006 | S | 8/2012 | Green et al. |
| 8,243,171 | B2 | 8/2012 | Legall et al. |

| | | | | |
|---|---|---|---|---|
| 8,265,151 | B1 | 9/2012 | Wang et al. | |
| D675,242 | S | 1/2013 | O'Donnell et al. | |
| 8,391,367 | B1 | 3/2013 | Kohn et al. | |
| 8,427,547 | B1 | 4/2013 | Linzer et al. | |
| 8,451,822 | B2 | 5/2013 | Dowling | |
| 8,675,086 | B1 | 3/2014 | Linzer et al. | |
| 8,675,101 | B1 | 3/2014 | Linzer et al. | |
| 8,687,700 | B1 | 4/2014 | Kwok et al. | |
| 8,718,451 | B1 | 5/2014 | Linzer et al. | |
| 8,768,142 | B1 | 7/2014 | Ju et al. | |
| 2002/0044152 | A1 | 4/2002 | Abbott, III et al. | |
| 2002/0067920 | A1 | 6/2002 | Weng et al. | |
| 2002/0109579 | A1 | 8/2002 | Pollard et al. | |
| 2003/0063200 | A1 | 4/2003 | Isoyama | |
| 2003/0128975 | A1 | 7/2003 | Shevick | |
| 2003/0147960 | A1 | 8/2003 | Lin et al. | |
| 2003/0156208 | A1 | 8/2003 | Obradovich | |
| 2003/0157960 | A1 | 8/2003 | Kennedy | |
| 2004/0004825 | A1 | 1/2004 | Malard et al. | |
| 2004/0070536 | A1* | 4/2004 | Stotler et al. | ........... 343/700 MS |
| 2004/0215958 | A1 | 10/2004 | Ellis et al. | |
| 2004/0247161 | A1 | 12/2004 | Storm | |
| 2005/0200750 | A1 | 9/2005 | Ollila | |
| 2005/0206736 | A1 | 9/2005 | Ng et al. | |
| 2005/0278446 | A1 | 12/2005 | Bryant | |
| 2006/0009257 | A1 | 1/2006 | Ku | |
| 2006/0055786 | A1 | 3/2006 | Ollila | |
| 2006/0244727 | A1 | 11/2006 | Salman | |
| 2006/0271251 | A1 | 11/2006 | Hopkins | |
| 2006/0274171 | A1 | 12/2006 | Wang | |
| 2007/0111754 | A1 | 5/2007 | Marshall et al. | |
| 2007/0130599 | A1* | 6/2007 | Monroe | .................. 725/105 |
| 2007/0165875 | A1 | 7/2007 | Rezvani et al. | |
| 2007/0182812 | A1 | 8/2007 | Ritchey | |
| 2007/0206829 | A1 | 9/2007 | Weinans et al. | |
| 2007/0255115 | A1* | 11/2007 | Anglin et al. | .................. 600/300 |
| 2007/0260797 | A1 | 11/2007 | Chen | |
| 2007/0291165 | A1 | 12/2007 | Wang | |
| 2008/0039072 | A1 | 2/2008 | Bloebaum | |
| 2008/0104018 | A1 | 5/2008 | Xia | |
| 2008/0133227 | A1 | 6/2008 | Kong et al. | |
| 2008/0259045 | A1 | 10/2008 | Kim et al. | |
| 2008/0284899 | A1 | 11/2008 | Haubmann et al. | |
| 2009/0085740 | A1* | 4/2009 | Klein et al. | .................. 340/540 |
| 2009/0086041 | A1 | 4/2009 | Choi et al. | |
| 2009/0109292 | A1 | 4/2009 | Ennis | |
| 2009/0122177 | A1 | 5/2009 | Murakami | |
| 2009/0189981 | A1* | 7/2009 | Siann et al. | .................. 348/143 |
| 2009/0265748 | A1* | 10/2009 | Dotchevski et al. | ........ 725/109 |
| 2010/0026809 | A1* | 2/2010 | Curry | .................. 348/157 |
| 2010/0026816 | A1 | 2/2010 | Bergstrom et al. | |
| 2010/0245585 | A1* | 9/2010 | Fisher et al. | ........ 348/164 |
| 2010/0253826 | A1 | 10/2010 | Green et al. | |
| 2010/0266270 | A1* | 10/2010 | Pizzo et al. | .................. 396/420 |
| 2011/0280540 | A1 | 11/2011 | Woodman | |
| 2012/0176470 | A1 | 7/2012 | Zhang | |
| 2013/0063554 | A1 | 3/2013 | Green et al. | |
| 2014/0240505 | A1 | 8/2014 | O'Donnell et al. | |

### FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| CN | 1628329 | A | 6/2005 |
| CN | 101150668 | A | 3/2008 |
| CN | 102082906 | A | 6/2011 |
| CN | 102148923 | A | 8/2011 |
| CN | 102413272 | A | 4/2012 |
| CN | 101084817 | A | 8/2012 |
| DE | 19715321 | | 10/1998 |
| DE | 10106072 | | 8/2002 |
| DE | 20 2004 001 608 | U1 | 6/2004 |
| EP | 0 917 359 | A1 | 5/1999 |
| EP | 0980181 | | 2/2000 |
| EP | 1638326 | A1 | 3/2006 |
| EP | 1903782 | A2 | 3/2008 |
| EP | 2070322 | A2 | 2/2011 |
| FR | 2870365 | A3 | 11/2005 |
| JP | 61-118076 | | 6/1986 |
| JP | 06141308 | | 5/1994 |
| JP | 08-223524 | | 8/1996 |

(56) **References Cited**

FOREIGN PATENT DOCUMENTS

| JP | 2002152371 | 5/2002 |
|---|---|---|
| JP | 2002300238 | 10/2002 |
| JP | 2004206707 | 7/2004 |
| JP | 2006146542 | 6/2006 |
| JP | 2006186904 | 7/2006 |
| JP | 2006332970 | 12/2006 |
| JP | 2006352540 | 12/2006 |
| JP | 2007019564 A | 1/2007 |
| JP | 2007103091 | 4/2007 |
| JP | 2007310815 | 11/2007 |
| JP | 2008536443 | 9/2008 |
| JP | 2009021914 | 1/2009 |
| WO | WO 2006071123 A1 | 7/2006 |
| WO | WO 2006110109 | 10/2006 |

OTHER PUBLICATIONS

Nov. 2, 2009 world wide web ("http://www.actioncameras.co.uk/X170") 4-page printout concerning X170 Action Camera and its mounts.
Photograph of a Midlandradio goggle mount for a camera. The photograph was taken at the CES Trade Show, Jan. 2010.
Photograph of a Midlandradio goggle mount for a camera with a plug mount inserted into the goggle mount and with a camera showing in the foreground. The photograph was taken at the CES Trade Show, Jan. 2010.
Internet website: https://www.midlandradio.com/Resource_/Product/1390/Detail/LargeImage/Goggle%20Mou . . . , Oct. 18, 2010.
Drawing of subject matter of a photograph of a Midlandradio goggle mount for a camera. The photograph was taken at the CES Trade Show, Jan. 2010.
Drawing of subject matter of a photograph of a Midlandradio goggle mount for a camera with a plug mount inserted into the goggle mount and with a camera showing in the foreground. The photograph was taken at the CES Trade Show, Jan. 2010.
Drawing of subject matter from a print out from an Internet website: https://www.midlandradio.com/Resource_/Product/1390/Detail/LargeImage/Goggle%20Mou . . . , Oct. 18, 2010.
Mar. 28, 2013 International Preliminary Report on Patentability in connection with PCT/US2011/051418, which corresponds to U.S. Appl. No. 13/822,255.
Webpage for Eye.fi, available May 9, 2009 at http://web.archive.org/web/20090509001848/http://www.eve.fi/cards/, date visited May 2, 2013.
Webpage for E-Benk automatic pan tilt tripod with remote control, available May 22, 2009 at http://web.archive.org/web/20121006050738/http://www.amazon.com/eBenk-Automatic-Tripod-Remote-Control/dp/B000KNMGR2, date visited May 2, 2013.
Webpage for Canon RC 5 Wireless Controller, available Aug. 5, 2010 at http://web.archive.org/web/20111210052722/http://www.amazon.com/Canon-RC-5-Wireless-Controller-Digital/dp/B00004WCCQ, date visited May 2, 2013.
Smarthome webpage for Remote Control Camera Pan Base Surveillance Camera Accessory available Mar. 23, 2009 at http://web.archive.org/web/20090323032932/http://www.smarthome.com/76006/Remote-Control-Camera-Pan-Base-Surveillance-Camera-Accessory/p.aspx, date visited May 2, 2013.
Sparkfun webpage for Reed Switch available Aug. 30, 2009 at http://web.archive.org/web/20090831142518/http://www.sparkfun.com/commerce/product_info.php?products_id=8642, date visited May 2, 2013.
Rainbow Guitar webpage for Dual Channel Camera mount Wireless Microphone available at http://www.rainbowguitars.com/live-sound/audio-technica/atw-1823-dual-channel-camera-mount-wireless-system/ATW1823D/AT, date visited May 2, 2013.
Webpage for Mobile Air Mouse available Mar. 23, 2009 at http://web.archive.org/web/20090323060354/http://www.mobileairmouse.com/, date visited May 2, 2013.
International Search Report and Written Opinion re: PCT Application No. PCT/US2011/051418, mailing date Apr. 10, 2012.

Happich, Julien, Ambarella targets pocket-sized hybrid cameras with its A5s SoCs, eetimes.com, retrieved from the Internet on Sep. 16, 2014: http://www.eetimes.com/document.asp?doc_id=1270493.1/712010, Cambridge, UK.
International Preliminary Report on Patentability in PCT Application No. PCT/US2011/051418, mailing dated Mar. 28, 2013 (which corresponds to U.S. Appl. No. 13/822,255).
Ambarella Product Brief, A5s—1080p30 IP Camera SoC, Santa Clara, No date provided.
Ambarella Product Brief, A7—Hybrid DV/DSC 1080p60 Camera SoC, Santa Clara, No date provided.
Ambarella Product Brief, A7—1050p60 IP Camera SoC, Santa Clara, No date provided.
Ambarella Company Fact Sheet, 2014, Santa Clara, 2014.
Ambarella A5 Hybrid Camera Platform puts High Quality Photos and Video on a Chip, www.ambarella.com, retrieved from the Internet on Jul. 3, 2014: http://www.ambarella.com/news/8/74/Ambarella-A5-Hybrid-Camera-Platform-puts-High-Quality-Photos-and-Video-on-a-Chip, Jan. 5, 2009, Santa Clara.
Ambarella A5s With High-Speed CPU and Low-Power 45nm Technology Makes Pocket-Sized Hybrid Cameras a Richer User Experience, www.ambarella.com, retrieved from the Internet on Jul. 3, 2014: http://www.ambarella.com/news/7/74/Ambarella-A5s-with-High-Speed-CPU-and-Low-Power-45nm-Technology-Makes-Pocket-Sized-Hybrid-Cameras-a-Richer-User-Experience, Jan. 7, 2010, Santa Clara.
Ambarella A5s IP Camera Platform Delivers Industry-Changing Combination of Image Quality, HD H.264 Multi-streaming, CPU Flexibility, and Low Power Consumption, www.ambarella.com, retrieved from the Internet on Jul. 3, 2014: http://www.ambarella.com/news/6/74/Ambarella-A5s-IP-camera-platform-delivers-industry-changing-combination-of-image-quality-HD-H-264-multi-streaming-CPU-flexibility-and-low-power-consumption, Mar. 16, 2010, Santa Clara.
Ambarella A7 System-On-Chip Sets New Benchmarks for High-Resolution Video and Image Quality in Consumer HD Cameras, www.ambarella.com, retrieved from the Internet on Jul. 3, 2014: http://www.ambarella.com/news/20/74/Ambarella-A7-system-on-chip-sets-new-benchmarks-for-high-resolution-video-and-image-quality-in-consumer-HD-cameras, Sep. 27, 2010, Santa Clara.
Ambarella A7 IP Camera SoC Brings 1080p60 Performance into the Video Surveillance Mainstream, www.ambarella.com, retrieved from the Internet on Jul. 3, 2014: http://www.ambarella.com/news/24/74/Ambarella-A7-IP-Camera-SoC-Brings-1080p60-Performance-into-the-Video-Surveillance-Mainstream, Mar. 31, 2011, Santa Clara.
Ambarella A7L Enables the Next Generation of Digital Still Cameras with 1080p60 Fluid Motion Video, www.ambarella.com, retrieved from the Internet on Jul. 3, 2014: http://www.ambarella.com/news/26/74/Ambarella-A7L-Enables-the-Next-Generation-of-Digital-Still-Cameras-with-1080p6O-Fluid-Motion-Video, Sep. 26, 2011, Santa Clara.
Cesa, Dante, Contour Brings Viewfinder App to Android, Goes With you Where We Won't, retrieved from the Internet on Jul. 3, 2014: http://www.engadget.com/2011/07/20/contours-connect-brings-viewfinder-app-to-android-goes-with-yo/, Jul. 20, 2011.
Ex Parte Kennedy, Appeal No. 2008-1131 (BPAI Sep. 18, 2008), 9 pages.
Goodwin, Antuan, App Unlocks Bluetooth Viewfinder on ContourGPS, cnet.com, retrieved from the Internet on Jul. 3, 2014: http://www.cnet.com/news/app-unlocks-bluetooth-viewfinder-on-contourgps/, Jan. 5, 2011.
Gorman, Michael, ContourROAM2 Debuts in Red, Blue, Green and Black Garb, Shoots 1080p video for $199 on Oct. 21, retrieved from the Internet on Jul. 3, 2014: http://www.engadget.com/2012/10/16/contour-roam2-action-camera/, Oct. 16, 2012.
H.B.C., Contour GPS HD Video Camera Review, webBikeWorld.com, retrieved from the Internet on Jul. 3, 2014: http://www.webbikeworld.com/r4/contour-gps-hd-video-camera/, Jun. 2011.
"Osiris tunable imager and spectrograph instrument status", CEPA, RevMex AA (Serie de Conferencias), vol. 16, retrieved from the Internet on Jun. 16, 2010: http://www.astroscu.unam.mxlrmaa/

US 8,890,954 B2

Page 4

(56)    **References Cited**

OTHER PUBLICATIONS

RMxAC ..16IDF/RMxAC ..16__session1/cepanewlcepa3.pdf, 2003, pp. 13-18; Science with the GTC 10-m Telescope, Grandad, Espana, Feb. 5-8, 2002.

Roth, Cliff, Video and Still Camera-On-Chip Platform From Ambarella Records Two Resolutions Simultaneously, eetimes.com, retrieved from the Internet on Jul. 3, 2014: http://www.eetimes.com/document.asp?doc_id=1311224, Jan. 5, 2009, Santa Clara.

Srinivasan, "Blue-tooth enabled phone can act as wireless web cam", IBN Live. retrieved online on Mar. 25, 2010 from: http://ibnlive.in.com/news/bluetooth-enabledphone-can-act-as-wireless-web-cam/45790-11.html, Jul. 28, 2007, pp. 1-3.

Stevens, Tim, Contour Adds Live Viewfinder to its ContourGPS Helmet Cam, Real-Time Streaming to Smartphones, retrieved from the Internet on Jul. 3, 2014: http://www.engadget.com/2011/01/05/ contour-adds-live-viewfinder-to-its-contourgps-helmet-cam-real/, Jan. 5, 2011.

Stevens, Tim, Contour Announces 1080p ContourGPS helmetcam, Lets Friends Locate Your Extreme Exploits (video), retrieved from the Internet on Jul. 3, 2014: http://www.engadget.com/2010/09/13/contour-announces-1080p-contourgps-helmetcam-lets-friends-locat/, 2011.

Twenty20 VHoldR Helmet Camera—Press Release, retrieved from the Internet on Jul. 15, 2014: http://helmetcameracentral.com/2007/08/08/twenty20-kills-the-helmet-cam-with-vholdr-%E2%80%93-the-next-gen-wearable-camcorder/, Aug. 8, 2007, Seattle, WA.

Happich, Julien, Ambarella targets pocket-sized hybrid cameras with its A5s SoCs, eetimes.com, retrieved from the Internet on Jul. 17, 2014:      http://www.eetimes.com/document.asp?doc__id=1270493, Jan. 7, 2010, Cambridge, UK.

* cited by examiner



FIG. 1A
(Prior Art)

FIG. 1B
(Prior Art)

FIG. 1C
(Prior Art)

FIG. 1D
(Prior Art)

FIG. 1E
(Prior Art)

FIG. 2A
(Prior Art)

FIG. 2B
(Prior Art)





FIG. 3A

FIG. 3B



FIG. 3C

FIG. 3D

FIG. 3E

FIG. 3F



FIG. 4A

FIG. 4B



FIG. 5



FIG. 6

U.S. Patent

Nov. 18, 2014

Sheet 8 of 35

US 8,890,954 B2



FIG. 7



FIG. 8A

FIG. 8B



FIG. 9

FIG. 10

FIG. 12

U.S. Patent

Nov. 18, 2014

Sheet 10 of 35

US 8,890,954 B2



FIG. 11C

FIG. 11A

FIG. 11B

FIG. 11D



FIG. 13A

FIG. 13B

FIG. 13C

FIG. 13D

FIG. 13E



FIG. 14A

FIG. 14B

FIG. 14C

FIG. 14D



FIG. 15A

FIG. 15B

FIG. 15C

FIG. 16



**FIG. 17**



FIG. 18



FIG. 19

FIG. 20



FIG. 21

FIG. 22



FIG. 23A

FIG. 23C

FIG. 23D

FIG. 23B

FIG. 23E



FIG. 24

U.S. Patent

Nov. 18, 2014

Sheet 20 of 35

US 8,890,954 B2



LENS VERTICAL
CAMERA ROTATED 90°
ANTICLOCKWISE
FIG. 25A

LENS VERTICAL
CAMERA VERTICAL
FIG. 25B

LENS VERTICAL
CAMERA ROTATED 90°
CLOCKWISE
FIG. 25C

LENS VERTICAL
CAMERA INVERTED
FIG. 25D

FIG. 25E

U.S. Patent

Nov. 18, 2014

Sheet 21 of 35

US 8,890,954 B2



FIG. 26A

FIG. 27A

FIG. 26B

FIG. 27B



FIG. 28



FIG. 29A



FIG. 29B



FIG. 30



10
510
Camera
Viewer / Controller
Press button to Start Bluetooth connection
Bluetooth module turns on and attempt to connect
Request BT connection
Viewer/Controller is On and BT is Enabled
Receives BT request
Pair?
No
Stop
Yes
Apple Security Req'd?
No
Yes
Apple Device sends security challenge
Security Challenge
Bluetooth Module passes challenge
Processor passes challenge
Apple Coprocessor sends w/ security codes
Processor passes codes
Bluetooth Module passes codes
Security Codes
iPhone confirms security codes
BT data allowed & App launches
BT data transfer allowed
Camera enable BT data transfer

FIG. 31



FIG. 32



FIG. 33



FIG. 34



FIG. 35



FIG. 36



FIG. 37



$10_1$
510
$10_2$
Camera 1
Camera is on and paired with Controller
Start recording
Stop Recording
BT data Connect.
Start Recording Cmd
Stop Recording Cmd
Viewer/Controller
Controller is paired and Control App is Active
Trigger start Recording on both cameras
Rec Complete
Yes
Trigger Stop recording
BT data Connect.
Start Recording Cmd
Stop Recording Cmd
Camera 2
Camera is on and paired with Controller
Start recording
Stop recording
Camera 1
Camera 2
532
Camera 1
Camera 2
Start Record
Start 1
Time
Start 2
Camera 1 Video
Frame 1
Frame 2
Frame 3
Frame 4
Frame n
Camera 2 Video
Frame 1
Frame 2
Frame n
Near-synchronized start
Start 1
Time
Camera 1 Video
Frame 1
Frame 2
Frame 3
Frame 4
Frame n
Camera 2 Video
Frame 1
Frame 2
Frame 3
Frame 4
Frame n

FIG. 38



$10_2$
$10_1$
510'
Camera 2
Press button to Start Bluetooth connection
BT module on and attempt to connect
Paired
Camera 1
Camera is on and paired with Controller
Detect request to pair
Confirm Pairing
BT Data Connect.
Controller
Controller is paired To Cam1 & Control App is Active
Present Pairing Request to user
Pair OK?
Yes
No
Stop
BT Pair Request
Confirm Pairing
Cam Pair Request
Confirm Pairing
Calibrate transmission delays
Receive Sync
Send Response
Sync Calibration
Sync Response
Sync with Camera 2
Calibrate Delay
Repeat X times
540
Start Recording
Synchronize Start from master camera to slave camera
Start Rec
Trigger Cam2 Rec Start
Wait [x] msec (per calibration)
Start Cam1 Recording
542
Overlay sync OSD in video x frames
Insert OSD in video frame to facilitate post processing frame sync of videos
Trigger OSD
Trigger OSD sync – Cam2
Wait [x] msec (per calibration)
Overlay sync OSD in video x frames
544
Post Processing
Search video for sync OSD / tone
Shift Cam2 video timing to match Cam1 sync signals
Adjust Cam2 frame center, color, vol, etc. using sync OSD &/or tone
Combine videos for multi-angle shots, 3D or other effects
546

FIG. 39



500
10
Camera
558
Main Processor
18
Original Video File
560
Time
90
552
sensor
Video codec
Video
Frame 1
Frame 2
Frame 3
Frame 4
Frame n
562
400
Mic 1
Audio codec
Audio 1
SD card
Wireless module
A/D Convertor
Audio codec
Audio 2
554
556
Mic 2 (wireless)
2nd Mounting Location
550
580
Computer
New Video File
576
Video Editing
USB or SD card reader
Audio Sync
Audio 2
Audio 1
Extract Audio Tracks
574
Combine Video / Audio 1/ Audio 2
578
570
572

FIG. 40



500
10
600
Camera
18
558
Main Processor
Time
Video File
sensor
Video codec
Video
Frame 1
Frame 2
Frame 3
Frame 4
Frame n
562
SD card
90
Mic
Audio codec
Audio
552
Text Track 1
Text 1
Text 2
Text 3
Text n
602
Subtitle Generator

FIG. 41

610
500
10
Camera
18
558
Main Processor
Time
Video File
sensor
Video codec
Video
Frame 1
Frame 2
Frame 3
Frame 4
Frame n
90
Mic
Audio codec
552
Audio
562
SD card
458
GPS Receiver
Text Track 1
GPS
614
Camera sensors
Text Track 2
Camera Status
400
Wireless Module
Text Track 3
BT Data A
Data Processing and Calculations
Text Track 4
BT Data B
614
Wired Module
Text Track 5
Text 1
Text 2
Text 3
Text 4
Text n
612
Data A
Data B

FIG. 42

US 8,890,954 B2

<div style="text-align:center">1</div>

## PORTABLE DIGITAL VIDEO CAMERA CONFIGURED FOR REMOTE IMAGE ACQUISITION CONTROL AND VIEWING

### RELATED APPLICATIONS

This application claims benefit of International Application No. PCT/US2011/051,418, filed Sep. 13, 2011, which claim benefit of U.S. Provisional Patent Application No. 61/382,404, filed Sep. 13, 2010.

### TECHNICAL FIELD

This disclosure relates to point-of-view (POV) video cameras or camcorders and, in particular, to an integrated hands-free, POV action sports video camera or camcorder that is configured for remote image acquisition control and viewing.

### BACKGROUND INFORMATION

First-person video cameras are a relatively new product category that have been adapted to capture POV video by action sports enthusiasts in a hands-free manner. Conventional first-person video cameras primarily comprise a lens that must be tethered to a separate digital video recorder or camcorder. FIGS. 1A and 1B present pictorial views of prior art first-person video cameras requiring a tethered lens approach to capturing first-person video recording. FIG. 1A presents a Twenty20™ device, and FIG. 1B presents a Viosport™ device. FIGS. 1C and 1D present pictorial views of prior art video cameras tethered to camcorders for implementing the tethered lens approach to capturing first-person video recording. FIG. 1C and FIG. 1D present Samsung™ devices.

These products are not generally hands-free products, and consumers have been employing their own unique mounting techniques to permit "hands-free" video recording of action sports activities. FIG. 1E presents a pictorial view of a tethered camera attempting to facilitate hands-free POV video recording. FIG. 1E presents a Blackeye™ device. These recent devices attempt to convey image data from "tethered" cameras to separate camcorders through IR signals to eliminate the tethering cables.

More recently, integrated hands-free, POV action sports video cameras have become available. FIGS. 2A and 2B present pictorial views of two prior art products implementing integrated solutions to first-person video recording. These products are still in their infancy and may be difficult to use well.

### SUMMARY OF THE DISCLOSURE

Preferred embodiments of a portable digital video camera or camcorder (hereinafter collectively, "video camera") are equipped with global positioning system (GPS) technology for data acquisition and wireless connection protocol to provide remote image acquisition control and viewing. A wireless connection protocol, such as the Bluetooth® packet-based open wireless technology standard protocol, is used to provide control signals or stream data to a wearable video camera and to access image content stored on or streaming from a wearable video camera. Performing intelligent frame analysis of the image content enables picture setup optimization on one or more cameras simultaneously to enable multi-angle and three-dimensional video. A GPS receiver integrated in the video camera enables tracking of the location of the video camera as it acquires image information. The GPS

<div style="text-align:center">2</div>

receiver enables periodic capture of location once every few seconds with near pinpoint accuracy to bring together video and mapping. The inclusion of GPS technology introduces a new level of context to any video, making location, speed, time, and outside world conditions as important as the scene recorded. GPS capability makes it relatively easy to capture video within the action and share it online in seconds. For example, a user can watch an epic run down any mountain while tracking progress, speed, and elevation on a map. The GPS data, together with high definition video images, can be readily edited to organize video content, configure the video camera, and post stories online.

GPS ground plane customization and electrical coupling to the housing or other metal components of the video camera improves reception and performance. The ground plane is maximized by coupling it with an aluminum case that houses the video camera. The result is higher antenna gain and consequent enhanced signal reception when the video camera is mounted in multiple positions.

The video camera is configured with a signal path that allows for provision of a separate signal security module for use with only those applications that require the separate security module. An iPhone™ security module is packaged separately in a small subscriber identity module (SIM) card form factor.

Simplified mounting of the wearable video camera is accomplished by rotating the horizon 180° so that the video camera can be mounted fully upside down as the picture remains in the proper orientation. Rotation of the horizon may be accomplished electrically or mechanically. A rotating mount with a locking feature that allows adjustment of the angle of the video camera when it is attached to a mounting surface uses an adhesive, a strap, or another connection option. The video camera housing is equipped with a scissor spring to assist in moving a slide switch actuator over a long travel range. A user wearing the video camera uses the slide switch actuator to initiate video image recording.

The portable digital video camera includes a camera housing and a lens.

Some embodiments of the portable digital video camera comprise an integrated hands-free, POV action sports digital video camera.

Some embodiments of the portable digital video camera or the integrated hands-free, POV action sports digital video camera include an image sensor for capturing image data.

Some embodiments of the portable digital video camera or the integrated hands-free, POV action sports digital video camera include a manual horizon adjustment control for adjusting an orientation of a horizontal image plane recorded by the image sensor with respect to a housing plane of the camera housing.

Some embodiments of the portable digital video camera or the integrated hands-free, POV action sports digital video camera include a laser alignment system with one or more laser sources capable of projecting light emissions to define a horizontal projection axis that is coordinated with orientation of the horizontal image plane.

Some embodiments of the portable digital video camera or the integrated hands-free, POV action sports digital video camera include a microphone and a manually operable switch for controlling one or both of audio and video data capturing operations, the switch having an activator that may cover the microphone whenever the switch is in the OFF position.

Some embodiments of the portable digital video camera or the integrated hands-free, POV action sports digital video camera include a "quick-release" mounting system that can

US 8,890,954 B2

3

be used in conjunction with the laser alignment system to adjust the image capture orientation for pitch, yaw, and roll.

Additional aspects and advantages will be apparent from the following detailed description of preferred embodiments, which proceeds with reference to the accompanying drawings.

BRIEF DESCRIPTION OF THE DRAWINGS

FIGS. **1**A, **1**B, **1**C, **1**D, and **1**E constitute a set of pictorial views of five prior art products implementing a tethered lens approach to capturing first-person video recording.

FIGS. **2**A and **2**B constitute a set of pictorial views of two prior art products implementing integrated solutions to first-person video recording.

FIGS. **3**A, **3**B, **3**C, **3**D, **3**E, and **3**F are, respectively, front perspective, back perspective, side elevation, front elevation, back elevation, and top plan views of an embodiment of an integrated hands-free, POV action sports digital video camera.

FIG. **4**A is a front perspective view of an embodiment of an integrated hands-free, POV action sports digital video camera, showing alternative positioning of a switch and representative alternative rotation of a rotary horizontal adjustment controller.

FIG. **4**B is a back perspective view of an embodiment of an integrated hands-free, POV action sports digital video camera, showing a representative alternative number of rail cavities and an optional detent within a rail cavity.

FIG. **5** is a cross-sectional side view of an embodiment of an integrated hands-free, POV action sports digital video camera.

FIG. **6** is an exploded view of mechanical components of an embodiment of an integrated hands-free, POV action sports digital video camera.

FIG. **7** is an exploded view of optical and mechanical components of an integrated hands-free, POV action sports digital video camera.

FIGS. **8**A and **8**B are fragmentary cross-sectional views of the lens system of the camera of FIG. **7**, showing, respectively, a standard lens and the standard lens fitted with a lens filter.

FIG. **9** is a partly exploded view of a versatile mounting system demonstrating ease of adjustment of camera mount orientation coupled with ease of camera detachment with retention of the mount orientation.

FIG. **10** is a front perspective view of a standard mount, employing a rail plug having two rails and two detents.

FIGS. **11**A, **11**B, **11**C, and **11**D are, respectively, back elevation, front elevation, side elevation, and top plan views of the versatile mounting system, demonstrating the matable relationship between the camera of FIGS. **3**A-**3**E with the standard mount shown in FIG. **10**.

FIG. **12** is a front perspective view of an alternative mount, employing two mounting rails and two detents.

FIG. **13**A is a front perspective view of a pole mount system, employing the mount of FIG. **12**.

FIGS. **13**B and **13**C are cross-sectional side views of a pole mount system showing, respectively, unlocked and locked configurations.

FIGS. **13**D and **13**E are front perspective views of a pole mount system showing, respectively, unlocked and locked configurations about a handle bar.

FIG. **14**A is a front perspective view of an alternative pole mount system, employing the mount of FIG. **12** and a strap.

FIGS. **14**B and **14**C are respective side and front views of the alternative pole mount of FIG. **14**A.

4

FIG. **14**D is a front perspective view of the alternative pole mount of FIG. **14**A locked about a pole.

FIG. **15**A is a front perspective view of a goggle mount, employing a strap entrance facing in the opposite direction of the mounting rails.

FIG. **15**B is a side elevation view of an alternative goggle mount, employing a strap entrance facing in the same direction of the mounting rails.

FIG. **15**C is a fragmentary front perspective view of the alternative goggle mount of FIG. **15**B mounted upon a goggle strap.

FIG. **16** is a front perspective view of a vented helmet mount, adapted for employing a strap for attachment to a vented helmet.

FIG. **17** is a front perspective view of another alternative goggle mount, adapted for employing a strap for attachment to a goggle strap.

FIG. **18** is a front perspective view of an alternative pole mount system, employing the rail plug of FIG. **10**.

FIGS. **19** and **20** are, respectively, perspective and top plan views of a mounting system comprising a rotating circular rail plug set in a base mount configured with a locking feature.

FIGS. **21** and **22** are, respectively, perspective and top plan views of the base mount of FIGS. **19** and **20**.

FIGS. **23**A, **23**B, **23**C, **23**D, and **23**E, are, respectively, perspective, top plan, end elevation, side elevation, and bottom plan views of a slidable lockable member installed in the base mount of FIGS. **21** and **22**.

FIG. **24** is an exploded view of the mounting system of FIGS. **19** and **20**, to which is attached an attaching mechanism.

FIGS. **25**A, **25**B, **25**C, and **25**D are front perspective views of the digital video camera of FIGS. **4**A and **4**B, showing its lens set in a vertical position, with the camera housing rotated 90° counter-clockwise, not rotated, rotated 90° clockwise, and rotated 180° to an inverted position, respectively, relative to the vertical position. FIG. **25**E is a front elevation view of the digital video camera in the orientation of FIG. **25**B annotated with dimension lines indicating ranges of angular displacement of a horizontal image plane achievable by manual rotation of the rotary horizontal adjustment controller.

FIGS. **26**A and **26**B are, respectively, front perspective and top plan views of the digital video camera of FIGS. **4**A and **4**B with its slidable switch activator in a recording ON slide setting position; and FIGS. **27**A and **27**B are, respectively, front perspective and top plan views of the digital video camera of FIGS. **4**A and **4**B with its slidable switch activator in a recording OFF slide setting position.

FIG. **28** is a partly exploded view of the digital video camera of FIGS. **26**A, **26**B, **27**A, and **27**B.

FIGS. **29**A and **29**B show, respectively, perspective and exploded views of a GPS assembly that includes a GPS patch antenna and GPS receiver module to provide GPS functionality in the digital video camera of FIGS. **26**A, **26**B, **27**A, and **27**B.

FIG. **30** is a simplified block diagram showing a preferred implementation of wireless technology in the digital video camera of FIGS. **26**A, **26**B, **27**A, and **27**B.

FIG. **31** is a flow diagram showing the pairing of two devices by Bluetooth® wireless connection.

FIG. **32** is a flow diagram showing an example of pairing a Bluetooth®-enabled microphone and the digital video camera of FIGS. **26**A, **26**B, **27**A, and **27**B.

FIG. **33** is a flow diagram showing a preferred camera mounting position adjustment procedure carried out by a helmet-wearing user to align a helmet-mounted digital video camera of FIGS. **26**A, **26**B, **27**A, and **27**B.

5

FIG. **34** is a flow diagram showing a preferred manual lighting level and color settings adjustment procedure carried out by a user upon completion of the camera mounting position adjustment procedure of FIG. **33**.

FIG. **35** is a flow diagram showing a preferred automatic lighting level and color settings adjustment procedure carried out by a user after completing the camera mounting position adjustment of FIG. **33**.

FIG. **36** shows two of the digital video cameras of FIGS. **26**A, **26**B, **27**A, and **27**B aimed at a common color chart.

FIG. **37** is a flow diagram showing the digital video camera of FIGS. **26**A, **26**B, **27**A, and **27**B and a mobile controller device paired by Bluetooth® wireless connection and cooperating to accomplish without security the pass-through of data from a second Bluetooth®-enabled digital video camera.

FIG. **38** is a hybrid flow diagram and pictorial illustration of a mobile controller device paired by Bluetooth® wireless data and control command connection to two digital video cameras of FIGS. **26**A, **26**B, **27**A, and **27**B to implement a remote Start/Stop capability for multiple cameras.

FIG. **39** is a flow diagram showing an example of pairing two digital video cameras of FIGS. **26**A, **26**B, **27**A, and **27**B by Bluetooth® wireless connection through a mobile controller device.

FIG. **40** is a block diagram showing the post-processing procedure of synchronizing audio data produced by a wireless microphone and hard-wired microphone incorporated in the digital video camera of FIGS. **26**A, **26**B, **27**A, and **27**B.

FIG. **41** is a simplified block diagram showing the processing of a single track of data from one data source.

FIG. **42** is a simplified block diagram showing the processing of multiple tracks of data from multiple data sources.

DETAILED DESCRIPTION OF PREFERRED
EMBODIMENTS

FIGS. **3**A, **3**B, **3**C, **3**D, **3**E, and **3**F are, respectively, front perspective, back perspective, side elevation, front elevation, back elevation, and top plan views of an embodiment of an integrated hands-free, POV action sports digital video camera **10**, and FIGS. **4**A and **4**B are front and back perspective views of, respectively, an alternative configuration and an alternative embodiment of digital video camera **10**. For purposes of this description, the term "camera" is intended to cover camcorder(s) as well as camera(s). An example of such a digital video camera **10** is included in the Contour 1080P™ system, marketed by Contour, Inc., of Seattle, Wash.

FIGS. **5**, **6**, **7**, **8**A, and **8**B show optical and mechanical components of digital video camera **10**. With reference to FIGS. **3**A-**3**F, **4**A, **4**B, **5**, **6**, **7**, **8**A, and **8**B, some embodiments of digital video camera **10** include a manual horizon adjustment control system **12** including a manual horizon adjustment control for adjusting an orientation of a horizontal image plane **16** of an image recorded by an image sensor **18** with respect to a housing plane **20** (along a vertical cross-section) of a camera housing **22**. An exemplary image sensor **18** may be a CMOS image capture card that provides for minimum illumination of 0.04 Lux @ f/1.2 and offers high sensitivity for low-light operation, low fixed pattern noise, anti-blooming, zero smearing, and low power consumption.

With reference to FIGS. **3**A, **3**C, **3**F, **4**A, **6**, and **7**, in some embodiments, the manual horizon adjustment control is a rotary controller **14** that rotates about a control axis **24** such that manual rotation of rotary controller **14** changes the orientation of horizontal image plane **16** with respect to housing plane **20**. The manual horizon adjustment control can be used

6

to offset horizontal image plane **16** with respect to the pitch, yaw, and roll of the mounting position of camera housing **22**.

In some preferred embodiments, rotary controller **14** is positioned about a lens **26** and cooperates with a lens shroud **32** to support lens **26** within camera housing **22** such that manual rotation of rotary controller **14** rotates lens **26** with respect to camera housing **22**. In other embodiments, lens **26** may remain fixed with respect to camera housing **22** even though rotary controller **14** rotates around lens **26**. In some embodiments, lens **26** is a 3.6 mm focal length, four-element glass lens with a 135° viewing angle and a focal length covering a large range, such as from arm's length (e.g., 500 mm) to infinity, which focuses visual information onto image sensor **18** at a resolution such as at 1920×1080. Skilled persons will appreciate that a variety of types and sizes of suitable lenses are commercially available.

In some preferred embodiments, image sensor **18** is supported in rotational congruence with the orientation of rotary controller **14** such that manual rotation of rotary controller **14** rotates image sensor **18** with respect to housing plane **20** of camera housing **22**. When image sensor **18** has a fixed relationship with the orientation of rotary controller **14**, the image data captured by image sensor **18** do not require any post-capture horizon adjustment processing to obtain play back of the image data with a desired horizontal image plane **16**. In particular, rotary controller **14** can be set to a desired horizontal image plane **16**, and image sensor **18** will capture the image data with respect to the orientation of horizontal image plane **16**. In some embodiments, image sensor **18** may remain fixed with respect to camera housing **22** even though rotary controller **14** rotates around image sensor **18**.

With reference to FIGS. **6**, **7**, **8**A, and **8**B, in some embodiments, an exemplary optical assembly **34** shows how image sensor **18** and lens **26** may be supported in rotational congruence by the cooperation of lens shroud **32**, an internal rotation controller **36**, and rotary controller **14**. In some preferred embodiments, rotary controller **14** may be separated from camera housing **22** by a gap **37** to facilitate the rotation of rotary controller **14** with respect to camera housing **22**.

A lens cap holder **38** may be secured to rotary controller **14** by screw threads and cooperates with an O-ring **40**a and to provide support for a lens cover **42** (such as a piece of glass). A lens holder **44** and a lens assembly holder **46** may also be employed to support lens **26** in a desired position with respect to the other components in optical assembly **34**. Lens assembly holder **46** may be secured to lens cap holder **38** by screw threads and an O-ring **40**b. An O-ring or bearings **43** may be employed between lens assembly holder **46** and a main housing **100** to facilitate the rotation of lens assembly holder **46** about control axis **24** with respect to main housing **100**. A set screw **45** may be employed to secure lens assembly holder **46** of optical assembly **34** to main housing **100** without impeding the rotation of lens assembly holder **46** or the components within it. In some embodiments, rotary controller **14**, lens cap holder **38**, O-ring **40**a, lens cover **42**, lens shroud **32**, laser sources **48**, lens **26**, lens holder **44**, image sensor **18**, internal rotation controller **36**, O-ring **40**b, and lens assembly holder **46** of optical assembly **34** may rotate together. Skilled persons will appreciate that several of these components may be fixed with respect to camera housing **22** or their synchronized rotation may be relaxed. For example, lens cover **42**, lens **26**, and lens holder **44** need not rotate.

With reference to FIG. **8**B, rotary controller **14** may support a lens filter or other lens component, or rotary controller **14** may include screw threads or other means to enable attachment of additional or alternative lens components.

US 8,890,954 B2

7

8

In some embodiments, rotary controller **14** cooperates with an encoder to orient image sensor **18** to a desired horizontal image plane **16**. Alternatively, the encoder could guide post-capture horizon adjustment processing to adjust horizontal image plane **16** of the captured image so that it is transformed to play back the image data with the encoded horizontal image plane **16**.

In some embodiments, rotary controller **14** is positioned in one or both of an arbitrary location away from lens **26** and an arbitrary relationship with the position of image sensor **18**. For example, rotary controller **14** may be positioned on a side **28** of camera housing **22** or on a back door **30**, and rotary controller **14** may remotely control the orientation of image sensor **18** or may control an encoder. Skilled persons will appreciate that an arbitrarily located manual horizon adjustment control need not be of a rotary type and may be of an electronic instead of a mechanical type.

In some embodiments, rotary controller **14** provides greater than or equal to 180° rotation of horizontal image plane **16** with respect to housing plane **20** of camera housing **22** in each of the clockwise and counterclockwise directions. In one example, rotary controller **14** provides 180° plus greater than or equal to 6° of additional rotation in each direction, providing a 360° rotation of horizontal image plane **16** with respect to housing plane **20**. This adjustability includes embodiments in which the orientation of rotary controller **14** is in congruence with the orientation of image sensor **18**, as well as embodiments employing an encoder. Preferably, both lens **26** and image sensor **18** rotate together 360° within a pivoting hermetically sealed capsule. This means that, no matter how an operator mounts digital video camera **10**, image sensor **18** can be rotated to capture a level world.

With reference to FIGS. **4**A and **4**B, in some embodiments, a rotation indicator **54** is provided on an exterior surface **56** of rotary controller **14**. Rotation indicator **54** may take the form of a horizontal notch or raised bar that may be of a different color from the color of camera housing **22**. Camera housing **22** may have set in a fixed position a notch or raised bar **58** that is similar to or smaller than rotation indicator **54**. Rotation indicator **54** and notch or raised bar **58** may be of the same color or of different colors. The angular extent of dislocation between rotation indicator **54** and notch **58** provides a physical indication of the amount that rotary controller **14** is displaced from its "home" position with respect to camera housing **22**.

In some preferred embodiments, rotation indicator **54** and horizontal notch **58** are in a collinear alignment (in the "home" position) when horizontal image plane **16** is perpendicular to housing plane **20**. Thus, if digital video camera **10** were set on a level horizontal surface and the two notches were collinear, horizontal image plane **16** would be horizontal.

With reference to FIGS. **3**A, **3**C, **3**D, **3**F, **4**A, **7**, and **8** in preferred embodiments, one or more laser sources **48** are fitted within rotary controller **14**, are oriented with horizontal image plane **16**, and are capable of projecting light emission(s) to define a horizontal projection axis or plane **52** that is parallel to or coplanar with horizontal image plane **16**. Thus, manual rotation of rotary controller **14** changes the orientation of horizontal projection axis **52** with respect to housing plane **20** as the orientation of horizontal image plane **16** is changed with respect to horizontal projection axis **52**. The beam(s) of light forming horizontal projection axis **52** can be used as a guide by an operator to facilitate adjustment of horizontal image plane **16** by simple rotation of rotary controller **14** after camera housing **22** has been mounted.

In some embodiments, a single laser source **48** may employ beam shaping optics and or a beam shaping aperture, filter, or film to provide a desired beam shape such as a line, lines of decreasing or increasing size, or a smiley face. In some embodiments, only a single beam shape is provided. In some embodiments, multiple beam shapes are provided and can be exchanged such as through manual or electronic rotation of a laser filter. Skilled persons will appreciate that two or more laser sources **48** may be outfitted with beam shaping capabilities that cooperate with each other to provide horizontal projection axis **52** or an image that provides horizontal projection axis **52** or other guidance tool.

In some embodiments, two laser sources **48** (or two groups of laser sources) are employed to project two beams of light that determine horizontal projection axis **52**. Two laser sources **48** may be mounted on opposite sides of lens **26** such that their positions determine a laser mounting axis that bisects lens **26**. In some embodiments, lens shroud **32** provides support for laser sources **48** such that they are positioned to emit light through apertures **60** in lens shroud **32** (FIG. **7**). In some embodiments, an alternative or additional optical support barrel **32**a may support laser source **48** and the other optical components.

Laser sources **48** may be diode lasers that are similar to those used in laser pointers. Laser sources **48** preferably project the same wavelength(s) of light. In some embodiments, an operator may select between a few different wavelengths, such as for red or green, depending on contrast with the background colors. In some embodiments, two wavelengths may be projected simultaneously or alternately. For example, four laser sources may be employed with red and green laser sources **48** positioned on each side of lens **26** such that red and green horizontal projection axes **52** are projected simultaneously or alternately in the event that one of the colors does not contrast with the background.

In some embodiments, laser sources **48** may be responsive to a power switch or button **64**, which in some examples may be located on back door **30** of camera housing **22**. A rotation of horizon adjustment control system **12** or rotary controller **14** may provide laser sources **48** with an ON condition responsive to a timer, which may be preset such as for five seconds or may be a user selectable time period. Alternatively, a single press of button **64** may provide laser sources **48** with an ON condition with a second press of button **64** providing an OFF condition. Alternatively, a single press of button **64** may provide an ON condition responsive to a timer, which may be preset such as for five seconds or may be a user selectable time period. Alternatively, button **64** may require continuous pressure to maintain laser sources **48** in an ON condition. Button **64** may also control other functions such as standby mode. Skilled persons will appreciate that many variations are possible and are well within the domain of skilled practitioners.

Skilled persons will also appreciate that any type of video screen, such as those common to conventional camcorders, may be connected to or be a part of camera housing **22**. Such video screen and any associated touch display may also be used as feedback for orientation in conjunction with or separately from laser sources **48**. Skilled persons will appreciate that the video screen may take the form of a micro-display mounted internally to camera housing **22** with a viewing window to the screen through camera housing **22** or may take the form of an external LCD screen.

With reference to FIGS. **3**A, **3**B, **3**C, **3**F, **4**A, **4**B, **5**, and **6**, in preferred embodiments, digital video camera **10** has a manually operable switch activator **80** that controls one or both of the recording condition of image sensor **18** and con-

US 8,890,954 B2

9

veyance of the acquired image data to a data storage medium, such as on a two-gigabyte MicroSD card. In some embodiments, digital video camera 10 is designed to use pulse power to conserve battery life while monitoring switch activator 80. When switch activator 80 is positioned to the ON position, the pulse power system is instructed to provide full power to the electronics and begin recording immediately; similarly, when switch activator 80 is positioned to the OFF position, the pulse power system is instructed to cut power to the electronics and stop recording immediately.

In some preferred embodiments, when switch activator 80 is slid or toggled, it moves a magnetic reed that is recognized from an impulse power sensor. Once the sensor recognizes the magnetic reed has been toggled to the ON position, the pulse power system is then triggered to power up most or all of the electronics of digital video camera 10, including all of the electronics required for recording as well as selected other electronics or simply all the electronics. Once full power is provided to the system electronics, a feed from image sensor 18 begins encoding and writing to the data storage medium. As soon as the first frames are written to the data storage medium, a signal is sent to an LED 82 to indicate via a light pipe 84 that digital video camera 10 is recording. Thus, activation of switch activator 80 initiates recording nearly instantaneously.

In some embodiments, switch activator 80 powers up the electronics and initiates recording from a standby mode such as after button 64 has been pushed to activate the pulse power mode. In other embodiments, switch activator 80 powers up the electronics and initiates recording directly without any pre-activation. In some embodiments, a video encoder that cooperates with image sensor 18 and a microprocessor provides instructions to the video encoder. In some embodiments, switch activator 80 is adapted to substantially simultaneously control supply of power to the microprocessor, image sensor 18, and the video encoder, such that when switch activator 80 is placed in the ON position the microprocessor, image sensor 18, and the video encoder all receive power substantially concurrently and thereby substantially instantaneously initiate a video data capturing operation.

In some embodiments, an audio encoder cooperates with a microphone 90, and the microprocessor provides instructions to the audio encoder. In some embodiments, switch activator 80 is adapted to substantially simultaneously control the supply of power to microphone 90 and the audio encoder such that when switch activator 80 is placed in the ON position, the microprocessor, microphone 90, and the audio encoder all receive power substantially concurrently and thereby substantially instantaneously initiate an audio data capturing operation.

In some embodiments, when switch activator 80 is placed in the OFF position, the microprocessor, image sensor 18, and the video encoder all cease to receive power substantially concurrently and thereby substantially instantaneously cease the video data capturing operation. In some embodiments, when switch activator 80 is placed in the OFF position, the microprocessor, microphone 90, and the audio encoder all cease to receive power substantially concurrently and thereby substantially instantaneously cease the audio data capturing operation.

In some embodiments, the microprocessor, image sensor 18, the video encoder, microphone 90, and the audio encoder all receive power substantially concurrently and thereby substantially instantaneously initiate the video data and audio data capturing operations. In some embodiments, the microprocessor, image sensor 18, the video encoder, microphone 90, and the audio encoder all cease to receive power substan-

10

tially concurrently and thereby substantially instantaneously cease the video data and audio data capturing operations.

In some embodiments, switch activator 80 controls supply of power to additional electronics such that the additional electronics are deactivated when switch activator 80 is in the OFF position and such that the additional electronics are activated when switch activator 80 is in the ON position.

Skilled persons will appreciate that switch activator 80 may be designed to have more than two slide settings. For example, in addition to ON and OFF settings for recording, switch activator 80 may provide an intermediate setting to activate laser sources 48, to activate one or more status indicators, or initiate other functions in digital video camera 10.

The use of a magnetic reed switch as an embodiment for switch activator 80 prevents water or other fluids from entering through the camera housing 22. Skilled persons will appreciate that other waterproof ON/OFF switch designs are possible. In preferred embodiments, digital video camera 10 also employs a waterproof microphone 90, such as an omnidirectional microphone with a sensitivity (0 dB=1V/Pa, 1 KHz) of −44±2 dB and a frequency range of 100-10,000 Hz, for capturing audio data and providing them to the data storage medium or to a second data storage medium. Alternatively, camera housing 22 may include breathable, watertight materials (such as GoreTex™) to prevent the egress of water without requiring a waterproof microphone 90. Skilled persons will appreciate microphones with a large variety of operational parameters that are suitable for microphone 90 are commercially available or can be manufactured to suit desired criteria.

In some embodiments, microphone 90 is positioned beneath switch activator 80 such that switch activator 80 covers microphone 90 whenever switch activator 80 is in the OFF position and such that switch activator 80 exposes microphone 90 whenever switch activator 80 is in the ON position. The audio data capturing operation is preferably deactivated when switch activator 80 is in the OFF position and that the audio data capturing operation is preferably activated when switch activator 80 is in the ON position. The ON and OFF conditions of the audio data capturing operation may be controlled by switch activator 80 in conjunction with the ON and OFF conditions of the video capturing operation.

With reference to FIGS. 5 and 6, in some embodiments, camera housing 22 includes main housing 100 that supports switch activator 80, a front and bottom trim piece 106, and back door 30 which is connected to main housing 100 through a hinge 102. In some embodiments, back door 30 may be removable through its hinge 102 to allow connection of accessories to main housing 100 for extended functionality. Back door 30 may provide an area of thinner material to permit compression of button 64. Gaskets 114 may be seated between main housing 100 and back door 30 to provide waterproofing. A housing cover 108 may be connected to main housing 100 through a rubber gasket 110 that also enhances the waterproof characteristics of camera housing 22.

Side caps 112 may be ultrasonically welded to the exterior surfaces of housing cover 108 and the lower portion of main housing 100, which form the lower portions of sides 28 of camera housing 22. In some embodiments camera housing 22 is made from brushed aluminum, baked fiberglass, and rubber. In particular, main housing 100, housing cover 108, and side caps 112 may be made from aluminum. Front and bottom trim piece 106 may also be ultrasonically welded to main housing 100.

With reference to FIGS. 3A, 3B, 4A, 4B, 6, and 9, in preferred embodiments, digital video camera 10 includes part

US 8,890,954 B2

11

of a mounting system **120** that has two or more housing rail cavities **122** and two or more interleaved housing rails **124** on each side **28** of camera housing **22** for engaging a versatile mount **126**. An example of such a mounting system **120** is the TRail™ mounting system, marketed by Contour, Inc, of Seattle, Wash.

Housing rail cavities **122** and housing rails **124** may be formed by cut outs in side caps **112** that are mounted to main housing **100**. In some embodiments, digital video camera **10** is bilaterally symmetrical and has an equal number of housing rail cavities **122** on each of side caps **112** and an equal number of housing rails **124** on each of side caps **112**. In some embodiments, digital video camera **10** may for example provide two housing rail cavities **122** (such as shown in FIGS. **3**A and **3**B) or three housing rail cavities **122** in each side cap **112** (such as shown in FIGS. **4**A and **4**B). Skilled persons will appreciate, however, that in some embodiments, digital video camera **10** need not be symmetrical and may have an unequal number of rail cavities **122** on its side caps **112**.

In some embodiments, rail cavities **122** have a "T"-like, wedge-like, or trapezoid-like cross-sectional appearance. Skilled persons will appreciate that the dimensions of the stem or lateral branches of the "T" can be different. For example, the stem can be thicker than the branches, or one or more of the branches may be thicker than the stem; similarly, the stem can be longer than the branches, and one or more of the branches may be longer than the stem. The cross-sectional shapes may have flat edges or corners, or the edges or corners may be rounded. Skilled persons will also appreciate that numerous other cross-sectional shapes for rail cavities **122** are possible and that the cross-sectional shapes of different housing rail cavities **122** need not be the same whether in the same side cap **112** or in different side caps **112**. Similarly, housing rail cavities **122** may have different lengths and housing rails **124** may have different lengths. The bottom of trim piece **106** may be alternatively or additionally fitted with housing rails **124**.

In some embodiments, one or more of housing rail cavities **122** may contain one or more bumps or detents **128**. In some embodiments, each side **28** of camera housing **22** contains at least one bump or detent **128**. In some embodiments, each housing rail cavity **122** contains at least one bump or detent **128**. In some examples, however, only a single housing rail cavity **122** on each side **28** contains a bump or detent **128**. Skilled persons will appreciate that the different sides **28** need not contain the same number of bumps or detents **128**.

FIG. **9** shows a base mount **130** and a rail plug **132** that fit together to form a flat surface mount **134** shown in FIG. **10**. FIGS. **11**A-**11**D (FIG. **11**) depict different views of camera housing **22** mated with flat surface mount **134**. With reference to FIGS. **9**-**11**, rail plug **132** contains one or more mount rails **136** that are adapted to mate with housing rail cavities **122** on camera housing **22**. Similarly, rail plug **132** contains one or more mount rail cavities **138** that are adapted to mate with housing rails **124** on camera housing **22**. Mount rails **136** may have the same or different cross-sectional shapes as those of housing rails **124**, and mount rail cavities **138** may have the same or different cross-sectional shapes as those of housing rail cavities **122**. In some preferred embodiments, rails **124** and **136** and cavities **122** and **138** have the same cross-sectional profiles.

In some embodiments, one or more of mount rails **136** on rail plug **132** may contain one or more detents or bumps **140**. In some embodiments, each mount rail **136** contains at least one detent or bump **140**. In some examples, however, only a single mount rail **136** contains a detent or bump **140**. The detents or bumps **140** are adapted to mate with bumps or

12

detents **128** such that if camera housing **22** has detents **128** then rail plug **132** has bumps **140** or if camera housing **22** has bumps **128** then rail plug **132** has detents **140**. Skilled persons will appreciate that in some alternative embodiments, housing rails **124** have bumps or detents **128** and mount rail cavities **138** have detents or bumps **140**.

The versatile mounting system **120** provides for ease of mounting and orientation of digital video camera **10** with ease of detachment of digital video camera **10** with retention of the mounted orientation. In some embodiments, base mount **130** may have a very small footprint and may be attached to a surface with an adhesive pad designed for outdoor use. After base mount **130** has been attached to a surface, rail plug **132** can be detached from base mount **130**.

In some embodiments, rail plug **132** has a circumferential sawtoothed edge **142** that is mated to a sawtooth-receiving inside edge **144** of a base mount cavity **146** adapted to receive rail plug **132**. In some embodiments, rail plug **132** has a compression fit within base mount **130**. In some embodiments, hook and loop double-toothed Velcro™ may be used instead of or in addition to a compression fit technique to further secure rail plug **132** within base mount **130**.

Mount rails **136** of rail plug **132** can slide into housing rail cavities **122** of camera housing **22** as mount rail cavities **138** of rail plug **132** slide onto housing rails **124** of camera housing **22** as indicated by a direction arrow **148** (FIG. **9**) to secure rail plug **132** to camera housing **22**. The mated detents and bumps **128** and **140** can be engaged to prevent unintended lateral movement of rail plug **132** with respect to camera housing **22**. Rail plug **132** with the attached digital video camera **10** can be rotated from zero to 360 degrees about an axis perpendicular to base mount **130** to capture a desired viewing angle. Then, rail plug **132** can be inserted or re-inserted into base mount **130** as indicated by a direction arrow **150** (FIG. **9**). FIG. **11** shows from several different views how digital video camera **10**, rail plug **132**, and base mount **130** appear when they are mated together.

In some embodiments, rail plug **132** and base mount **130** may be made from a hard, but flexible material such as rubber or a polymer with similar properties, but skilled persons will appreciate that rail plug **132** and base mount **130** may be made from a hard or soft plastic. Because base mount **130** can be flexible, it can be attached to a variety of surfaces such as, for example, the surfaces of helmets, snowboard decks, skis, fuel tanks, windows, doors, and vehicle hoods. The type and flexibility of the material of flat mount **126** may provide a "rubber" dampening effect as well as enhance rail sliding, rail engagement, and plug engagement. Mounting system **120** may also include a runaway leash (not shown).

When recording of an activity is completed, rail plug **132** with the attached digital video camera **10** may be disengaged from base mount **130** for safe storage or data uploading. Base mount **130** can be left attached to the surface and need not be re-attached and/or re-adjusted. Alternatively, camera housing **22** may be disengaged from rail plug **132**, leaving rail plug **132** engaged with base mount **130** so that the original orientation of mount rails **136** of rail plug **132** is maintained to permit quick reattachment of digital video camera **10** without requiring its orientation to be re-adjusted to base mount **130** or the person, equipment, or vehicle to which base mount **130** is mounted.

FIG. **12** shows an alternative rail plug **132**a; and FIGS. **13**A, **13**B, **13**C, **13**D, and **13**E (FIG. **13**) show several views of rail plug **132**a with an alternative base mount **130**a, including locked and unlocked configurations, to form a pole mount **126**a for mounting on a pole **160** such as handle bars. With reference to FIGS. **12** and **13**, rail plug **132**a may be used as

US 8,890,954 B2

13

a standalone mount with an adhesive backing, or it may be used in conjunction with or integrated into one or more varieties of base mounts 130a. Rail plug 132a may be attached to base mount 130a through the use of an adhesive mounting, through the use of Velcro™, through the use of a screw, through the use of other conventionally known means, or combinations thereof. Mount rails 136 may be formed to provide an aperture 162 to provide access for a screw and screwdriver to mount rail plug 132a onto base mount 130a.

Base mount 130a is configured to open and close around poles 160, particularly poles of standardized recreational equipment and especially such poles having small diameters of about 1-1.5 inches (2.5-3.8 cm). In some embodiments, base mount 130a has a locking pin 164 with a head 166 that can be secured within a lock chamber 168. Locking pin 164 increases compression against pole 160 to prevent base mount 130a from rotating around pole 160 after its desired positioned is established. Base mount 130a may also be provided with a pin door cover 170 to prevent debris from accessing locking pin 164 or lock chamber 168.

FIGS. 14A, 14B, 14C, 14D, and 14E (FIG. 14) show several views of a rail plug 132b with an alternative base mount 130b, including a strap 172, to form a pole mount 126b for mounting on a pole 160b such as a roll cage, a windsurfing mast, or a hang glider support. With reference to FIG. 14, in some embodiments, strap 172 is large enough to accommodate poles 160b having a diameter up to 4 inches (12 cm) or larger. In some embodiments, a dial 174 may be employed to tighten and loosen strap 172. In other embodiments, dial 174 controls the swivel of rail plug 132b with respect to base mount 130b so that the side-to-side angle of digital video camera 10 can be adjusted. As with rail plug 132a, rail plug 132b may be attachable to base mount 130b or may be integrated with it.

FIGS. 15A, 15B, and 15C (FIG. 15) show several views of a rail plug 132c attached to or integrated with alternative base mounts 130c and 130e of respective band or strap mounts 126c and 126e for mounting on a belt, strap, or band 180, such as a band 180 of a pair of goggles 182. With reference to FIG. 15A, base mount 130e has a dampener 184a and a strap entrance 186a on an interior side of the base mount 130e, i.e., facing in the direction opposite to that mount rails 136 face. Dampener 184a may be made from rubber or other suitable cushioning material to cushion a user's head away from digital video camera 10.

With reference to FIG. 15B, a dampener 184b is provided on an interior side of base mount 130c, i.e., facing in the direction opposite to that mount rails 136 face. However, a strap entrance 186b is provided on an exterior side of base mount 130c, i.e., facing in the same direction that mount rails 136 face. FIG. 15C shows base mount 130c of FIG. 15B mounted upon strap 180 of goggles 182. Skilled persons will appreciate that the rail plug 132a can be substituted for rail plug 132c.

FIG. 16 shows a rail plug 132d with an alternative base mount 130d of a helmet mount 126d for mounting on a vented helmet. Helmet mount 126d includes one or more slots 190 through which a strap can be used to secure base mount 130d to a helmet through vent slots in the helmet. Skilled persons will appreciate that rail plug 132a can be substituted for rail plug 132d.

FIG. 17 is a front perspective view of another alternative goggle base mount 130f, adapted for employing a strap 192 for attachment to goggle band 180 (FIG. 15C). Strap 192 can be looped through buckles 194 and 196 to secure base mount 130f to goggle band 180. Base mount 130f is adapted to receive circular rail plug 132 (FIG. 10) that permits 360-

14

degree rotation of mount rails 136. Such embodiments permit a user adjust the angle of digital video camera 10 to be different from the vertical viewing angle of the user. For example, the user can be viewing down at the ground while digital video camera 10 (and its image sensor 18) captures images straight ahead. In some embodiments, base mount 130f may include pads 198 and 202 to dampen against vibrations and may include retaining tabs 200 to prevent rail plug 132 from being inadvertently jarred loose. Strap 192 may also or alternatively include pads 204 and 208.

Skilled persons will appreciate that base mounts 130a through 130d can also alternatively be configured to receive a round rail plug 132 (of FIG. 10) that permits 360-degree rotation of mounting rails 136. For example, FIG. 18 shows an alternative pole mount 126g having a base mount 130g adapted to receive circular rail plug 132 that permits 360-degree rotation of mount rails 136. Such embodiments can facilitate compensation for handle bars or other poles 160 or 160b that may be angled backward or forward.

In some embodiments, base mount 130g has a different locking mechanism from that of base mount 130a (FIG. 13). For example, in some embodiments, a locking pin 210 is attached by a hinge 212 to base mount 130g, and locking pin 210 is attached at its other end to a pin door cover 214 through a hinge 216. Locking pin 210 cooperates with hinge door cover 214 to increase compression against pole 160 to prevent base mount 130g from rotating around pole 160 after its desired position is established. Skilled persons will appreciate that base mount 130a may alternatively employ this locking mechanism. In some embodiments, base mounts 130a and 130g include a pole grip 218 to help maintain a preferred orientation of base mounts 130a and 130g with respect to pole 160. In some embodiments, base mounts 130 and 130a-130g may include a leash ring 220 adapted to receive a lease line that may be attached to an associated rail plug 132 and 132a-132d, digital video camera 10, or the operator.

FIGS. 19 and 20 are, respectively, perspective and top plan views of a mounting system 300 that comprises rotatable circular rail plug 132 set in a base mount 130h configured with a locking feature that allows adjustment of digital video camera 10 when it is attached to a mounting surface. FIGS. 21 and 22 are, respectively, perspective and top plan views of base mount 130h. Base mount 130h is of generally rectangular shape and includes in its top wall 302 a large diameter circular opening 304 and in its bottom wall 306 a smaller diameter circular opening 308. Base mount 130h has opposite side walls 310 and 312 through which aligned, generally rectangular slots 314 of the same size are formed and opposite side walls 316 and 318 on the inner surfaces of which spatially aligned sawtooth-receiving edges 144 are formed. The inner surfaces of side walls 310, 312, 316, and 318 include arcuate segments that are sized to permit bidirectional ratcheted rotational motion of circular rail plug 132 when it is set through circular opening 304 in base mount 130h with sawtooth-receiving edges 144 in matable relationship with circumferential sawtoothed edge 142.

FIGS. 23A, 23B, 23C, 23D, and 23E are, respectively, perspective, top plan, end elevation, side elevation, and bottom plan views of a slidable locking member 330 of generally rectangular shape. Slidable locking member 330 is sized to fit within each slot 314 and slidably extend through and project outside either one of side walls 310 and 312 when inserted in both of slots 314 in base mount 130h. Locking member 330 is a unitary structure that includes a generally planar center portion 332 positioned between a locking end piece 334 and a nonlocking end piece 336. Center portion 332 constitutes a recessed area that is bounded by raised end pieces 334 and

US 8,890,954 B2

15

336 and into which circular rail plug 132 is inserted when mounting system 300 is assembled. Center portion 332 includes an oblong hole 338 having opposite circular segments 340 separated by straight line segments 342. U-shaped slots 344 cut in center portion 332 on either side of oblong hole 338 provide downwardly depending the locking tabs 346. Locking tabs 346 are sized and configured to slide into and fit into corresponding grooves 350 in a floor 352 of base mount 130h. Locking end piece 334 has a serrated arcuate inner surface 354, and nonlocking end piece 336 has a smooth arcuate inner surface 356. The curvatures of arcuate inner surfaces 354 and 356 are complementary to the curvature of circular rail plug 132.

FIG. 24 is an exploded view of mounting system 300 to which is attached an exemplary attaching mechanism. When mounting system 300 is assembled, locking member 330 is installed in base mount 130h with end pieces 334 and 336 fitted for sliding movement in slots 314. A plug 360 composed of a top disk 362 and two downwardly depending legs 364 secures locking member 330 to and limits its range of travel within slots 314 in base mount 130h. Top disk 362 fits in a recess in and thereby receives rail plug 132, and flanges 366 extending from the free ends of legs 364 secure plug 360 in base mount 130h when the free ends of legs 364 are pushed through circular opening 308.

Mounting system 300 operates in the following manner. A user adjusts the angular position of digital video camera 10, which is operatively connected to mounting rails 136, by rotating rail plug 132 within base mount 130h. To permit such rotation, the user pushes nonlocking end piece 336 to slide locking member 330 so that serrated inner surface 354 moves away from and does not engage sawtoothed edge 142 of rail plug 132. Legs 364 of plug 360 contact the boundary of oblong hole 338 and thereby stop the sliding motion of locking member 330 with its locking end piece 334 projecting outwardly from its associated slot 314. Locking tabs 346 fit in their corresponding grooves 350 to releasably hold locking member 330 in its unlocked position. Rotation of rail plug 132 provides audible, tactile feedback to the user because of the meshing relationship between sawtooth-receiving edges 144 and sawtoothed edge 142.

Upon completion of angular position adjustment of digital video camera 10, the user locks rail plug 132 in place by pushing locking end piece 334 to slide locking member 330 so that serrated inner surface 354 engages sawtoothed edge 142 of rail plug 132. The sliding motion of locking member 330 stops with its nonlocking end piece 336 projecting outwardly from its associated slot 314. Locking tabs 346 fit in their corresponding grooves to releasably hold locking member 330 in its locked position.

Base mount 130h can be directly mounted to a mounting surface with use of an adhesive. Base mount 130h also may be mated to a variety of mounting surfaces by adding a custom connecting plate, such as strap-connecting plate 370, with screws 372 or another technique such as adhesive bonding or welding. These connecting plates may alter the shape of base mount 130h to better connect to shaped surfaces or may include a variety of attaching mechanisms, such as, for example, a strap 374 or a hook.

With reference again to FIGS. 3B, 3E, 4B, and 5, button 64 (or an additional button 388) may control one or more status indicators such as LED 82 that indicates via light pipe 84 that digital video camera 10 is recording. Button 64 (or additional button 388) may, for example, also control operation of an LED 390 that indicates through a light pipe 392 the power status of a battery (not shown). In some embodiments, a single push controls two or more status indicators (or all of the

16

status indicators, and may control laser sources 48 and a recording standby mode as well).

In some embodiments, the status indicators may provide a different color depending on the status of the item in question. In some embodiments, green, yellow, and red LEDs are used to indicate whether the battery is completely charged, half-charged, or nearly depleted. Similarly, in some embodiments, green, yellow, and red LEDs are used to indicate whether the SD memory card is nearly empty, half-empty, or nearly full. In other embodiments, green light indicates greater than or equal to 80% space or charge, yellow light indicates greater than or equal to 30% space or charge, and red light indicates less than 30% space or charge. Skilled persons will appreciate that the number and meaning of colors can be varied. Camera housing 22 may provide symbols indicating what items light pipes 84 and 392 designate, such as a battery symbol 394 and a memory card symbol 396 on back door 30.

To facilitate an easier and more manageable process for the video once it has been recorded, digital video camera 10 may be configured to automatically segment the video into computer and web-ready file sizes. The segment can be automatically determined by the hardware during the recording process without intervention by the user. In some embodiments, software will automatically close a video file and open a new file at predefined boundaries. In some embodiments, the boundaries will be time-based, for example, ten minutes for each segment, or size-based, for example 10 MB for each segment. Additionally, the segmentation process may be designed so that file boundaries are based on preset limits or so that the user can adjust the segment length to the user's own preferred time. In some embodiments, the video encoder (hardware or software based) will optimize the file boundary by delaying the boundary from the nominal boundary position until a period of time with relatively static video and audio, i.e., when there are minimal changes in motion. Skilled persons will appreciate, however, that in some embodiments, such segmentation may be implemented via software or hardware.

Digital video camera 10 is an all-in-one, shoot and store digital video camcorder and is designed to operate in extreme weather conditions and in a hands-free manner. Digital video camera 10 is wearable and designed for rugged environments (water, heat, cold, extreme vibrations), and the Contour 1080P™ line includes application mounts 126 to attach to any person, equipment, or vehicle. The internal components of digital video camera 10 may be silicon treated, coated, or otherwise insulated from the elements, keeping digital video camera 10 operational, no matter the mud, the dirt, the snow, and the rain.

Preferred embodiments of digital video camera 10 are equipped with wireless connection protocol and global navigation and location determination, preferably global positioning system (GPS), technology to provide remote image acquisition control and viewing. The Bluetooth® packet-based open wireless technology standard protocol is used to provide control signals or stream data to digital video camera 10 and to access image content stored on or streaming from digital video camera 10. The GPS technology enables tracking of the location of digital video camera 10 as it records image information. The following describes in detail the implementation of the Bluetooth® protocol and GPS technology in digital video camera 10.

Preferred embodiments of digital video camera 10 permit the mounting of camera housing 22 upside down while retaining the proper orientation of the video images by mechanical or electrical 180° rotation of lens 26. The mechanical rotation is shown in FIGS. 25A, 25B, 25C, 25D, and 25E. FIGS. 25A,

US 8,890,954 B2

17

25B, 25C, and 25D are front perspective views of digital video camera **10** showing lens **26** set in a vertical position, with camera housing **22** of digital video camera **10** rotated 90° counter-clockwise, not rotated, rotated 90° clockwise, and rotated 180° to an inverted position, respectively, relative to the vertical position. FIG. **25**E is a front elevation view of digital video camera **10** in the orientation of FIG. **25**B annotated with dimension lines indicating 185° counter-clockwise and 95° clockwise ranges of angular displacement of horizontal image plane **16** achievable by manual rotation of rotary controller **14**. The orientation may be flipped prior to signal processing by simply altering the pixel selection or can be flipped during signal processing by simply altering the interpretation of the pixels. The orientation can be automatically controlled by sensing the orientation of camera housing **22** using a variety of sensors and altering the pixels based on these data.

FIGS. **26**A and **26**B, FIGS. **27**A and **27**B, FIG. **28**, and FIGS. **29**A and **29**B show the configuration of digital video camera **10** in which Bluetooth® wireless protocol and GPS technology are implemented to enable remote image acquisition control and viewing. FIGS. **26**A and **27**A are front perspective views of digital video camera **10** with slidable switch activator **80** in its respective recording ON and recording OFF slide setting positions; and FIGS. **26**B and **27**B are top plan views of the digital video camera **10** with slidable switch activator **80** in its respective recording ON and recording OFF slide setting positions. A portion of switch activator **80** is broken away in these drawing figures to reveal the placement of certain internal component parts described in greater detail below.

FIG. **28** is a partly exploded view of digital video camera **10**, showing the placement and mounting arrangement of component parts implementing Bluetooth® wireless protocol and GPS receiver technology in main housing **100** shown in FIGS. **5** and **6**. A Bluetooth® wireless module **400** is installed in main housing **100** at a location proximal to rotary controller **14**. A GPS assembly **402** is installed in main housing **100** at a location proximal to back door **30** of camera housing **28**. Optical support barrel **32**a having an open ended slot **404** fits over main housing **100** in an orientation such that Bluetooth® wireless module **400** and the upper end of GPS assembly **402** fit and are thereby exposed within slot **404**. Switch activator **80** provided with a two-dimensional array of circular openings **406** fits over and slides within slot **404** between the recording ON slide setting position shown in FIGS. **26**A and **26**B and the recording OFF slide setting position shown in FIGS. **27**A and **27**B. Openings **406** provide an audible sound passageway to facilitate pickup by microphone **90** of spoken words or other sound effects.

Common implementations for sliding switches that have long travel entail use of a magnet to pull and hold the switch in its final position or use of a switch mechanism continuously pressed by the user over the full travel distance and provided with a holding mechanism in place in the ON and OFF positions. Digital video camera **10** is equipped with a slide switch mechanism that solves the problems associated with long travel distance. A scissor spring **408** assists in actuating slidable switch activator **80** over the long travel range between the recording ON and OFF slide setting positions.

FIGS. **26**B, **27**B, and **28** show a preferred shape of scissor spring **408** and the manner in which it cooperates with the geometric features of inner side wall surfaces **410** and an inner end wall surface **412** formed in an underside cavity **414** of switch activator **80**. Scissor spring **408** is a one-piece wire member including multiple bends that form a U-shaped center portion **420** having rounded distal ends **422** from each of

18

which a leg portion **424** upwardly extends back toward center portion **420**. U-shaped center portion **420** includes a base member **426** and two generally parallel side members **428** that terminate in rounded distal ends **422**. Upwardly extending leg portions **424** diverge generally outwardly away from side members **428** and terminate in ends **430** that are inwardly bent toward side members **428** and do not extend beyond center portion **420**. A curved section **432** in each leg portion **424** forms its inwardly directed bend and provides a bearing surface that contacts an inner side wall surface **410** of switch activator **80**.

FIGS. **26**A, **26**B, **27**A, and **27**B show the geometric features in inner side wall surfaces **410** and inner end wall surface **412** of switch activator **80**. Each side wall surface **410** includes an inwardly directed beveled portion **440** having an apex **442** and a proximal end **444** and a distal end **446** located respectively nearer to and farther from end wall surface **412**.

Installation of scissor spring **408** in main housing **100** entails placement of U-shaped center portion **420** with its base member **426** and side members **428** against a raised block **450** on a top surface **452** of a printed circuit board (PCB) **454** of GPS assembly **402**. The length of base member **426** is chosen to establish a snug fit of raised block **450** within U-shaped center portion **420** to keep scissor spring **408** stationary during sliding motion of switch activator **80**. As shown in FIGS. **26**A and **26**B, whenever switch activator **80** is in the recording ON slide setting position, curved sections **432** of scissor spring leg portions **424** rest in shallow notches formed at distal ends **446** of beveled portions **440**. As shown in FIGS. **27**A and **27**B, whenever a user slides switch activator **80** from the recording ON slide setting position to the recording OFF slide setting position, curved sections **432** exit the shallow notches at distal ends **446**, slide along entire lengths of beveled portions **440**, and come to rest at shallow notches formed at proximal ends **444** of beveled portions **440**. Curved sections **432** of leg portions **424** are of complementary shape to curved sections **448** of inner end wall surface **412**.

The shaping of scissor spring **408** imparts resistance to prevent the initial sliding motion of switch activator **80** in either direction, but in response to user applied pressure overcoming the resistance, switch activator **80** automatically travels to the stopping position without effort by the user. Scissor spring **408** exerts passive resistance to any motion and therefore holds switch activator **80** in the proper position until the user again moves switch activator **80**. The shape of scissor spring **408** can be varied based upon, for example, the geometry of switch activator **80**, the length of travel, and desired holding force.

The above-described spring solution is uniquely resistant to vibration and is well-suited for a high vibration environment. Scissor spring **408** is an improvement over magnetic sliding switch movements because the former does not introduce magnetic interference that may affect other functions in digital video camera **10**. Scissor spring **408** is also an improvement over a double detent implementation because the user is confident switch activator **80** is in the proper position. This spring solution could be expanded to include a combination of springs to provide specialized motion or specific force profiles. This spring design can also control linear or circular motion.

FIGS. **29**A and **29**B show respective perspective and exploded views of GPS assembly **402** separate from main housing **100**, in which GPS assembly **402** is installed for operation in digital video camera **10**. GPS assembly **402** includes a GPS passive patch antenna **456** and a GPS receiver module **458** to provide GPS functionality to digital video

US 8,890,954 B2

19

camera **10**. A GPS ground plane **460** in the form of a stepped, generally U-shaped aluminum shroud is positioned between patch antenna **456** and GPS printed circuit board **454** and affixed to top surface **452** of the latter by GPS ground plane mounting tape **462**. GPS receiver module **458** is mounted to GPS printed circuit board **454** on its bottom surface **464**. A preferred GPS patch antenna **456** is a Model PA1575MZ50K4G-XX-21, which is a high gain, customizable antenna available from INPAQ Technology Co., Ltd., Taiwan. GPS patch antenna **456** is custom tuned to its peak frequency to account for detuning effects of the edges of optical support barrel **32**a. A preferred GPS receiver module **458** is a Model NEO-6 module available from u-blox AG, Switzerland.

FIGS. **29**A and **29**B show that GPS ground plane **460** is physically shaped to complement or mirror the curved shape of optical support barrel **32**a of housing **22** so that the ground plane area can be maximized as the shape of the ground plane conforms to, i.e., without altering, the shape of camera housing **22**. Additionally, GPS patch antenna **456** is supported by its own internal ground plane, which is arranged such that it overlaps the inside of the existing aluminum case. This overlap allows RF currents to pass between the aluminum case and GPS ground plane **460** through capacitive coupling and hence have the effect of increasing the size of the overall ground plane area. This increased ground plane area further improves the GPS reception. Moreover, GPS patch antenna **456** is tuned with these components coupled for optimal reception by the overall system. The ground plane customization and electrical coupling to camera housing **22** or other metal components of digital video camera **10** improve performance by achieving higher antenna gain and consequent enhanced signal reception when digital video camera **10** is mounted in multiple positions.

When recording video or taking photographs in a sports application, digital video camera **10** is often mounted in a location that does not permit the user to easily see the camera. Implementing digital video camera **10** with a wireless connection protocol enables remote control of the operation of and remote access to image data stored in digital video camera **10**. In preferred embodiments, the integration of Bluetooth® wireless technology in the wearable digital video camera **10** facilitates implementation of several features, including remote control, frame optimization, multi-camera synchronization, remote file access, remote viewing, data acquisition (in combination with GPS capability), and multi-data sources access (in combination with GPS capability).

Implementing Bluetooth® wireless technology in digital video camera **10** enables the user to control it remotely using a telephone, computer, or dedicated controller. This allows digital video camera **10** to remain sleek, with few buttons and no screen. Additionally, a lack of need for access to a screen or controls provides more flexibility in mounting digital video camera **10**.

The remote control device (i.e., telephone, computer, dedicated viewer, or other Bluetooth®-enabled device) can access files stored on digital video camera **10** to allow the user to review the content in such files and manage them on the camera. Such access can include file transfer or file playback in the case of video or audio content.

Using a wireless signal transfer, the remote device can access data streaming from digital video camera **10**. Such data can include camera status, video, audio, or other data (e.g., GPS data) collected. Standard video can exceed the bandwidth of a Bluetooth® connection. To resolve any quality of service issues, a fast photo mode is used to simulate video. In this case, photographs are taken in succession, then

20

streamed and displayed in sequence to simulate video playback. Firmware in a main processor captures and streams the photographs, and the receiving application is designed to display photographs in quick succession. To be space efficient, the photographs may be stored in a FIFO buffer so that only limited playback is available.

Alternative implementations of a remote viewer include one or more of reduced resolution or frame rate, file sectioning, frame sampling, and Wi-Fi to media server. Reduced resolution or frame rate entails recording video in two formats, high quality and low quality, in which the lower quality file is streamed or played back after the recorded action has taken place. For streaming implementation, wireless connection bandwidth can be monitored to adapt to the available bandwidth the resolution, bit rate, and frame rate on the secondary recording. Additionally, buffering can be used in conjunction with adaptive bit rate control. File sectioning entails breaking a recording into small files and transferring each file upon completion to allow for viewing via a wireless device in near real time. File transfer may be delayed so as to limit interruptions that result from bandwidth limitations. Frame sampling entails real time video frame sampling (e.g., video compression intraframes (I-frames) only). Wi-Fi to media server entails use of Wi-Fi to establish the camera as a media server on selected networks, allowing other devices to read and play content accessed from the device.

FIG. **30** is a simplified block diagram showing a preferred implementation of wireless technology in digital video camera **10**. FIG. **30** shows digital video camera **10** with built-in Bluetooth® wireless module **400** that responds to a Contour Connect Mobile App application software executing on an operating system for mobile devices such as smartphones and tablet computers to enable such a mobile device to become a wireless handheld viewfinder. A Contour Connect Mobile App that is compatible for use with an iOS mobile operating system of Apple®, Inc. is available on the iPhone App Store and that is compatible for use on an Android mobile operating system of Google Inc. is available on the Android Market. The firmware of a main processor **500** stores an updated version of compatible software to respond to the Contour Connect Mobile App executing on a mobile device. This wireless connection capability enables a user to configure camera settings in real time and preview what digital video camera **10** sees. Specifically, a user can check the camera angle on the wireless device screen and without guesswork align the camera shot and adjust video, light level, and audio settings before beginning the activity he or she wants to record.

The functionality permitted across industry standard interfaces is often limited by the receiving or transmitting device based on its permissions. This means that one device may refuse to permit certain functionality if the other device does not have proper certificates or authentications. For example, the Apple® iPhone and similar products require certain security authentication on data signals transmitted using the Bluetooth® interface. The security requirements on such interfaces vary by product and the manufacturer. Oftentimes the same product is intended to connect with a variety of devices, and it is not desirable to integrate the security component for all possible features or external devices.

In preferred embodiments, the signal path is designed such that the presence of this security integrated circuit is not required for full functionality for such other devices. However, by including a connector in this signal path, a security module can be added by the user after manufacturing to allow connection with such controlled devices. By including such a connector in the signal path, the relevant signal security module may be provided separately for only those applications

21

that require such security authentication. Additionally, in preferred embodiments, the Apple® security card is packaged separately as a self-contained card. The circuit is designed to retain the authentication integrity but to interface with the controlling device through a standard connector. FIG. 30 also shows placement of a Contour Connect View (security) Card **502** in a card slot and connector **504** of digital video camera **10** to enable connection with a supported Apple® iOS device. A Contour Connect View Card is available from Contour, Inc., the assignee of this patent application.

FIG. 31 is a flow diagram showing the pairing of two devices by Bluetooth® wireless connection. Main processor **500** of digital video camera **10** stores a data file identifying a Bluetooth®-enabled viewer/controller device **510**. (An appearance of a smiley face icon in the flow diagrams indicates action by or display of status information to a user.) A user presses a wireless connection activator button (preferably located near switch activator **80** but not shown in the drawings) on camera housing **22** to turn on Bluetooth® module **400**, which transmits a Bluetooth® ("BT") Connection Request signal to Bluetooth® connection-enabled viewer/controller **510**. Viewer/controller **510** receives the Bluetooth® Connection Request signal, determines whether there is a Bluetooth® ID connection match pair, and upon recognition of a match pair, determines whether viewer/controller **510** is iOS or Android implemented. If it is Android implemented and therefore Apple® security is not required, viewer/controller **510** allows and launches the Contour Connect Mobile App to perform Bluetooth® data transfer to and from digital video camera **10**. If it is iOS implemented and Apple® security is required, viewer/controller **510** sends a Security Challenge signal for passage through Bluetooth® module **400** and main processor **500** to an Apple® coprocessor **514** mounted on Apple® security card **502**. Apple® coprocessor **514** sends security codes for passage through main processor **500** and Bluetooth® module **400** to viewer/controller **510**, which confirms the security codes and allows and launches the Contour Connect Mobile App to perform Bluetooth® data transfer to and from digital video camera **10**.

The use of a data file to identify the Bluetooth® ID of a device allows two devices to pair when neither device has a display screen. FIG. 32 is a flow diagram showing an example of pairing Bluetooth® microphone **90** and digital video camera **10**, neither of which has a display screen. Digital video camera **10** and a controller **510'** are initially paired by Bluetooth® wireless data connection, and the Contour Connect Mobile App is active, as described above with reference to FIG. **31**. Viewer/controller **510** and controller **510'** are of similar construction, except that the latter has no display screen. A user slides switch activator **80** to its ON position to supply power to microphone **90** and transmit a Pair Request signal to digital video camera **10**, which detects and forwards to controller **510'** a Microphone Pair Request signal for confirmation. The user responds to the pairing request by manipulating an actuator associated with controller **510'**. If user actuation indicates refusal of the pairing request, controller **510'** concludes the pairing process. If user actuation indicates acceptance of the pairing request, controller **510'** transmits to digital video camera **10** a Confirmation signal, together with a passcode if one is required by microphone **90**. Upon receipt of the Confirmation signal, digital video camera **10** transmits a Confirmation signal and any passcode to microphone **90** and thereby completes the pairing by initiating audio data capture and recording by the audio encoder in digital video camera **10**.

FIG. 33 is a flow diagram showing a preferred camera position adjustment procedure carried out by a helmet-wear-

22

ing user, such as a bicycle or snowboard rider or skier, to align digital video camera **10** mounted on the user's helmet. Digital video camera **10** and viewer/controller **510** are initially paired by Bluetooth® wireless data connection, and the Contour Connect Mobile App is active, as described above with reference to FIG. **31**. A launch control/viewer application instruction causes transmission of a fast photo transfer Data Request signal to Bluetooth® data transfer-enabled digital video camera **10**, which responds by enabling the taking of photographs in rapid succession (e.g., five photographs each second) of the scene to which camera lens **26** is pointed. A mounting activity sequence **520** indicated in FIG. **33** represents user activity of mounting digital video camera **10** on the helmet, assuming a riding position, and adjusting the position and angle of digital video camera **10** by selecting its mounting surface location on the helmet and rotating rail plug **132** within base mount **130/** of mounting system **300**. The angle/position mounting adjustment performed by the user causes the taking of photographs of the scene in rapid succession and transmitting them for near real-time display to the user observing the display screen of viewer/controller **510**. Successive iterations of angle/position mounting adjustment, picture taking in rapid succession, and user observation of the displayed scene continue until the user is satisfied with the position of the scene displayed, whereupon the mounting position adjustment of digital video camera **10** on the helmet is complete.

Frame optimization can be accomplished with a remote control device or within digital video camera **10**, if it is equipped with a screen and controls. Frame optimization may entail one or both of lighting and color optimization and frame alignment, either manually or automatically.

FIG. 34 is a flow diagram showing a preferred manual lighting level and color settings adjustment procedure followed by the user after completing the mounting position adjustment described above with reference to FIG. **33**. The manual lighting level and color setting procedure shown in FIG. **34** differs from the mounting position adjustment procedure of FIG. **33** in that 1) mounting activity sequence **520** does not apply, 2) a settings OK decision block replaces the Position OK decision block in viewer/controller **510**, and 3) the manual angle/position mounting adjustment causing the taking of photographs of the scene in rapid succession is replaced by transmission of a new settings instruction produced in response to user-manipulation of an alter lighting level and color settings actuator associated with viewer/controller **510**. The manual lighting level and color adjustment procedure entails the user observing the successive photographs on the display screen and manipulating the alter lighting level and color settings actuator associated with viewer/controller **510** until the user is satisfied with the lighting level and color displayed, whereupon the manual setting adjustment is complete.

Automatic lighting and color optimization uses video or photographic analysis in controlling the device. FIG. 35 is a flow diagram showing a preferred automatic lighting level and color settings adjustment procedure followed by the user after completing the mounting position adjustment described above with reference to FIG. **33**. The automatic lighting level and color settings procedure shown in FIG. **35** differs from the manual lighting level and color settings procedure shown in FIG. **34** in that an Auto Adjust iterative loop replaces the Settings OK decision block of FIG. **34**. Specifically, a Start Auto Adjust process block initiates an iterative Auto Adjust loop of programmed analysis of photograph color, lighting level, and position followed by a Quality Optimization decision query based on a set of programmed quality standards.

US 8,890,954 B2

23

The Auto Adjust loop iteratively performs the analysis and causes transmission of a new settings instruction to digital video camera **10** to take additional photographs for display and analysis by viewer/controller **510**. The automatic lighting level and color adjustment procedure entails the automatic internal analysis of the photographs on the display screen and preprogrammed automatic adjustment of the lighting level and color settings until the Quality Optimized decision block indicates that image quality meets preprogrammed optimum quality standards and the final Quality Optimized decision block indicates that the user is satisfied by user manipulation of an actuator indicating the automatic setting adjustment is complete. Viewer/controller **510** can implement tuning algorithms to analyze frames, adjust settings, and reanalyze the frames to optimize lighting level and color settings. Small and fine alignment adjustments can be made automatically by altering the pixels used to define the frame. These adjustments can be made by redefining the center pixel or by redefining the bounding box. These adjustments can be horizontal, vertical, and rotational, including rotating a full 180° to allow for digital video camera **10** to be positioned upside down, as shown in FIG. **25**D. For more precise optimization, digital video camera **10** may be pointed at a predefined chart to allow the automatic adjustments to achieve more precise and consistent settings.

Use of the many-to-many nature of Bluetooth® wireless technology enables a user to control multiple cameras. Multi-camera control allows for the controller to coordinate the lighting level and color settings on all cameras, provide guides for alignment of camera positions, and synchronize the videos on multiple cameras with synchronous start/stop or synchronous "alignment" on-screen display (OSD) frames or audio sound that can be embedded in the video to facilitate editing and post-processing. Use of wireless connection allows one camera to provide a synchronization signal to another camera so that videos can be synchronized in post-processing. The OSD frames may be stored in advance in the memory of digital video camera **10** and be simply triggered by a frame sync pulse to limit transmission bandwidth requirements and any associated errors or delays. This synchronization may include information such as, for example, video file name and camera identity of the primary camera. To improve accuracy of synchronization timing, the wireless transfer rate can be calibrated by pinging a secondary device and listening for response. To further improve accuracy, this ping/response cycle is repeated multiple times.

A separate remote device can be used to pair two cameras in which neither camera has a screen. FIG. **36** shows a (Master) Camera **1** and a (Slave) Camera **2** of the same type as digital video camera **10** aimed at a common chart **530**. The relative camera mounting can be adjusted to align the images in the Z-axis. The lighting level and color settings can be adjusted so that they are matched. Aligning the images and adjusting lighting level and color settings eliminate a need for post-processing when combining videos from multiple cameras at multiple angles or three-dimensional views. FIG. **36** shows an iPhone paired to Cameras **1** and **2** implemented with remote Start/Stop capability, which is described below. Master Camera **1** sends an OSD frame sync pulse to Slave Camera **2**. Master Camera **1** analyzes photographs from Slave Camera **2** and adjusts settings to match the alignment and settings of Master Camera **1**.

FIG. **36** presents two illustrations of a display screen **532** of viewer/controller **510** of an iPhone type showing for user observation side-by-side images produced by Cameras **1** and **2** viewing chart **530**. Upper illustration **534** and lower illustration **536** show the comparative relationship between the

24

position and color matching, respectively, before and after correction. Illustration **534** shows Z-axis misalignment of the two camera images and color imbalance, and illustration **536** shows post-correction image position alignment and color matching.

By controlling multiple cameras, the user is able to coordinate shots from different angles and ensure the color and lighting settings are similar to allow for seamless switching in playback. The preferred embodiments could be expanded so that in the event there were multiple devices daisy-chained together, they could use a single authentication. For example, if there were two cameras that were connected via Bluetooth® to a device that required such authentication, the signal from one camera could route through the other to use its security and the intermediary device would be the only device that requires such security provision. This security component may also be able to become a standalone component that is simply inserted into the security path as a pass-through that adds the authentication or approval required only for the receiving device and performs any translation required for the response to be interpreted properly.

FIG. **37** shows an exemplary user application to allow the user to change lighting level and color settings and immediately see the resulting changed video. FIG. **37** is a flow diagram showing Camera **1** and an iOS mobile phone or tablet computer device **510** paired by Bluetooth® wireless connection and cooperating to accomplish without security the pass-through of Camera **2** data. A user pushes the wireless connection activator button on Camera **2** to transmit a Pair Connection Request signal to Bluetooth®-enabled Camera **2**, which detects the request, confirms the pairing, and transmits a signal to Camera **2** to complete the pairing. Camera **2** responds by taking photos in rapid succession and transmitting them together with status information to Camera **1** for pass-through transmission to device **510** for display as Camera **2** image and data on display screen **532**. A user manipulates an actuator associated with device **510** to change lighting level and color settings by causing transmission to Camera **1***a* New Settings command signal for pass-through transmission to Camera **2**, which responds by changing its lighting and color settings.

Data acquisition and data synchronization in the use of wireless communication, preferably in cooperation with GPS capability, can be accomplished by one of several techniques. When capturing video during an activity, data may be used to better describe the activity as well as used for editing and optimizing either during recording or in post-processing. Typically, these data would be embedded in the video as user data or in the file as a data track (in accordance with MPEG specifications). In a first alternative, the data may be written to a text track in the file. These data are ignored by players unless text display is turned on. Post-processing algorithms extract these data for analysis. Generally, the text track survives editing. In a second alternative, the data may be written to a separate file, and the file name for the data may be written as metadata on the video file so that post-processing applications can properly associate the data with the video. Optimally, the data are synchronized with the video, but they need not be frame synchronized. In the event the data are stored in a separate file, a timestamp could be used to synchronize the video. This marker may be embedded in the data file to tag the file at a single time (e.g., beginning, middle, end, or upon designation by the user), tag the file with every video frame, or tag periodically.

FIG. **38** shows a hybrid flow diagram and pictorial illustration of iPhone viewer/controller **510** paired by Bluetooth® wireless data and control command connection to Cameras **1**

US 8,890,954 B2

25

and 2 to implement a remote Start/Stop capability for multiple cameras. (Cameras 1 and 2 are also identified by the respective reference numerals $10_1$ and $10_2$ to indicate they are of the same type as digital video camera 10.) The flow diagram shows iPhone viewer/controller 510 paired to Cameras 1 and 2 and Contour Connect Mobile App in its active operating mode. The pictorial view of iPhone viewer/controller 510 shows on its display screen 532 a Start Record actuator.

The user wanting to start a recording session taps the Start Record actuator to transmit to Bluetooth®-enabled Cameras 1 and 2 a Start Recording command signal. The flow diagram shows Cameras 1 and 2 recording video data in response to the Start Recording command signal. Bluetooth® wireless module 400 in each of Cameras 1 and 2 is configured to respond to the Start Recording command signal, irrespective of the OFF state of switch activators 80 of Cameras 1 and 2.

The user wanting to complete a recording session taps a Stop Record actuator (not illustrated in FIG. 38) on display screen 532 to transmit to Cameras 1 and 2 a Stop Recording command signal. The flow diagram shows Cameras 1 and 2 stopping video recording in response to the Stop Recording command signal.

FIG. 38 also shows upper and lower timing diagrams illustrating the timing sequences of video frame acquisition by Cameras 1 and 2 when they are, respectively, manually started asynchronously in response to user-positioning of switch activators 80 and started nearly synchronously in response to user-tapping of the Start Record actuator on display screen 532 of iPhone controller/viewer 510. The lower timing diagram shows the benefit of wireless connection in accomplishing near synchronous acquisition of streams of video data from multiple cameras.

FIG. 39 is a flow diagram showing an example of pairing Camera 1 and Camera 2 by Bluetooth® wireless data and control command connection through either viewer/controller 510 or controller 510', the latter of which is illustrated in FIG. 39. FIG. 39 shows Camera 1 paired by Bluetooth® wireless connection to controller 510' and Contour Connect Mobile App in its active operating mode. A user presses the wireless connection activator button on Camera 2 to turn on its Bluetooth® module 400, which transmits a Bluetooth® Pair (connection) Request signal to Camera 1. Camera 1, which is already paired with controller 510', detects the Pair Request signal and transmits a Camera Pair Request signal to controller 510'. Controller 510' presents a pairing request to the user, who manipulates an actuator to refuse the requested pairing connection, and thereby stop the pairing process, or manipulates an actuator to accept the requested pairing connection, and thereby transmit and pass through Camera 1 to Camera 2 a Confirm Pairing signal to complete the pairing connection.

A synchronization calibration sequence 540 performed between Cameras 1 and 2 calibrates transmission delays between them. Camera 1 transmits to Camera 2 a Sync Calibration signal, to which Camera 2 responds by transmitting a Sync Response signal. Camera 1 determines a calibration delay representing the amount of delay from transmission of the Sync Calibration signal to receipt of the Sync Response signal. This process is repeated a number of times until successive measured calibrated delays are within an operational tolerance.

A synchronized video recording process 542 starts upon completion of synchronization calibration sequence 540. Camera 1, operating as the master camera and in response to a user-controlled trigger signal, transmits a Start Recording signal to Camera 2, which responds by starting to record video data. Camera 1 starts to record video data after expira-

26

tion of the calibrated delay determined by the synchronization calibration sequence 540 to achieve a synchronized start of recording video data by Cameras 1 and 2.

An on-screen display ("OSD") sync pulse insertion process 544 facilitates video frame synchronization in video and audio post-processing. Camera 1 transmits a Trigger OSD Sync signal to Camera 2 in response to the start of video data recording by Camera 1. Camera 2 responds to the Trigger OSD Sync signal by inserting an OSD Sync pulse overlay in the stream of video frames Camera 2 acquires. After expiration of the calibrated delay determined by synchronization calibration sequence 540, Camera 1 inserts an OSD Sync pulse overlay in the stream of video frames Camera 1 acquires. The time base for computing calibration delay and OSD Sync pulse insertion is preferably provided by a GPS date/time clock available to GPS receiver 458.

A video and audio post-processing procedure 546 entails performing a search of the streams of video frames for the OSD Sync pulses and shifting the timing of the stream of video frames of Camera 2 to match the OSD Sync pulses of Camera 1. The frame center, color, audio volume, and other parameters of the Camera 2 video and audio data are adjusted using the OSD Sync pulse so that the streams of video and audio data can be combined for multi-angle shots, three-dimensional images, or other effects.

FIG. 40 is a block diagram showing the post-processing procedure of synchronizing audio data produced by a wireless microphone 550 and wired microphone 90 incorporated in digital video camera 10. Audi data produced by microphone 90 are compressed by an audio codec 552. An audio signal produced by wireless microphone 550 is received by Bluetooth® wireless module 400, converted to digital form by an analog-to-digital convertor 554, and compressed by an audio codec 556. Video data produced by image sensor 18 is compressed by a video codec 558, which resides in main processor 500 of digital video camera 10. An Audio 1 Track of hard-wired audio data, an Audio 2 Track of wireless audio data, and a Video Track of video data delivered from the respective outputs of audio codec 552, audio codec 556, and video codec 558 are combined and contained as parallel tracks in an original video file 560 and stored in an SD memory card 562.

Wireless microphone 550 introduces a delay in the Audio 2 Track. FIG. 40 illustrates this delay by showing a one-frame temporal offset between corresponding frames of the Audio 1 and 2 Tracks. The above-described OSD Sync pulse functions as an audio time stamp that can be used to correct for the delay and thereby synchronize the Audio 1 and 2 Tracks for automatic post-processing audio analysis. Post-processing is performed in a peripheral computer 570, which includes a video editor 572 having an audio tracks extraction module 574 that receives from SD card 562 the stored Video, Audio 1, and Audio 2 Tracks data from original video file 560. Audio tracks extraction module 574 separates the Audio 1 and 2 Tracks, and an audio synchronizer module 576 using the time stamp sync pulse synchronizes them. The synchronized Audio 1 and 2 Tracks, together with the Video Track, are combined in a video/audio combiner module 578 and delivered in proper temporal frame alignment to a new video file 580.

Data measurements performed depend on the type of data acquired. The most appropriate data varies based upon sport or type of motion recorded; therefore, ideally data sensors are tailored to the relevant sport. Additionally, the best location for measuring data is often not the ideal location for mounting a camera.

FIG. 41 is a simplified block diagram showing the processing of a single track of data from one data source. FIG. 41

US 8,890,954 B2

27

shows digital video camera **10** including in its main processor **500** a video file **600** containing a Video Track, an Audio Track, and a Text Track. The Video and Audio Tracks correspond to, respectively, the Video and Audio 1 Tracks contained in original video file **560** of FIG. **40**. The Text Track represents data that are produced by a subtitle generator **602** hardwired to main processor **500** and is presented for display on the video frames.

By using Bluetooth® with its many-to-many connections, multiple data sources can be recorded by the camera. These data sources can be customized to the specific application, for example for automobile racing, data relating to the automobile engine may be captured from on-board diagnostics and transmitted to digital video camera **10**, where the data can be embedded in the video stream for later playback. Examples of multiple data sources include streaming data to one or more cameras from one or more data sources (e.g., GPS data from telephone or GPS collection device, and audio data from remote microphone) and storing such data as individual files or embedded in the video file as metadata, audio tracks, or text.

In post-processing, data associated with video content can be used in editing to correct for shade/lighting changes, to correct for video processing errors, and to enhance the story with information about the path taken, location of the video, speed, and other information. Location and time data embedded in video from sources such as GPS can be used to synchronize videos in post-processing generating a three-dimensional video. Speed, vibration, altitude, temperature, date, and location can be combined to determine the likely sport or activity as part of a post-processing suite. The recommendations can be tuned based on data gathered from a large body of videos in which the activity in the video has been identified. Data associated with video content may be used to associate and group videos from one or more users. The groupings may be based on any characteristic such as time, location, speed, and other factors. Videos that intersect in time or location may be linked so that the viewer can transition to a different camera or video when two videos cross in location or time. Additionally, the data can be used to correlate multiple cameras or videos to create multiple view angles for the same location or event. These data may also be used to correlate videos of the same location taken over time to document the changes in that location over extended durations (hours, days, weeks, years).

Multiple "language" tracks on video file can be used to capture different audio sources (including wireless microphone) from the video camera. This allows the user to select from the optimal audio source in post-processing or allows automatic correction for signal errors and synchronization issues. By storing multiple sources, users are post-processing algorithms and may select the most reliable track in the event there is a dropout resulting from signal quality issues caused by use of a wireless device. Additionally, audio may be captured from multiple sources and from different locations to provide different audio information so that the preferred audio may be selected in post-processing. In the event multiple audio tracks are not available, data tracks may be used and the data can be converted into an audio source in post-processing. In the event the wireless audio source cannot be channeled through the audio codec, the raw data can be stored and post-processing can modify these data to convert them to audio. Any delay introduced by the wireless connection can be corrected by synchronizing the wireless audio source to the primary audio source (internal microphone) using the audio waveforms.

28

The foregoing approach differs from the prior art technique of automatically switching between an internal microphone and an external microphone, where the external microphone is used when it exists and software automatically reverts to the internal microphone when the external microphone signal is unavailable. Automatic switching would, however, mix audio from different locations and not provide a seamless audio experience.

FIG. **42** is a simplified block diagram showing the processing of multiple tracks of data from multiple data sources. FIG. **42** shows digital video camera **10** including in its main processor **500** a video file **610** containing Video and Audio Tracks corresponding to those contained in video file **600** of FIG. **41** and five text tracks described below.

A data processing and calculations module **612** of main processor **500** receives data from GPS receiver **458**, camera sensors **614**, Bluetooth® wireless module **400** receiving data transmissions from Bluetooth® wireless connection-enabled sources, and a wired data module **614** and delivers these data as Text Track 1, Text Track 2, Text Track 3, Text Track 4, and Text Track 5, respectively.

Text Track 1 contains GPS data such as longitude, latitude, elevation, date/time, and other data available from GPS receiver **458**. The date/time information enables associating acquired video and other data, including data on Text Tracks 2-5, to a certain time point in the video data stream. Peripheral computer **570** takes the time-stamped information and displays it by time point. The transmission delay calibration described with reference to FIG. **39** can be implemented using the GPS-provided date/time clock as a time standard.

Text Track 2 contains operating parameter data such as video resolution, compression rate, and frame rate information available from camera sensors **614** associated with digital video camera **10**.

Text Tracks 3 and 4 contain data acquired from Bluetooth® wireless connection-enabled Data A and Data B transmission sources such as, for example, race car engine sensor data and race car driver heart rate monitor data. These data are typically periodically transmitted to Bluetooth® module **400**. Another example of Data A and Data B sources is data sources transmitting data at different transmission rates.

Text Track 5 contains data produced from a text data module (e.g., subtitle generator **602** of FIG. **41**) hardwired to data processing and calculations module **612**.

It will be obvious to those having skill in the art that many changes may be made to the details of the above-described embodiments without departing from the underlying principles of the invention. For example, skilled persons will appreciate that subject matter of any sentence or paragraph can be combined with subject matter of some or all of the other sentences or paragraphs, except where such combinations are mutually exclusive. The scope of the present invention should, therefore, be determined only by the following claims.

The invention claimed is:

**1**. An integrated, hands-free, portable, viewfinderless point of view digital video camera, comprising:

a lens and an image sensor, the image sensor capturing light propagating through the lens and representing a scene to be recorded, and the image sensor producing real time video image data of the scene;

a wireless connection protocol device configured to send real time image content by wireless transmission directly to and receive control signals or data signals by wireless transmission directly from a wireless connection-enabled controller; and

a camera processor configured to:

US 8,890,954 B2

29

receive the video image data directly or indirectly from the image sensor,

generate, from the video image data, first video image content at a first resolution and second video image content at a second resolution, wherein the first resolution is lower than the second resolution,

communicate the first video image content using the wireless connection protocol device to the wireless connection-enabled controller without displaying the first video image content, the second video image content, or the video image data at the video camera,

receive the control signals from the wireless connection-enabled controller,

adjust image capture settings of the video camera prior to recording the scene based at least in part on at least a portion of the control signals, and

in response to a record command, cause the second video image content to be stored at the video camera, wherein

the wireless connection-enabled controller comprises executable instructions for execution on a handheld personal portable computing device, wherein when executed, the executable instructions cause the handheld personal portable computing device to:

receive the first video image content from the wireless connection protocol device,

display the first video image content on a display of the handheld personal portable computing device, the first video image content comprising a preview image of the scene, the preview image allowing a user of the video camera to manually adjust a position or orientation of the video camera to record the scene,

generate the control signals based at least on input received at the handheld personal portable computing device, wherein the control signals comprise at least one of a frame alignment, a multi-camera synchronization, remote file access, and a resolution setting and at least one of a lighting setting, an audio setting, and a color setting, and

communicate the control signals to the wireless connection protocol device.

**2**. The point of view digital video camera of claim **1**, wherein the first video image content comprises a lower frame rate than a frame rate of the second video image content.

**3**. A portable, point of view digital video camera, comprising:

a lens;

means for capturing light propagating through the lens and representing a scene and producing real time video image data of the scene;

means for receiving the video image data directly or indirectly from the means for capturing light;

means for generating a first data stream and a second data stream corresponding to the video image data, wherein the second data stream is a higher quality than the first data stream;

means for wirelessly communicating the first data stream directly to a personal portable computing device for display on a display of the personal portable computing device,

wherein the first data stream comprises a preview image of the scene, the preview image allowing a user of the video camera to adjust a position or orientation of the video camera to record the scene, and

wherein the personal portable computing device generates control signals for the video camera, the control

30

signals comprising at least one of a frame alignment, multi-camera synchronization, and a resolution setting, and at least one of a lighting setting, a color setting, and an audio setting;

means for receiving, prior to recording the scene, the control signals directly from the personal portable computing device via wireless transmission;

means for adjusting one or more settings of the video camera based at least in part on at least a portion of the control signals received from the personal portable computing device; and

means for causing the second data stream to be stored in a storage device as a second video file at the video camera based at least in part on a record command.

**4**. The point of view digital video camera of claim **3**, wherein the first data stream comprises first video image content and the second data stream comprises second video image content, wherein the first video image content and the second video image content comprises the same video image content at different resolutions or different frame rates.

**5**. The point of view digital video camera of claim **3**, further comprising:

means for causing the first data stream to be stored in the storage device at the video camera as a first video file based at least in part on the record command, and

following an end record command:

means for receiving a request to view the video image data, and

means for wirelessly communicating content from the first video file directly to the personal portable computing device for display on the display of the personal portable computing device.

**6**. The point of view digital video camera of claim **3**, wherein the video camera is configured as a server to the personal portable computing device.

**7**. The point of view digital video camera of claim **3**, wherein the video camera does not have a scene preview screen.

**8**. The point of view digital video camera of claim **3**, wherein the first data stream comprises at least one of a first image resolution that is lower than a second image resolution of the second data stream and a first frame rate that is lower than a second frame rate of the second data stream.

**9**. The point of view digital video camera of claim **3**, wherein the first data stream comprises a first image resolution that is lower than a second image resolution of the second data stream and a first frame rate that is lower than a second frame rate of the second data stream.

**10**. The point of view digital video camera of claim **3**, further comprising:

means for monitoring a wireless connection bandwidth between the video camera and the personal portable computing device, and

means for adjusting at least one of a frame rate and an image resolution of the first data stream based at least in part on the monitored wireless connection bandwidth.

**11**. A portable, point of view digital video camera, comprising:

a lens;

an image sensor configured to capture light propagating through the lens and representing a scene, and produce real time video image data of the scene;

a wireless connection protocol device configured to send real time image content by wireless transmission directly to and receive control signals or data signals by wireless transmission directly from a personal portable computing device executing an application; and

US 8,890,954 B2

31

a camera processor configured to:
    receive the video image data directly or indirectly from the image sensor,
    generate from the video image data a first image data stream and a second image data stream, wherein the second image data stream is a higher quality than the first image data stream,
    cause the wireless connection protocol device to send the first image data stream directly to the personal portable computing device for display on a display of the personal portable computing device, wherein the personal portable computing device generates the control signals for the video camera, and wherein the control signals comprise at least one of a frame alignment, multi-camera synchronization, remote file access, and a resolution setting, and at least one of a lighting setting, a color setting, and an audio setting,
    receive the control signals from the personal portable computing device, and
    adjust one or more settings of the video camera based at least in part on at least a portion of the control signals received from the personal portable computing device.

**12.** The point of view digital video camera of claim **11**, wherein the first image data stream comprises first video image content and the second image data stream comprises second video image content, wherein the first video image content and the second video image content comprise substantially the same video image content at different resolutions or different frame rates.

**13.** The point of view digital video camera of claim **11**, wherein based at least in part on a record command, the camera processor is further configured to cause the first image data stream to be stored in a storage device at the video camera as a first video file and cause the second image data stream to be stored in the storage device at the video camera as a second video file.

**14.** The point of view digital video camera of claim **13**, wherein following an end record command, the camera processor is further configured to:
    receive a request to view the video image data, and
    cause the wireless connection protocol device to wirelessly communicate content from the first video file directly to the personal portable computing device for display on the display of the personal portable computing device.

**15.** The point of view digital video camera of claim **11**, wherein the control signals comprise the color setting and the camera processor is configured to adjust a video camera color setting based at least in part on the color setting from the control signals.

**16.** The point of view digital video camera of claim **11**, wherein the control signals comprise the lighting setting and the camera processor is configured to adjust a video camera lighting setting based at least in part on the lighting setting from the control signals.

**17.** The point of view digital video camera of claim **11**, wherein the control signals comprise the audio setting and the camera processor is configured to adjust a video camera audio setting based at least in part on the audio setting from the control signals.

**18.** The point of view digital video camera of claim **11**, wherein the video camera is configured as a server to the personal portable computing device.

**19.** The point of view digital video camera of claim **11**, wherein the first image data stream comprises at least one of a first image resolution that is lower than a second image

32

resolution of the second image data stream and a first frame rate that is lower than a second frame rate of the second image data stream.

**20.** The point of view digital video camera of claim **11**, wherein the first image data stream comprises a first image resolution that is lower than a second image resolution of the second image data stream and a first frame rate that is lower than a second frame rate of the second image data stream.

**21.** The point of view digital video camera of claim **11**, wherein the camera processor is further configured to:
    monitor a wireless connection bandwidth between the wireless connection protocol device and the personal portable computing device, and
    adjust at least one of a frame rate and an image resolution of the first image data stream based at least in part on the monitored wireless connection bandwidth.

**22.** A method for previewing a scene to be recorded on an integrated point of view digital video camera, the method comprising:
    capturing in real time the scene using a lens and an image sensor of the video camera;
    generating video image content corresponding to the scene at a first quality and at a second quality, wherein the first quality is lower than the second quality;
    wirelessly communicating the video image content at the first quality in real time using a wireless connection protocol device of the video camera directly to a personal portable computing device, wherein the video image content at the first quality is displayed on a display of the personal portable computing device, thereby allowing a user to manually adjust a position or orientation of the video camera to record the scene, wherein the personal portable computing device generates control signals for adjusting one or more settings of the video camera, the control signals comprising at least one of a frame alignment, a multi-camera synchronization, and a resolution setting and at least one of a lighting setting, an audio setting, and a color setting;
    receiving the control signals directly from the personal portable computing device to adjust the settings of the video camera prior to recording the scene; and
    based at least in part on a record command, storing the video image content at the second quality at a storage device at the video camera.

**23.** The method of claim **22**, further comprising:
    based at least in part on the record command, causing the video image content at the first quality to be stored in the storage device at the video camera as a first video file, and
    following an end record command:
        receiving a request to view the video image content, and
        wirelessly communicating content from the first video file directly to the personal portable computing device for display on the display of the personal portable computing device.

**24.** The method of claim **22**, wherein the video image content at the first quality comprises at least one of a first image resolution that is lower than a second image resolution of the video image content at the second quality and a first frame rate that is lower than a second frame rate of the video image content at the second quality.

**25.** The method of claim **22**, wherein the video image content at the first quality comprises a first image resolution that is lower than a second image resolution of the video image content at the second quality and a first frame rate that is lower than a second frame rate of the video image content at the second quality.

US 8,890,954 B2

33

**26**. The method of claim **22**, further comprising:

monitoring a wireless connection bandwidth between the wireless connection protocol device and the personal portable computing device, and

adjusting at least one of a frame rate and an image resolution of the video image content at the first quality based at least in part on the monitored wireless connection bandwidth.

**27**. A portable, point of view digital video camera, comprising:

a lens;

an image sensor configured to capture light propagating through the lens and representing a scene, and produce real time video image data of the scene, wherein the video camera does not include a screen for viewing the scene;

a wireless connection protocol device configured to send real time image content by wireless transmission directly to and receive control signals or data signals by wireless transmission directly from a personal portable computing device; and

a camera processor configured to:

receive the video image data directly or indirectly from the image sensor,

generate from the video image data a first image data stream and a second image data stream, wherein the second image data stream comprises a higher resolution image than the first image data stream,

prior to recording the scene, cause the wireless connection protocol device to communicate the first image data stream directly to the personal portable computing device for display on a display of the personal portable computing device, wherein the personal portable computing device generates the control signals for the video camera, and wherein the control signals

34

comprise at least one of a frame alignment, multi-camera synchronization, remote file access, and a resolution setting, and at least one of a lighting setting, a color setting, and an audio setting,

receive the control signals from the personal portable computing device, and

adjust one or more settings of the video camera based at least in part on at least a portion of the control signals received from the personal portable computing device.

**28**. The point of view digital video camera of claim **27**, wherein:

based at least in part on a record command, the camera processor is further configured to cause the first image data stream to be stored in a storage device at the video camera as a first video file and cause the second image data stream to be stored in the storage device at the video camera as a second video file, and

following an end record command, the camera processor is further configured to:

receive a request to view the video image data, and

cause the wireless connection protocol device to wirelessly communicate content from the first video file directly to the personal portable computing device for display on the display of the personal portable computing device.

**29**. The point of view digital video camera of claim **27**, wherein the video camera is configured as a server to the personal portable computing device.

**30**. The point of view digital video camera of claim **27**, wherein the first image data stream comprises a first frame rate that is lower than a second frame rate of the second image data stream.

\* \* \* \* \*

EXHIBIT B

US008896694B2

(12) **United States Patent**     (10) **Patent No.:**     **US 8,896,694 B2**

O'Donnell et al.     (45) **Date of Patent:**     **Nov. 25, 2014**

(54) **PORTABLE DIGITAL VIDEO CAMERA CONFIGURED FOR REMOTE IMAGE ACQUISITION CONTROL AND VIEWING**

(71) Applicant: **Contour, LLC**, Provo, UT (US)

(72) Inventors: **Laura O'Donnell**, Hermosa Beach, CA (US); **Richard Mander**, Bainbridge, WA (US); **Michael Denton**, Christchurch (NZ); **Ben Bodley**, Christchurch (NZ); **Alan Tompkins**, Ferny Grove (AU); **Keith Gurganus**, San Diego, CA (US); **Kelvin P. Barnsdale**, Christchurch (NZ); **Simon Third**, Christchurch (NZ); **Carm Pierce**, Stanwood, WA (US); **Carl Perkins**, Seattle, WA (US)

(73) Assignee: **Contour, LLC**, Provo, UT (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **14/268,724**

(22) Filed: **May 2, 2014**

(65) **Prior Publication Data**

US 2014/0240505 A1     Aug. 28, 2014

**Related U.S. Application Data**

(63) Continuation of application No. 13/822,255, filed as application No. PCT/US2011/051418 on Sep. 13, 2011.

(60) Provisional application No. 61/382,404, filed on Sep. 13, 2010.

(51) **Int. Cl.**
| | | |
|---|---|---|
| *H04N 9/47* | (2006.01) | |
| *H04N 5/232* | (2006.01) | |

(Continued)

(52) **U.S. Cl.**
CPC ............ *H04N 5/23206* (2013.01); *G08C 17/02* (2013.01); *H04N 21/2385* (2013.01); *H04N*

(Continued)

(58) **Field of Classification Search**
None
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| D246,528 S | 11/1977 | Miller | |
| 4,516,157 A | 5/1985 | Campbell | |

(Continued)

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| CA | 2 463 117 A1 | 8/2004 |
| CN | 1425953 A | 6/2003 |

(Continued)

OTHER PUBLICATIONS

Happich, Julien, Ambarella targets pocket-sized hybrid cameras with its A5s SoCs, eetimes.com, retrieved from the Internet on Jul. 17, 2014:   http://www.eetimes.com/document.asp?doc_id=1270493, Jan. 7, 2010, Cambridge, UK.

(Continued)

*Primary Examiner* — Sath V Perungavoor
*Assistant Examiner* — Dakshesh Parikh
(74) *Attorney, Agent, or Firm* — Knobbe, Martens, Olson and Bear, LLP

(57)     **ABSTRACT**

A wearable digital video camera (**10**) is equipped with wireless connection protocol and global navigation and location positioning system technology to provide remote image acquisition control and viewing. The Bluetooth® packet-based open wireless technology standard protocol (**400**) is preferred for use in providing control signals or streaming data to the digital video camera and for accessing image content stored on or streaming from the digital video camera. The GPS technology (**402**) is preferred for use in tracking of the location of the digital video camera as it records image information. A rotating mount (**300**) with a locking member (**330**) on the camera housing (**22**) allows adjustment of the pointing angle of the wearable digital video camera when it is attached to a mounting surface.

**20 Claims, 35 Drawing Sheets**



## US 8,896,694 B2
Page 2

(51) **Int. Cl.**
| | |
|---|---|
| *G08C 17/02* | (2006.01) |
| *H04N 21/2385* | (2011.01) |
| *H04N 21/2365* | (2011.01) |
| *G08B 13/196* | (2006.01) |
| *H04N 7/18* | (2006.01) |
| *G06F 19/00* | (2011.01) |
| *H04N 21/258* | (2011.01) |
| *H04N 21/462* | (2011.01) |
| *H04N 21/2662* | (2011.01) |
| *H04N 5/225* | (2006.01) |
| *H04N 21/218* | (2011.01) |
| *H04N 21/2343* | (2011.01) |

(52) **U.S. Cl.**
CPC ................ *21/2365* (2013.01); *G08B 13/19682* (2013.01); *H04N 7/181* (2013.01); *G06F 19/3418* (2013.01); *H04N 7/18* (2013.01); *H04N 21/25825* (2013.01); *H04N 21/4621* (2013.01); *H04N 21/2662* (2013.01); *H04N 5/2251* (2013.01); *H04N 21/21805* (2013.01); *H04N 21/234363* (2013.01); *G08B 13/19641* (2013.01); *G08B 13/1966* (2013.01); *H04N 7/183* (2013.01); *G08B 13/19684* (2013.01)
USPC ............ **348/143**; 348/157; 725/105; 600/300

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,525,045 | A | 6/1985 | Fazekas |
| D292,982 | S | 12/1987 | Nakatani |
| 5,056,745 | A | 10/1991 | Gelbard |
| 5,218,439 | A | 6/1993 | Mizoguchi et al. |
| 5,457,751 | A | 10/1995 | Such |
| 5,557,329 | A | 9/1996 | Lim |
| 5,583,571 | A | 12/1996 | Friedland |
| D378,095 | S | 2/1997 | Hasegawa |
| D392,300 | S | 3/1998 | Chow et al. |
| 5,731,870 | A | 3/1998 | Sartko et al. |
| 5,859,666 | A | 1/1999 | Manabe |
| 5,886,735 | A | 3/1999 | Bullister et al. |
| 5,966,176 | A | 10/1999 | Chow et al. |
| 6,028,627 | A | 2/2000 | Helmsderfer |
| 6,091,831 | A | 7/2000 | Cho |
| D430,888 | S | 9/2000 | Adachi et al. |
| 6,142,437 | A | 11/2000 | Wilkins, Jr. |
| 6,300,976 | B1 | 10/2001 | Fukuoka |
| 6,335,753 | B1 | 1/2002 | McDonald |
| 6,377,302 | B1 | 4/2002 | Ozaki et al. |
| 6,421,088 | B1 | 7/2002 | Lee |
| 6,510,325 | B1 | 1/2003 | Mack, II et al. |
| 6,518,881 | B2 | 2/2003 | Monroe |
| 6,686,886 | B2 | 2/2004 | Flint et al. |
| 6,704,044 | B1 | 3/2004 | Foster et al. |
| 6,819,354 | B1 | 11/2004 | Foster et al. |
| 6,830,387 | B2 | 12/2004 | Rife |
| D506,489 | S | 6/2005 | Owada |
| D510,374 | S | 10/2005 | Greenwood et al. |
| 6,955,484 | B2 | 10/2005 | Woodman |
| D547,346 | S | 7/2007 | Ollila |
| 7,273,321 | B2 | 9/2007 | Woodman |
| D558,805 | S | 1/2008 | Sadatsuki |
| 7,330,511 | B2 | 2/2008 | Maltagliati et al. |
| 7,353,086 | B2 | 4/2008 | Ennis |
| 7,417,670 | B1 | 8/2008 | Linzer et al. |
| D576,658 | S | 9/2008 | Speggiorin |
| D581,959 | S | 12/2008 | Chan |
| 7,458,736 | B2 | 12/2008 | Woodman |
| 7,522,834 | B2 | 4/2009 | Heaven et al. |
| 7,526,314 | B2 | 4/2009 | Kennedy |
| D592,231 | S | 5/2009 | Schnell |
| D592,235 | S | 5/2009 | Bryant et al. |
| 7,536,487 | B1 | 5/2009 | Kohn et al. |
| D596,658 | S | 7/2009 | Dordick |
| D603,442 | S | 11/2009 | Dordick |
| 7,646,910 | B1 | 1/2010 | Linzer et al. |
| 7,658,556 | B2 | 2/2010 | Johnson |
| 7,661,891 | B2 | 2/2010 | Heibel |
| 7,675,550 | B1 | 3/2010 | Linzer et al. |
| 7,688,203 | B2 | 3/2010 | Rockefeller |
| 7,688,364 | B2 | 3/2010 | LeGall et al. |
| 7,725,015 | B2 | 5/2010 | Tanoue |
| 7,753,599 | B2 | 7/2010 | Segawa et al. |
| 7,778,237 | B2 | 8/2010 | Dowling |
| 7,856,468 | B2 | 12/2010 | Yoshimine et al. |
| D630,238 | S | 1/2011 | Fukuma et al. |
| 7,880,776 | B2 | 2/2011 | LeGall et al. |
| 7,893,967 | B1 | 2/2011 | Linzer et al. |
| 7,898,573 | B1 | 3/2011 | Linzer et al. |
| D640,304 | S | 6/2011 | Green et al. |
| D640,722 | S | 6/2011 | Green et al. |
| 7,965,888 | B2 | 6/2011 | Linzer et al. |
| 7,982,788 | B1 | 7/2011 | Linzer et al. |
| D643,057 | S | 8/2011 | Mendoza et al. |
| 8,014,656 | B2 | 9/2011 | Woodman |
| D646,315 | S | 10/2011 | Orf |
| 8,045,850 | B2 | 10/2011 | Tanoue |
| 8,079,501 | B2 | 12/2011 | Woodman |
| D653,692 | S | 2/2012 | Dordick |
| 8,120,651 | B2 | 2/2012 | Ennis |
| 8,131,071 | B2 | 3/2012 | Linzer et al. |
| D663,350 | S | 7/2012 | O'Donnell et al. |
| D665,006 | S | 8/2012 | Green et al. |
| 8,243,171 | B2 | 8/2012 | LeGall et al. |
| 8,265,151 | B1 | 9/2012 | Wang et al. |
| D675,242 | S | 1/2013 | O'Donnell et al. |
| 8,391,367 | B1 | 3/2013 | Kohn et al. |
| 8,427,547 | B1 | 4/2013 | Linzer et al. |
| 8,451,822 | B2 | 5/2013 | Dowling |
| 8,675,086 | B1 | 3/2014 | Linzer et al. |
| 8,675,101 | B1 | 3/2014 | Linzer et al. |
| 8,687,700 | B1 | 4/2014 | Kwok et al. |
| 8,718,451 | B1 | 5/2014 | Linzer et al. |
| 8,768,142 | B1 | 7/2014 | Ju et al. |
| 2002/0044152 | A1 | 4/2002 | Abbott, III et al. |
| 2002/0067920 | A1 | 6/2002 | Weng et al. |
| 2002/0109579 | A1 | 8/2002 | Pollard et al. |
| 2003/0063200 | A1 | 4/2003 | Isoyama |
| 2003/0128975 | A1 | 7/2003 | Shevick |
| 2003/0147960 | A1 | 8/2003 | Lin et al. |
| 2003/0156208 | A1 | 8/2003 | Obradovich |
| 2003/0157960 | A1 | 8/2003 | Kennedy |
| 2004/0004825 | A1 | 1/2004 | Malard et al. |
| 2004/0070536 | A1 | 4/2004 | Stotler et al. |
| 2004/0215958 | A1 | 10/2004 | Eillis et al. |
| 2004/0247161 | A1 | 12/2004 | Storm |
| 2005/0200750 | A1 | 9/2005 | Ollila |
| 2005/0206736 | A1 | 9/2005 | Ng et al. |
| 2005/0278446 | A1 | 12/2005 | Bryant |
| 2006/0009257 | A1 | 1/2006 | Ku |
| 2006/0055786 | A1 | 3/2006 | Ollila |
| 2006/0244727 | A1 | 11/2006 | Salman |
| 2006/0271251 | A1 | 11/2006 | Hopkins |
| 2006/0274171 | A1 | 12/2006 | Wang |
| 2007/0111754 | A1 | 5/2007 | Marshall et al. |
| 2007/0130599 | A1* | 6/2007 | Monroe ........................ 725/105 |
| 2007/0165875 | A1 | 7/2007 | Rezvani et al. |
| 2007/0182812 | A1 | 8/2007 | Ritchey |
| 2007/0206829 | A1 | 9/2007 | Weinans et al. |
| 2007/0255115 | A1* | 11/2007 | Anglin et al. ................. 600/300 |
| 2007/0260797 | A1 | 11/2007 | Chen |
| 2007/0291165 | A1 | 12/2007 | Wang |
| 2008/0039072 | A1 | 2/2008 | Bloebaum |
| 2008/0104018 | A1 | 5/2008 | Xia |
| 2008/0133227 | A1 | 6/2008 | Kong et al. |
| 2008/0259045 | A1 | 10/2008 | Kim et al. |
| 2008/0284899 | A1 | 11/2008 | Haubmann et al. |
| 2009/0085740 | A1* | 4/2009 | Klein et al. ................... 340/540 |
| 2009/0086041 | A1 | 4/2009 | Choi et al. |
| 2009/0109292 | A1 | 4/2009 | Ennis |
| 2009/0122177 | A1 | 5/2009 | Murakami |
| 2009/0189981 | A1* | 7/2009 | Siann et al. ................... 348/143 |
| 2009/0195655 | A1 | 8/2009 | Pandey |

US 8,896,694 B2

Page 3

## (56) References Cited

### U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 2009/0265748 | A1* | 10/2009 | Dotchevski et al. | 725/109 |
| 2010/0026809 | A1* | 2/2010 | Curry | 348/157 |
| 2010/0026816 | A1 | 2/2010 | Bergstrom et al. | |
| 2010/0245585 | A1* | 9/2010 | Fisher et al. | 348/164 |
| 2010/0253826 | A1 | 10/2010 | Green et al. | |
| 2010/0266270 | A1 | 10/2010 | Pizzo et al. | |
| 2011/0280540 | A1 | 11/2011 | Woodman | |
| 2012/0176470 | A1 | 7/2012 | Zhang | |
| 2013/0063554 | A1 | 3/2013 | Green et al. | |
| 2014/0049636 | A1 | 2/2014 | O'Donnell et al. | |

### FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| CN | 1628329 A | 6/2005 | |
| CN | 101150668 A | 3/2008 | |
| CN | 102148923 A | 8/2011 | |
| CN | 102413272 A | 4/2012 | |
| CN | 101084817 A | 8/2012 | |
| CN | 102082906 A | 4/2013 | |
| DE | 19715321 | 10/1998 | |
| DE | 10106072 | 8/2002 | |
| DE | 20 2004 001 608 U1 | 6/2004 | |
| EP | 0 917 359 A1 | 5/1999 | |
| EP | 0980181 | 2/2000 | |
| EP | 1638326 A1 | 3/2006 | |
| EP | 1903782 A2 | 3/2008 | |
| EP | 2070322 A2 | 2/2011 | |
| FR | 2870365 A3 | 11/2005 | |
| JP | 61-118076 | 6/1986 | |
| JP | 06141308 | 5/1994 | |
| JP | 08-223524 | 8/1996 | |
| JP | 2002152371 | 5/2002 | |
| JP | 2002300238 | 10/2002 | |
| JP | 2004206707 | 7/2004 | |
| JP | 2006146542 | 6/2006 | |
| JP | 2006186904 | 7/2006 | |
| JP | 2006332970 | 12/2006 | |
| JP | 2006352540 | 12/2006 | |
| JP | 2007019644 A | 1/2007 | |
| JP | 2007103091 | 4/2007 | |
| JP | 2007310815 | 11/2007 | |
| JP | 2008536443 | 9/2008 | |
| JP | 2009021914 | 1/2009 | |
| WO | WO 2006071123 A1 | 7/2006 | |
| WO | WO 2006110109 | 10/2006 | |

### OTHER PUBLICATIONS

Ex Parte Kennedy, Appeal No. 2008-1131 (BPAI Sep. 18, 2008), 9 pages.
International Search Report and Written Opinion re PCT Application No. PCTUS2011/051418 mailing date Apr. 10, 2012.
Nov. 2, 2009 world wide web ("http://www.helmkameras24.de/Oregon-Scientific-ATC-9000c25 . . . ") 2 page printout concerning new item Oregon Scientific ATC 9000.
Nov. 2, 2009 world wide web (http://www.actioncameras.co.uk/X 170) 4-page printout concerning X 170 Action Camera and its mounts.
Photograph of a Midlandradio goggle mount for a camera. The photograph was taken at the CES Trade Show, Jan. 2010.
Photograph of a Midlandradio goggle mount for a camera with a plug mount inserted into the goggle mount and with a camera showing in the foreground. The photograph was taken at the CES Trade Show, Jan. 2010.
Internet website: http://www.midlandradio.com/Resource_/Product/1390/Detail/LargeImage/Goggle%20Mou . . . , Oct. 18, 2010.
Drawing of subject matter of a photograph of a Midlandradio goggle mount for a camera. The photograph was taken at the CES Trade Show, Jan. 2010.
Drawing of subject matter of a photograph of a Midlandradio goggle mount for a camera with a plug mount inserted into the goggle mount and with a camera showing in the foreground. The photograph was taken at the CES Trade Show, Jan. 2010.

Drawing of subject matter from a print out from an Internet website: https://www.midlandradio.com/Resource_/Product/1390/Detail/LargeImage/Goggle%20Mou . . . , Oct. 18, 2010.
Mar. 28, 2013 International Preliminary Report on Patentability in connection with PCT/US2011/051418, which corresponds to U.S. Appl. No. 13/822,255.
Webpage for Eye.fi, available May 9, 2009 at http://web.archive.org/web/2009050900184 8/http://www.eye.fi/cards/, date visited May 2, 2013.
Webpage for E-Benk automatic pan tilt tripod with remote control, available May 22, 2009 at http://web.archive.org/web/20121006050738/http://www.amazon.com/eBenk-Automatic-Tripod-Remote-Controlldp/BOOOKNMGR2, date visited May 2, 2013.
Webpage for Canon RC 5 Wireless Controller, available Aug. 5, 2010 at http://web archive. org/web/20111210052722/http://www amazon. com/Canon-RC-5-Wireless-Controller-Diaitalido/B00004WCCQ, date visited May 2, 2013.
Smarthome webpage for Remote Control Camera Pan Base Surveillance Camera Accessory available Mar. 23, 2009 at httlp://web. archive.org/web/20090323032932/http://www.smarthome.com/76006/Remote-Control-Camera-Pan-Base-Surveiliance-Camera-Accessorv/p.aspx, date visited May 2, 2013.
Sparkfun webpage for Reed Switch available Aug. 30, 2009 at http://_web.archive.org/web/20090831142518/http://www.sparkfun.com/commerce/product info.php?productsud=8642, date visited May 2, 2013.
Rainbow Guitar webpage for Dual Channel Camera mount Wireless Microphone available at http://www._rainbowguitars.com/live-sound/audio-technical/atw-1823-dual-channel-camera-mount_-wireless-system/ATW1823D/AT, date visited May 2, 2013.
Webpage for Mobile Air Mouse available Mar. 23, 2009 at http://web.archive.org/web/20090323060354/http://www.mobileairmouse.com/, date visited May 2, 2013.
Ambarella Product Brief, A5s—1080p30 IP Camera SoC, Santa Clara, No date provided.
Ambarella Product Brief, A7—Hybrid DV/DSC 1080p60 Camera SoC, Santa Clara, No date provided.
Ambarella Product Brief, A7—1050p60 IP Camera SoC, Santa Clara, No date provided.
Ambarella Company Fact Sheet, 2014, Santa Clara, 2014.
Ambarella A5 Hybrid Camera Platform puts High Quality Photos and Video on a Chip, www.ambarella.com, retrieved from the Internet on Jul. 3, 2014: http://www.ambarella.com/news/8/74/Ambarella-A5-Hybrid-Camera-Platform-puts-High-Quality-Photos-and-Video-on-a-Chip, Jan. 5, 2009, Santa Clara.
Ambarella A5s With High-Speed CPU and Low-Power 45nm Technology Makes Pocket-Sized Hybrid Cameras a Richer User Experience, www.ambarella.com, retrieved from the Internet on Jul. 3, 2014: http://www.ambarella.com/news/7/74/Ambarella-A5s-with-High-Speed-CPU-and-Low-Power-45nm-Technology-Makes-Pocket-Sized-Hybrid-Cameras-a-Richer-User-Experience, Jan. 7, 2010, Santa Clara.
Ambarella A5s iP Camera Platform Delivers Industry-Changing Combination of Image Quality, HDH.264 Multi-streaming, CPU Flexibility, and Low Power Consumption, www.ambarella.com, retrieved from the Internet on Jul. 3, 2014: http://www.ambarella.com/news/6/74/Ambarella-A5s-iP-camera-platform-delivers-industry-changing-combination-of-image-quality-HD-H-264-multi-streaming-CPU-flexibility-and-low-power-consumption, Mar. 16, 2010, Santa Clara.
Ambarella A7 System-On-Chip Sets New Benchmarks for High-Resolution Video and Image Quality in Consumer HD Cameras, www.ambarella.com, retrieved from the Internet on Jul. 3, 2014: http://www.ambarella.com/news/20/74/Ambarella-A7-system-on-chip-sets-new-benchmarks-for-high-resolution-video-and-image-quality-in-consumer-HD-cameras, Sep. 27, 2010, Santa Clara.
Ambarella A7 IP Camera SoC Brings 1080p60 Performance into the Video Surveillance Mainstream, www.ambarella.com, retrieved from the Internet on Jul. 3, 2014: http://www.ambarella.com/news/24/74/Ambarella-A7-IP-Camera-SoC-Brings-1080p60-Performance-into-the-Video-Surveillance-Mainstream, Mar. 31, 2011, Santa Clara.

# US 8,896,694 B2

Page 4

## (56) References Cited

### OTHER PUBLICATIONS

Ambarella A7L Enables the Next Generation of Digital Still Cameras with 1080p60 Fluid Motion Video, www.ambarella.com, retrieved from the Internet on Jul. 3, 2014: http://www.ambarella.com/news/26/74/Ambarella-A7L-Enables-the-Next-Generation-of-Digital-Still-Cameras-with-1080p60-Fluid-Motion-Video, Sep. 26, 2011, Santa Clara.

Cesa, Dante, Contour Brings Viewfinder App to Android, Goes With you Where We Won't, retrieved from the Internet on Jul. 3, 2014: http://www.engadget.com/2011/07/20/contours-connect-brings-viewfinder-app-to-android-goes-with-yo/, Jul. 20, 2011.

Goodwin, Antuan, App Unlocks Bluetooth Viewfinder on ContourGPS, cnet.com, retrieved from the Internet on Jul. 3, 2014: http://www.cnet.com/news/app-unlocks-bluetooth-viewfinder-on-contourgps/, Jan. 5, 2011.

Gorman, Michael, ContourROAM2 Debuts in Red, Blue, Green and Black Garb, Shoots 1080p video for $199 on Oct. 21, retrieved from the Internet on Jul. 3, 2014: http://www.engadget.com/2012/10/16/contour-roam2-action-camera/, Oct. 16, 2012.

H.B.C., Contour GPS HD Video Camera Review, webBikeWorld.com, retrieved from the Internet on Jul. 3, 2014: http://www.web-bikeworld.com/r4/contour-gps-hd-video-camera/, Jun. 2011.

"Osiris tunable imager and spectrograph instrument status", CEPA, RevMex AA (Serie de Conferencias), vol. 16, retrieved from the Internet on Jun. 16, 2010: http://www.astroscu.unam.mxlrmaa/

RMxAC ..16IDF/RMxAC ..16__session1/cepanewlcepa3.pdf, 2003, pp. 13-18; Science with the GTC 10-m Telescope, Grandad, Espana, Feb. 5-8, 2002.

Roth, Cliff, Video and Still Camera-On-Chip Platform From Ambarella Records Two Resolutions Simultaneously, eetimes.com, retrieved from the Internet on Jul. 3, 2014: http://www.eetimes.com/document.asp?doc_id=1311224, Jan. 5, 2009, Santa Clara.

Srinivasan, "Blue-tooth enabled phone can act as wireless web cam", IBN Live. retrieved online on Mar. 25, 2010 from: http://ibnlive.in.com/news/bluetooth-enabledphone-can-act-as-wireless-web-cam/45790-11.html, Jul. 28, 2007, pp. 1-3.

Stevens, Tim, Contour Adds Live Viewfinder to its ContourGPS Helmet Cam, Real-Time Streaming to Smartphones, retrieved from the Internet on Jul. 3, 2014: http://www.engadget.com/2011/01/05/contour-adds-live-viewfinder-to-its-contourgps-helmet-cam-real/, Jan. 5, 2011.

Stevens, Tim, Contour Announces 1080p ContourGPS helmetcam, Lets Friends Locate Your Extreme Exploits (video), retrieved from the Internet on Jul. 3, 2014: http://www.engadget.com/2010/09/13/contour-announces-1080p-contourgps-helmetcam-lets-friends-locat/, 2011.

Twenty20 VHoldR Helmet Camera—Press Release, retrieved from the Internet on Jul. 15, 2014: http://helmetcameracentral.com/2007/08/08/twenty20-kills-the-helmet-cam-with-vholdr-%E2%80%93-the-next-gen-wearable-camcorder, Aug. 8, 2007, Seattle, WA.

International Preliminary Report on Patentability in PCT Application No. PCT/US2011/051418, mailing dated Mar. 28, 2013 (which corresponds to U.S. Appl. No. 13/822,255 ).

* cited by examiner



FIG. 1A
(Prior Art)

FIG. 1B
(Prior Art)

FIG. 1C
(Prior Art)

FIG. 1D
(Prior Art)

FIG. 1E
(Prior Art)



FIG. 2A
(Prior Art)

FIG. 2B
(Prior Art)



FIG. 3A

FIG. 3B



FIG. 3C

FIG. 3D

FIG. 3E

FIG. 3F



FIG. 4A

FIG. 4B



FIG. 5



FIG. 6

U.S. Patent

Nov. 25, 2014

Sheet 8 of 35

US 8,896,694 B2



FIG. 7

FIG. 8A

FIG. 8B



FIG. 9

FIG. 10

FIG. 12

U.S. Patent

Nov. 25, 2014

Sheet 10 of 35

US 8,896,694 B2



FIG. 11C

FIG. 11A

FIG. 11B

FIG. 11D



FIG. 13A

FIG. 13B

FIG. 13C

FIG. 13D

FIG. 13E



FIG. 14A

FIG. 14B

FIG. 14C

FIG. 14D



FIG. 15A

FIG. 15B

FIG. 15C

FIG. 16



FIG. 17



FIG. 18



FIG. 19

FIG. 20



FIG. 21

FIG. 22



FIG. 23A

FIG. 23C

FIG. 23D

FIG. 23B

FIG. 23E



FIG. 24

U.S. Patent

Nov. 25, 2014

Sheet 20 of 35

US 8,896,694 B2



LENS VERTICAL
CAMERA ROTATED 90°
ANTICLOCKWISE
FIG. 25A

LENS VERTICAL
CAMERA VERTICAL
FIG. 25B

LENS VERTICAL
CAMERA ROTATED 90°
CLOCKWISE
FIG. 25C

LENS VERTICAL
CAMERA INVERTED
FIG. 25D

FIG. 25E

U.S. Patent

Nov. 25, 2014

Sheet 21 of 35

US 8,896,694 B2



FIG. 26A

FIG. 27A

FIG. 26B

FIG. 27B



FIG. 28



FIG. 29A



FIG. 29B



FIG. 30



FIG. 31



FIG. 32



10
510
Camera
Camera is on and paired with Viewer / Controller
BT data transfer permitted
Viewer/Controller
Viewer Controller is paired
Launch Control/ Viewer Application
Request data
Request Fast Photo Transfer
Enable BT data transfer
Take photos in rapid succession (~1/5 sec)
Photos And Camera Status
Display photos near real-time
Mounting
Mount Camera on helmet
520
No
Position OK?
Assume Riding Position
Yes
Adjust Mount Angle / Position
Position Adjustment Complete

FIG. 33



FIG. 34



FIG. 35



FIG. 36



FIG. 37



FIG. 38



FIG. 39



FIG. 40



FIG. 41

FIG. 42

US 8,896,694 B2

1

**PORTABLE DIGITAL VIDEO CAMERA CONFIGURED FOR REMOTE IMAGE ACQUISITION CONTROL AND VIEWING**

PRIORITY CLAIM

The present application is a continuation of U.S. application Ser. No. 13/822,255 having a 371(c) date of Sep. 20, 2013, which is a national phase application of International App. No. PCT/US2011/051418 filed Sep. 13, 2011, which claims priority benefit to U.S. Prov. Pat. App. No. 61/382,404 filed Sep. 13, 2010.

TECHNICAL FIELD

This disclosure relates to point-of-view (POV) video cameras or camcorders and, in particular, to an integrated hands-free, POV action video camera or camcorder that is configured for remote image acquisition control and viewing.

BACKGROUND INFORMATION

First-person video cameras are a relatively new product category that have been adapted to capture POV video by action sports enthusiasts in a hands-free manner. Conventional first-person video cameras primarily comprise a lens that must be tethered to a separate digital video recorder or camcorder. FIGS. 1A and 1B present pictorial views of prior art first-person video cameras requiring a tethered lens approach to capturing first-person video recording. FIG. 1A presents a Twenty20™ device, and FIG. 1B presents a Viosport™ device. FIGS. 1C and 1D present pictorial views of prior art video cameras tethered to camcorders for implementing the tethered lens approach to capturing first-person video recording. FIG. 1C and FIG. 1D present Samsung™ devices.

These products are not generally hands-free products, and consumers have been employing their own unique mounting techniques to permit "hands-free" video recording of action sports activities. FIG. 1E presents a pictorial view of a tethered camera attempting to facilitate hands-free POV video recording. FIG. 1E presents a Blackeye™ device. These recent devices attempt to convey image data from "tethered" cameras to separate camcorders through IR signals to eliminate the tethering cables.

More recently, integrated hands-free, POV action sports video cameras have become available. FIGS. 2A and 2B present pictorial views of two prior art products implementing integrated solutions to first-person video recording. These products are still in their infancy and may be difficult to use well.

SUMMARY OF THE DISCLOSURE

Preferred embodiments of a portable digital video camera or camcorder (hereinafter collectively, "video camera") are equipped with global positioning system (GPS) technology for data acquisition and wireless connection protocol to provide remote image acquisition control and viewing. A wireless connection protocol, such as the Bluetooth® packet-based open wireless technology standard protocol, is used to provide control signals or stream data to a wearable video camera and to access image content stored on or streaming from a wearable video camera. Performing intelligent frame analysis of the image content enables picture setup optimization on one or more cameras simultaneously to enable multiangle and three-dimensional video. A GPS receiver inte-

2

grated in the video camera enables tracking of the location of the video camera as it acquires image information. The GPS receiver enables periodic capture of location once every few seconds with near pinpoint accuracy to bring together video and mapping. The inclusion of GPS technology introduces a new level of context to any video, making location, speed, time, and outside world conditions as important as the scene recorded. GPS capability makes it relatively easy to capture video within the action and share it online in seconds. For example, a user can watch an epic run down any mountain while tracking progress, speed, and elevation on a map. The GPS data, together with high definition video images, can be readily edited to organize video content, configure the video camera, and post stories online.

GPS ground plane customization and electrical coupling to the housing or other metal components of the video camera improves reception and performance. The ground plane is maximized by coupling it with an aluminum case that houses the video camera. The result is higher antenna gain and consequent enhanced signal reception when the video camera is mounted in multiple positions.

The video camera is configured with a signal path that allows for provision of a separate signal security module for use with only those applications that require the separate security module. An iPhone™ security module is packaged separately in a small subscriber identity module (SIM) card form factor.

Simplified mounting of the wearable video camera is accomplished by rotating the horizon 180° so that the video camera can be mounted fully upside down as the picture remains in the proper orientation. Rotation of the horizon may be accomplished electrically or mechanically. A rotating mount with a locking feature that allows adjustment of the angle of the video camera when it is attached to a mounting surface uses an adhesive, a strap, or another connection option. The video camera housing is equipped with a scissor spring to assist in moving a slide switch actuator over a long travel range. A user wearing the video camera uses the slide switch actuator to initiate video image recording.

The portable digital video camera includes a camera housing and a lens.

Some embodiments of the portable digital video camera comprise an integrated hands-free, POV action sports digital video camera.

Some embodiments of the portable digital video camera or the integrated hands-free, POV action sports digital video camera include an image sensor for capturing image data.

Some embodiments of the portable digital video camera or the integrated hands-free, POV action sports digital video camera include a manual horizon adjustment control for adjusting an orientation of a horizontal image plane recorded by the image sensor with respect to a housing plane of the camera housing.

Some embodiments of the portable digital video camera or the integrated hands-free, POV action sports digital video camera include a laser alignment system with one or more laser sources capable of projecting light emissions to define a horizontal projection axis that is coordinated with orientation of the horizontal image plane.

Some embodiments of the portable digital video camera or the integrated hands-free, POV action sports digital video camera include a microphone and a manually operable switch for controlling one or both of audio and video data capturing operations, the switch having an activator that may cover the microphone whenever the switch is in the OFF position.

Some embodiments of the portable digital video camera or the integrated hands-free, POV action sports digital video

US 8,896,694 B2

3

camera include a "quick-release" mounting system that can be used in conjunction with the laser alignment system to adjust the image capture orientation for pitch, yaw, and roll.

Additional aspects and advantages will be apparent from the following detailed description of preferred embodiments, which proceeds with reference to the accompanying drawings.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIGS. 1A, 1B, 1C, 1D, and 1E constitute a set of pictorial views of five prior art products implementing a tethered lens approach to capturing first-person video recording.

FIGS. 2A and 2B constitute a set of pictorial views of two prior art products implementing integrated solutions to first-person video recording.

FIGS. 3A, 3B, 3C, 3D, 3E, and 3F are, respectively, front perspective, back perspective, side elevation, front elevation, back elevation, and top plan views of an embodiment of an integrated hands-free, POV action sports digital video camera.

FIG. 4A is a front perspective view of an embodiment of an integrated hands-free, POV action sports digital video camera, showing alternative positioning of a switch and representative alternative rotation of a rotary horizontal adjustment controller.

FIG. 4B is a back perspective view of an embodiment of an integrated hands-free, POV action sports digital video camera, showing a representative alternative number of rail cavities and an optional detent within a rail cavity.

FIG. 5 is a cross-sectional side view of an embodiment of an integrated hands-free, POV action sports digital video camera.

FIG. 6 is an exploded view of mechanical components of an embodiment of an integrated hands-free, POV action sports digital video camera.

FIG. 7 is an exploded view of optical and mechanical components of an integrated hands-free, POV action sports digital video camera.

FIGS. 8A and 8B are fragmentary cross-sectional views of the lens system of the camera of FIG. 7, showing, respectively, a standard lens and the standard lens fitted with a lens filter.

FIG. 9 is a partly exploded view of a versatile mounting system demonstrating ease of adjustment of camera mount orientation coupled with ease of camera detachment with retention of the mount orientation.

FIG. 10 is a front perspective view of a standard mount, employing a rail plug having two rails and two detents.

FIGS. 11A, 11B, 11C, and 11D are, respectively, back elevation, front elevation, side elevation, and top plan views of the versatile mounting system, demonstrating the matable relationship between the camera of FIGS. 3A-3E with the standard mount shown in FIG. 10.

FIG. 12 is a perspective view of an alternative mount, employing two mounting rails and two detents.

FIG. 13A is a front perspective view of a pole mount system, employing the mount of FIG. 12.

FIGS. 13B and 13C are cross-sectional side views of a pole mount system showing, respectively, unlocked and locked configurations.

FIGS. 13D and 13E are front perspective views of a pole mount system showing, respectively, unlocked and locked configurations about a handle bar.

FIG. 14A is a front perspective view of an alternative pole mount system, employing the mount of FIG. 12 and a strap.

4

FIGS. 14B and 14C are respective side and front views of the alternative pole mount of FIG. 14A.

FIG. 14D is a front perspective view of the alternative pole mount of FIG. 14A locked about a pole.

FIG. 15A is a front perspective view of a goggle mount, employing a strap entrance facing in the opposite direction of the mounting rails.

FIG. 15B is a side elevation view of an alternative goggle mount, employing a strap entrance facing in the same direction of the mounting rails.

FIG. 15C is a fragmentary front perspective view of the alternative goggle mount of FIG. 15B mounted upon a goggle strap.

FIG. 16 is a front perspective view of a vented helmet mount, adapted for employing a strap for attachment to a vented helmet.

FIG. 17 is a front perspective view of another alternative goggle mount, adapted for employing a strap for attachment to a goggle strap.

FIG. 18 is a front perspective view of an alternative pole mount system, employing the rail plug of FIG. 10.

FIGS. 19 and 20 are, respectively, perspective and top plan views of a mounting system comprising a rotating circular rail plug set in a base mount configured with a locking feature.

FIGS. 21 and 22 are, respectively, perspective and top plan views of the base mount of FIGS. 19 and 20.

FIGS. 23A, 23B, 23C, 23D, and 23E, are, respectively, perspective, top plan, end elevation, side elevation, and bottom plan views of a slidable lockable member installed in the base mount of FIGS. 21 and 22.

FIG. 24 is an exploded view of the mounting system of FIGS. 19 and 20, to which is attached an attaching mechanism.

FIGS. 25A, 25B, 25C, and 25D are front perspective views of the digital video camera of FIGS. 4A and 4B, showing its lens set in a vertical position, with the camera housing rotated 90° counter-clockwise, not rotated, rotated 90° clockwise, and rotated 180° to an inverted position, respectively, relative to the vertical position. FIG. 25E is a front elevation view of the digital video camera in the orientation of FIG. 25B annotated with dimension lines indicating ranges of angular displacement of a horizontal image plane achievable by manual rotation of the rotary horizontal adjustment controller.

FIGS. 26A and 26B are, respectively, front perspective and top plan views of the digital video camera of FIGS. 4A and 4B with its slidable switch activator in a recording ON slide setting position; and

FIGS. 27A and 27B are, respectively, front perspective and top plan views of the digital video camera of FIGS. 4A and 4B with its slidable switch activator in a recording OFF slide setting position.

FIG. 28 is a partly exploded view of the digital video camera of FIGS. 26A, 26B, 27A, and 27B.

FIGS. 29A and 29B show, respectively, perspective and exploded views of a GPS assembly that includes a GPS patch antenna and GPS receiver module to provide GPS functionality in the digital video camera of FIGS. 26A, 26B, 27A, and 27B.

FIG. 30 is a simplified block diagram showing a preferred implementation of wireless technology in the digital video camera of FIGS. 26A, 26B, 27A, and 27B.

FIG. 31 is a flow diagram showing the pairing of two devices by Bluetooth® wireless connection.

FIG. 32 is a flow diagram showing an example of pairing a Bluetooth®-enabled microphone and the digital video camera of FIGS. 26A, 26B, 27A, and 27B.

5

FIG. 33 is a flow diagram showing a preferred camera mounting position adjustment procedure carried out by a helmet-wearing user to align a helmet-mounted digital video camera of FIGS. 26A, 26B, 27A, and 27B.

FIG. 34 is a flow diagram showing a preferred manual lighting level and color settings adjustment procedure carried out by a user upon completion of the camera mounting position adjustment procedure of FIG. 33.

FIG. 35 is a flow diagram showing a preferred automatic lighting level and color settings adjustment procedure carried out by a user after completing the camera mounting position adjustment of FIG. 33.

FIG. 36 shows two of the digital video cameras of FIGS. 26A, 26B, 27A, and 27B aimed at a common color chart.

FIG. 37 is a flow diagram showing the digital video camera of FIGS. 26A, 26B, 27A, and 27B and a mobile controller device paired by Bluetooth® wireless connection and cooperating to accomplish without security the pass-through of data from a second Bluetooth®-enabled digital video camera.

FIG. 38 is a hybrid flow diagram and pictorial illustration of a mobile controller device paired by Bluetooth® wireless data and control command connection to two digital video cameras of FIGS. 26A, 26B, 27A, and 27B to implement a remote Start/Stop capability for multiple cameras.

FIG. 39 is a flow diagram showing an example of pairing two digital video cameras of FIGS. 26A, 26B, 27A, and 27B by Bluetooth® wireless connection through a mobile controller device.

FIG. 40 is a block diagram showing the post-processing procedure of synchronizing audio data produced by a wireless microphone and hard-wired microphone incorporated in the digital video cameras of FIGS. 26A, 26B, 27A, and 27B.

FIG. 41 is a simplified block diagram showing the processing of a single track of data from one data source.

FIG. 42 is a simplified block diagram showing the processing of multiple tracks of data from multiple data sources.

## DETAILED DESCRIPTION OF PREFERRED EMBODIMENTS

FIGS. 3A, 3B, 3C, 3D, 3E, and 3F are, respectively, front perspective, back perspective, side elevation, front elevation, back elevation, and top plan views of an embodiment of an integrated hands-free, POV action sports digital video camera 10, and FIGS. 4A and 4B are front and back perspective views of, respectively, an alternative configuration and an alternative embodiment of digital video camera 10. For purposes of this description, the term "camera" is intended to cover camcorder(s) as well as camera(s). An example of such a digital video camera 10 is included in the Contour 1080P™ system, marketed by Contour, Inc., of Seattle, Wash.

FIGS. 5, 6, 7, 8A, and 8B show optical and mechanical components of digital video camera 10. With reference to FIGS. 3A-3F, 4A, 4B, 5, 6, 7, 8A, and 8B, some embodiments of digital video camera 10 include a manual horizon adjustment control system 12 including a manual horizon adjustment control for adjusting an orientation of a horizontal image plane 16 of an image recorded by an image sensor 18 with respect to a housing plane 20 (along a vertical cross-section) of a camera housing 22. An exemplary image sensor 18 may be a CMOS image capture card that provides for minimum illumination of 0.04 Lux@f/1.2 and offers high sensitivity for low-light operation, low fixed pattern noise, anti-blooming, zero smearing, and low power consumption.

With reference to FIGS. 3A, 3C, 3F, 4A, 6, and 7, in some embodiments, the manual horizon adjustment control is a rotary controller 14 that rotates about a control axis 24 such

6

that manual rotation of rotary controller 14 changes the orientation of horizontal image plane 16 with respect to housing plane 20. The manual horizon adjustment control can be used to offset horizontal image plane 16 with respect to the pitch, yaw, and roll of the mounting position of camera housing 22.

In some preferred embodiments, rotary controller 14 is positioned about a lens 26 and cooperates with a lens shroud 32 to support lens 26 within camera housing 22 such that manual rotation of rotary controller 14 rotates lens 26 with respect to camera housing 22. In other embodiments, lens 26 may remain fixed with respect to camera housing 22 even though rotary controller 14 rotates around lens 26. In some embodiments, lens 26 is a 3.6 mm focal length, four-element glass lens with a 135° viewing angle and a focal length covering a large range, such as from arm's length (e.g., 500 mm) to infinity, which focuses visual information onto image sensor 18 at a resolution such as at 1920×1080. Skilled persons will appreciate that a variety of types and sizes of suitable lenses are commercially available.

In some preferred embodiments, image sensor 18 is supported in rotational congruence with the orientation of rotary controller 14 such that manual rotation of rotary controller 14 rotates image sensor 18 with respect to housing plane 20 of camera housing 22. When image sensor 18 has a fixed relationship with the orientation of rotary controller 14, the image data captured by image sensor 18 do not require any post-capture horizon adjustment processing to obtain play back of the image data with a desired horizontal image plane 16. In particular, rotary controller 14 can be set to a desired horizontal image plane 16, and image sensor 18 will capture the image data with respect to the orientation of horizontal image plane 16. In some embodiments, image sensor 18 may remain fixed with respect to camera housing 22 even though rotary controller 14 rotates around image sensor 18.

With reference to FIGS. 6, 7, 8A, and 8B, in some embodiments, an exemplary optical assembly 34 shows how image sensor 18 and lens 26 may be supported in rotational congruence by the cooperation of lens shroud 32, an internal rotation controller 36, and rotary controller 14. In some preferred embodiments, rotary controller 14 may be separated from camera housing 22 by a gap 37 to facilitate the rotation of rotary controller 14 with respect to camera housing 22.

A lens cap holder 38 may be secured to rotary controller 14 by screw threads and cooperates with an O-ring 40a and to provide support for a lens cover 42 (such as a piece of glass). A lens holder 44 and a lens assembly holder 46 may also be employed to support lens 26 in a desired position with respect to the other components in optical assembly 34. Lens assembly holder 46 may be secured to lens cap holder 38 by screw threads and an O-ring 40b. An O-ring or bearings 43 may be employed between lens assembly holder 46 and a main housing 100 to facilitate the rotation of lens assembly holder 46 about control axis 24 with respect to main housing 100. A set screw 45 may be employed to secure lens assembly holder 46 of optical assembly 34 to main housing 100 without impeding the rotation of lens assembly holder 46 or the components within it. In some embodiments, rotary controller 14, lens cap holder 38, O-ring 40a, lens cover 42, lens shroud 32, laser sources 48, lens 26, lens holder 44, image sensor 18, internal rotation controller 36, O-ring 40b, and lens assembly holder 46 of optical assembly 34 may rotate together. Skilled persons will appreciate that several of these components may be fixed with respect to camera housing 22 or their synchronized rotation may be relaxed. For example, lens cover 42, lens 26, and lens holder 44 need not rotate.

With reference to FIG. 8B, rotary controller 14 may support a lens filter or other lens component, or rotary controller

US 8,896,694 B2

7

14 may include screw threads or other means to enable attachment of additional or alternative lens components.

In some embodiments, rotary controller 14 cooperates with an encoder to orient image sensor 18 to a desired horizontal image plane 16. Alternatively, the encoder could guide post-capture horizon adjustment processing to adjust horizontal image plane 16 of the captured image so that it is transformed to play back the image data with the encoded horizontal image plane 16.

In some embodiments, rotary controller 14 is positioned in one or both of an arbitrary location away from lens 26 and an arbitrary relationship with the position of image sensor 18. For example, rotary controller 14 may be positioned on a side 28 of camera housing 22 or on a back door 30, and rotary controller 14 may remotely control the orientation of image sensor 18 or may control an encoder. Skilled persons will appreciate that an arbitrarily located manual horizon adjustment control need not be of a rotary type and may be of an electronic instead of a mechanical type.

In some embodiments, rotary controller 14 provides greater than or equal to 180° rotation of horizontal image plane 16 with respect to housing plane 20 of camera housing 22 in each of the clockwise and counterclockwise directions. In one example, rotary controller 14 provides 180° plus greater than or equal to 6° of additional rotation in each direction, providing a 360° rotation of horizontal image plane 16 with respect to housing plane 20. This adjustability includes embodiments in which the orientation of rotary controller 14 is in congruence with the orientation of image sensor 18, as well as embodiments employing an encoder. Preferably, both lens 26 and image sensor 18 rotate together 360° within a pivoting hermetically sealed capsule. This means that, no matter how an operator mounts digital video camera 10, image sensor 18 can be rotated to capture a level world.

With reference to FIGS. 4A and 4B, in some embodiments, a rotation indicator 54 is provided on an exterior surface 56 of rotary controller 14. Rotation indicator 54 may take the form of a horizontal notch or raised bar that may be of a different color from the color of camera housing 22. Camera housing 22 may have set in a fixed position a notch or raised bar 58 that is similar to or smaller than rotation indicator 54. Rotation indicator 54 and notch or raised bar 58 may be of the same color or of different colors. The angular extent of dislocation between rotation indicator 54 and notch 58 provides a physical indication of the amount that rotary controller 14 is displaced from its "home" position with respect to camera housing 22.

In some preferred embodiments, rotation indicator 54 and horizontal notch 58 are in a collinear alignment (in the "home" position) when horizontal image plane 16 is perpendicular to housing plane 20. Thus, if digital video camera 10 were set on a level horizontal surface and the two notches were collinear, horizontal image plane 16 would be horizontal.

With reference to FIGS. 3A, 3C, 3D, 3F, 4A, 7, and 8 in preferred embodiments, one or more laser sources 48 are fitted within rotary controller 14, are oriented with horizontal image plane 16, and are capable of projecting light emission(s) to define a horizontal projection axis or plane 52 that is parallel to or coplanar with horizontal image plane 16. Thus, manual rotation of rotary controller 14 changes the orientation of horizontal projection axis 52 with respect to housing plane 20 as the orientation of horizontal image plane 16 is changed with respect to horizontal projection axis 52. The beam(s) of light forming horizontal projection axis 52 can be used as a guide by an operator to facilitate adjustment

8

of horizontal image plane 16 by simple rotation of rotary controller 14 after camera housing 22 has been mounted.

In some embodiments, a single laser source 48 may employ beam shaping optics and or a beam shaping aperture, filter, or film to provide a desired beam shape such as a line, lines of decreasing or increasing size, or a smiley face. In some embodiments, only a single beam shape is provided. In some embodiments, multiple beam shapes are provided and can be exchanged such as through manual or electronic rotation of a laser filter. Skilled persons will appreciate that two or more laser sources 48 may be outfitted with beam shaping capabilities that cooperate with each other to provide horizontal projection axis 52 or an image that provides horizontal projection axis 52 or other guidance tool.

In some embodiments, two laser sources 48 (or two groups of laser sources) are employed to project two beams of light that determine horizontal projection axis 52. Two laser sources 48 may be mounted on opposite sides of lens 26 such that their positions determine a laser mounting axis that bisects lens 26. In some embodiments, lens shroud 32 provides support for laser sources 48 such that they are positioned to emit light through apertures 60 in lens shroud 32 (FIG. 7). In some embodiments, an alternative or additional optical support barrel 32a may support laser source 48 and the other optical components.

Laser sources 48 may be diode lasers that are similar to those used in laser pointers. Laser sources 48 preferably project the same wavelength(s) of light. In some embodiments, an operator may select between a few different wavelengths, such as for red or green, depending on contrast with the background colors. In some embodiments, two wavelengths may be projected simultaneously or alternately. For example, four laser sources may be employed with red and green laser sources 48 positioned on each side of lens 26 such that red and green horizontal projection axes 52 are projected simultaneously or alternately in the event that one of the colors does not contrast with the background.

In some embodiments, laser sources 48 may be responsive to a power switch or button 64, which in some examples may be located on back door 30 of camera housing 22. A rotation of horizon adjustment control system 12 or rotary controller 14 may provide laser sources 48 with an ON condition responsive to a timer, which may be preset such as for five seconds or may be a user selectable time period. Alternatively, a single press of button 64 may provide laser sources 48 with an ON condition with a second press of button 64 providing an OFF condition. Alternatively, a single press of button 64 may provide an ON condition responsive to a timer, which may be preset such as for five seconds or may be a user selectable time period. Alternatively, button 64 may require continuous pressure to maintain laser sources 48 in an ON condition. Button 64 may also control other functions such as standby mode. Skilled persons will appreciate that many variations are possible and are well within the domain of skilled practitioners.

Skilled persons will also appreciate that any type of video screen, such as those common to conventional camcorders, may be connected to or be a part of camera housing 22. Such video screen and any associated touch display may also be used as feedback for orientation in conjunction with or separately from laser sources 48. Skilled persons will appreciate that the video screen may take the form of a micro-display mounted internally to camera housing 22 with a viewing window to the screen through camera housing 22 or may take the form of an external LCD screen.

With reference to FIGS. 3A, 3B, 3C, 3F, 4A, 4B, 5, and 6, in preferred embodiments, digital video camera 10 has a

US 8,896,694 B2

9

manually operable switch activator **80** that controls one or both of the recording condition of image sensor **18** and conveyance of the acquired image data to a data storage medium, such as on a two-gigabyte MicroSD card. In some embodiments, digital video camera **10** is designed to use pulse power to conserve battery life while monitoring switch activator **80**. When switch activator **80** is positioned to the ON position, the pulse power system is instructed to provide full power to the electronics and begin recording immediately; similarly, when switch activator **80** is positioned to the OFF position, the pulse power system is instructed to cut power to the electronics and stop recording immediately.

In some preferred embodiments, when switch activator **80** is slid or toggled, it moves a magnetic reed that is recessed from an impulse power sensor. Once the sensor recognizes the magnetic reed has been toggled to the ON position, the pulse power system is then triggered to power up most or all of the electronics of digital video camera **10**, including all of the electronics required for recording as well as selected other electronics or simply all the electronics. Once full power is provided to the system electronics, a feed from image sensor **18** begins encoding and writing to the data storage medium. As soon as the first frames are written to the data storage medium, a signal is sent to an LED **82** to indicate via a light pipe **84** that digital video camera **10** is recording. Thus, activation of switch activator **80** initiates recording nearly instantaneously.

In some embodiments, switch activator **80** powers up the electronics and initiates recording from a standby mode such as after button **64** has been pushed to activate the pulse power mode. In other embodiments, switch activator **80** powers up the electronics and initiates recording directly without any pre-activation. In some embodiments, a video encoder that cooperates with image sensor **18** and a microprocessor provides instructions to the video encoder. In some embodiments, switch activator **80** is adapted to substantially simultaneously control supply of power to the microprocessor, image sensor **18**, and the video encoder, such that when switch activator **80** is placed in the ON position the microprocessor, image sensor **18**, and the video encoder all receive power substantially concurrently and thereby substantially instantaneously initiate a video data capturing operation.

In some embodiments, an audio encoder cooperates with a microphone **90**, and the microprocessor provides instructions to the audio encoder. In some embodiments, switch activator **80** is adapted to substantially simultaneously control the supply of power to microphone **90** and the audio encoder such that when switch activator **80** is placed in the ON position, the microprocessor, microphone **90**, and the audio encoder all receive power substantially concurrently and thereby substantially instantaneously initiate an audio data capturing operation.

In some embodiments, when switch activator **80** is placed in the OFF position, the microprocessor, image sensor **18**, and the video encoder all cease to receive power substantially concurrently and thereby substantially instantaneously cease the video data capturing operation. In some embodiments, when switch activator **80** is placed in the OFF position, the microprocessor, microphone **90**, and the audio encoder all cease to receive power substantially concurrently and thereby substantially instantaneously cease the audio data capturing operation.

In some embodiments, the microprocessor, image sensor **18**, the video encoder, microphone **90**, and the audio encoder all receive power substantially concurrently and thereby substantially instantaneously initiate the video data and audio data capturing operations. In some embodiments, the micro-

10

processor, image sensor **18**, the video encoder, microphone **90**, and the audio encoder all cease to receive power substantially concurrently and thereby substantially instantaneously cease the video data and audio data capturing operations.

In some embodiments, switch activator **80** controls supply of power to additional electronics such that the additional electronics are deactivated when switch activator **80** is in the OFF position and such that the additional electronics are activated when switch activator **80** is in the ON position.

Skilled persons will appreciate that switch activator **80** may be designed to have more than two slide settings. For example, in addition to ON and OFF settings for recording, switch activator **80** may provide an intermediate setting to activate laser sources **48**, to activate one or more status indicators, or initiate other functions in digital video camera **10**.

The use of a magnetic reed switch as an embodiment for switch activator **80** prevents water or other fluids from entering through the camera housing **22**. Skilled persons will appreciate that other waterproof ON/OFF switch designs are possible. In preferred embodiments, digital video camera **10** also employs a waterproof microphone **90**, such as an omni-directional microphone with a sensitivity (0 dB=1V/Pa, 1 KHz) of −44±2 dB and a frequency range of 100-10,000 Hz, for capturing audio data and providing them to the data storage medium or to a second data storage medium. Alternatively, camera housing **22** may include breathable, watertight materials (such as GoreTex™) to prevent the egress of water without requiring a waterproof microphone **90**. Skilled persons will appreciate microphones with a large variety of operational parameters that are suitable for microphone **90** are commercially available or can be manufactured to suit desired criteria.

In some embodiments, microphone **90** is positioned beneath switch activator **80** such that switch activator **80** covers microphone **90** whenever switch activator **80** is in the OFF position and such that switch activator **80** exposes microphone **90** whenever switch activator **80** is in the ON position. The audio data capturing operation is preferably deactivated when switch activator **80** is in the OFF position and that the audio data capturing operation is preferably activated when switch activator **80** is in the ON position. The ON and OFF conditions of the audio data capturing operation may be controlled by switch activator **80** in conjunction with the ON and OFF conditions of the video capturing operation.

With reference to FIGS. 5 and 6, in some embodiments, camera housing **22** includes main housing **100** that supports switch activator **80**, a front and bottom trim piece **106**, and back door **30** which is connected to main housing **100** through a hinge **102**. In some embodiments, back door **30** may be removable through its hinge **102** to allow connection of accessories to main housing **100** for extended functionality. Back door **30** may provide an area of thinner material to permit compression of button **64**. Gaskets **114** may be seated between main housing **100** and back door **30** to provide waterproofing. A housing cover **108** may be connected to main housing **100** through a rubber gasket **110** that also enhances the waterproof characteristics of camera housing **22**.

Side caps **112** may be ultrasonically welded to the exterior surfaces of housing cover **108** and the lower portion of main housing **100**, which form the lower portions of sides **28** of camera housing **22**. In some embodiments camera housing **22** is made from brushed aluminum, baked fiberglass, and rubber. In particular, main housing **100**, housing cover **108**, and side caps **112** may be made from aluminum. Front and bottom trim piece **106** may also be ultrasonically welded to main housing **100**.

US 8,896,694 B2

11

With reference to FIGS. 3A, 3B, 4A, 4B, 6, and 9, in preferred embodiments, digital video camera 10 includes part of a mounting system 120 that has two or more housing rail cavities 122 and two or more interleaved housing rails 124 on each side 28 of camera housing 22 for engaging a versatile mount 126. An example of such a mounting system 120 is the TRail™ mounting system, marketed by Contour, Inc, of Seattle, Wash.

Housing rail cavities 122 and housing rails 124 may be formed by cut outs in side caps 112 that are mounted to main housing 100. In some embodiments, digital video camera 10 is bilaterally symmetrical and has an equal number of housing rail cavities 122 on each of side caps 112 and an equal number of housing rails 124 on each of side caps 112. In some embodiments, digital video camera 10 may for example provide two housing rail cavities 122 (such as shown in FIGS. 3A and 3B) or three housing rail cavities 122 in each side cap 112 (such as shown in FIGS. 4A and 4B). Skilled persons will appreciate, however, that in some embodiments, digital video camera 10 need not be symmetrical and may have an unequal number of rail cavities 122 on its side caps 112.

In some embodiments, rail cavities 122 have a "T"-like, wedge-like, or trapezoid-like cross-sectional appearance. Skilled persons will appreciate that the dimensions of the stem or lateral branches of the "T" can be different. For example, the stem can be thicker than the branches, or one or more of the branches may be thicker than the stem; similarly, the stem can be longer than the branches, and one or more of the branches may be longer than the stem. The cross-sectional shapes may have flat edges or corners, or the edges or corners may be rounded. Skilled persons will also appreciate that numerous other cross-sectional shapes for rail cavities 122 are possible and that the cross-sectional shapes of different housing rail cavities 122 need not be the same whether in the same side cap 112 or in different side caps 112. Similarly, housing rail cavities 122 may have different lengths and housing rails 124 may have different lengths. The bottom of trim piece 106 may be alternatively or additionally fitted with housing rails 124.

In some embodiments, one or more of housing rail cavities 122 may contain one or more bumps or detents 128. In some embodiments, each side 28 of camera housing 22 contains at least one bump or detent 128. In some embodiments, each housing rail cavity 122 contains at least one bump or detent 128. In some examples, however, only a single housing rail cavity 122 on each side 28 contains a bump or detent 128. Skilled persons will appreciate that the different sides 28 need not contain the same number of bumps or detents 128.

FIG. 9 shows a base mount 130 and a rail plug 132 that fit together to form a flat surface mount 134 shown in FIG. 10. FIGS. 11A-11D (FIG. 11) depict different views of camera housing 22 mated with flat surface mount 134. With reference to FIGS. 9-11, rail plug 132 contains one or more mount rails 136 that are adapted to mate with housing rail cavities 122 on camera housing 22. Similarly, rail plug 132 contains one or more mount rail cavities 138 that are adapted to mate with housing rails 124 on camera housing 22. Mount rails 136 may have the same or different cross-sectional shapes as those of housing rails 124, and mount rail cavities 138 may have the same or different cross-sectional shapes as those of housing rail cavities 122. In some preferred embodiments, rails 124 and 136 and cavities 122 and 138 have the same cross-sectional profiles.

In some embodiments, one or more mount rails 136 on rail plug 132 may contain one or more detents or bumps 140. In some embodiments, each mount rail 136 contains at least one detent or bump 140. In some examples, however, only a

12

single mount rail 136 contains a detent or bump 140. The detents or bumps 140 are adapted to mate with bumps or detents 128 such that if camera housing 22 has detents 128 then rail plug 132 has bumps 140 or if camera housing 22 has bumps 128 then rail plug 132 has detents 140. Skilled persons will appreciate that in some alternative embodiments, housing rails 124 have bumps or detents 128 and mount rail cavities 138 have detents or bumps 140.

The versatile mounting system 120 provides for ease of mounting and orientation of digital video camera 10 with ease of detachment of digital video camera 10 with retention of the mounted orientation. In some embodiments, base mount 130 may have a very small footprint and may be attached to a surface with an adhesive pad designed for outdoor use. After base mount 130 has been attached to a surface, rail plug 132 can be detached from base mount 130.

In some embodiments, rail plug 132 has a circumferential sawtoothed edge 142 that is mated to a sawtooth-receiving inside edge 144 of a base mount cavity 146 adapted to receive rail plug 132. In some embodiments, rail plug 132 has a compression fit within base mount 130. In some embodiments, hook and loop double-toothed Velcro™ may be used instead of or in addition to a compression fit technique to further secure rail plug 132 within base mount 130.

Mount rails 136 of rail plug 132 can slide into housing rail cavities 122 of camera housing 22 as mount rail cavities 138 of rail plug 132 slide onto housing rails 124 of camera housing 22 as indicated by a direction arrow 148 (FIG. 9) to secure rail plug 132 to camera housing 22. The mated detents and bumps 128 and 140 can be engaged to prevent unintended lateral movement of rail plug 132 with respect to camera housing 22. Rail plug 132 with the attached digital video camera 10 can be rotated from zero to 360 degrees about an axis perpendicular to base mount 130 to capture a desired viewing angle. Then, rail plug 132 can be inserted or re-inserted into base mount 130 as indicated by a direction arrow 150 (FIG. 9). FIG. 11 shows from several different views how digital video camera 10, rail plug 132, and base mount 130 appear when they are mated together.

In some embodiments, rail plug 132 and base mount 130 may be made from a hard, but flexible material such as rubber or a polymer with similar properties, but skilled persons will appreciate that rail plug 132 and base mount 130 may be made from a hard or soft plastic. Because base mount 130 can be flexible, it can be attached to a variety of surfaces such as, for example, the surfaces of helmets, snowboard decks, skis, fuel tanks, windows, doors, and vehicle hoods. The type and flexibility of the material of flat mount 126 may provide a "rubber" dampening effect as well as enhance rail sliding, rail engagement, and plug engagement. Mounting system 120 may also include a runaway leash (not shown).

When recording of an activity is completed, rail plug 132 with the attached digital video camera 10 may be disengaged from base mount 130 for safe storage or data uploading. Base mount 130 can be left attached to the surface and need not be re-attached and/or re-adjusted. Alternatively, camera housing 22 may be disengaged from rail plug 132, leaving rail plug 132 engaged with base mount 130 so that the original orientation of mount rails 136 of rail plug 132 is maintained to permit quick reattachment of digital video camera 10 without requiring its orientation to be re-adjusted to base mount 130 or the person, equipment, or vehicle to which base mount 130 is mounted.

FIG. 12 shows an alternative rail plug 132a; and FIGS. 13A, 13B, 13C, 13D, and 13E (FIG. 13) show several views of rail plug 132a with an alternative base mount 130a, including locked and unlocked configurations, to form a pole mount

US 8,896,694 B2

13

126a for mounting on a pole 160 such as handle bars. With reference to FIGS. 12 and 13, rail plug 132a may be used as a standalone mount with an adhesive backing, or it may be used in conjunction with or integrated into one or more varieties of base mounts 130a. Rail plug 132a may be attached to base mount 130a through the use of an adhesive mounting, through the use of Velcro™, through the use of a screw, through the use of other conventionally known means, or combinations thereof. Mount rails 136 may be formed to provide an aperture 162 to provide access for a screw and screwdriver to mount rail plug 132a onto base mount 130a.

Base mount 130a is configured to open and close around poles 160, particularly poles of standardized recreational equipment and especially such poles having small diameters of about 1-1.5 inches (2.5-3.8 cm). In some embodiments, base mount 130a has a locking pin 164 with a head 166 that can be secured within a lock chamber 168. Locking pin 164 increases compression against pole 160 to prevent base mount 130a from rotating around pole 160 after its desired positioned is established. Base mount 130a may also be provided with a pin door cover 170 to prevent debris from accessing locking pin 164 or lock chamber 168.

FIGS. 14A, 14B, 14C, 14D, and 14E (FIG. 14) show several views of a rail plug 132b with an alternative base mount 130b, including a strap 172, to form a pole mount 126b for mounting on a pole 160b such as a roll cage, a windsurfing mast, or a hang glider support. With reference to FIG. 14, in some embodiments, strap 172 is large enough to accommodate poles 160b having a diameter up to 4 inches (12 cm) or larger. In some embodiments, a dial 174 may be employed to tighten and loosen strap 172. In other embodiments, dial 174 controls the swivel of rail plug 132b with respect to base mount 130b so that the side-to-side angle of digital video camera 10 can be adjusted. As with rail plug 132a, rail plug 132b may be attachable to base mount 130b or may be integrated with it.

FIGS. 15A, 15B, and 15C (FIG. 15) show several views of a rail plug 132c attached to or integrated with alternative base mounts 130c and 130e of respective band or strap mounts 126c and 126e for mounting on a belt, strap, or band 180, such as a band 180 of a pair of goggles 182. With reference to FIG. 15A, base mount 130e has a dampener 184a and a strap entrance 186a on an interior side of the base mount 130e, i.e., facing in the direction opposite to that mount rails 136 face. Dampener 184a may be made from rubber or other suitable cushioning material to cushion a user's head away from digital video camera 10.

With reference to FIG. 15B, a dampener 184b is provided on an interior side of base mount 130c, i.e., facing in the direction opposite to that mount rails 136 face. However, a strap entrance 186b is provided on an exterior side of base mount 130c, i.e., facing in the same direction that mount rails 136 face. FIG. 15C shows base mount 130c of FIG. 15B mounted upon strap 180 of goggles 182. Skilled persons will appreciate that the rail plug 132a can be substituted for rail plug 132c.

FIG. 16 shows a rail plug 132d with an alternative base mount 130d of a helmet mount 126d for mounting on a curved helmet. Helmet mount 126d includes one or more slots 190 through which a strap can be used to secure base mount 130d to a helmet through vent slots in the helmet. Skilled persons will appreciate that rail plug 132a can be substituted for rail plug 132d.

FIG. 17 is a front perspective view of another alternative goggle base mount 130f, adapted for employing a strap 192 for attachment to goggle band 180 (FIG. 15C). Strap 192 can be looped through buckles 194 and 196 to secure base mount

14

130f to goggle band 180. Base mount 130f is adapted to receive circular rail plug 132 (FIG. 10) that permits 360-degree rotation of mount rails 136. Such embodiments permit a user adjust the angle of digital video camera 10 to be different from the vertical viewing angle of the user. For example, the user can be viewing down at the ground while digital video camera 10 (and its image sensor 18) captures images straight ahead. In some embodiments, base mount 130f may include pads 198 and 202 to dampen against vibrations and may include retaining tabs 200 to prevent rail plug 132 from being inadvertently jarred loose. Strap 192 may also or alternatively include pads 204 and 208.

Skilled persons will appreciate that base mounts 130a through 130d can also alternatively be configured to receive a round rail plug 132 (of FIG. 10) that permits 360-degree rotation of mounting rails 136. For example, FIG. 18 shows an alternative pole mount 126g having a base mount 130g adapted to receive circular rail plug 132 that permits 360-degree rotation of mount rails 136. Such embodiments can facilitate compensation for handle bars or other poles 160 or 160b that may be angled backward or forward.

In some embodiments, base mount 130g has a different locking mechanism from that of base mount 130a (FIG. 13). For example, in some embodiments, a locking pin 210 is attached by a hinge 212 to base mount 130g, and locking pin 210 is attached at its other end to a pin door cover 214 through a hinge 216. Locking pin 210 cooperates with hinge door cover 214 to increase compression against pole 160 to prevent base mount 130g from rotating around pole 160 after its desired position is established. Skilled persons will appreciate that base mount 130a may alternatively employ this locking mechanism. In some embodiments, base mounts 130a and 130g include a pole grip 218 to help maintain a preferred orientation of base mounts 130a and 130g with respect to pole 160. In some embodiments, base mounts 130 and 130a-130g may include a leash ring 220 adapted to receive a lease line that may be attached to an associated rail plug 132 and 132a-132d, digital video camera 10, or the operator.

FIGS. 19 and 20 are, respectively, perspective and top plan views of a mounting system 300 that comprises rotatable circular rail plug 132 set in a base mount 130h configured with a locking feature that allows adjustment of digital video camera 10 when it is attached to a mounting surface. FIGS. 21 and 22 are, respectively, perspective and top plan views of base mount 130h. Base mount 130h is of generally rectangular shape and includes in its top wall 302 a large diameter circular opening 304 and in its bottom wall 306 a smaller diameter circular opening 308. Base mount 130h has opposite side walls 310 and 312 through which aligned, generally rectangular slots 314 of the same size are formed and opposite side walls 316 and 318 on the inner surfaces of which spatially aligned sawtooth-receiving edges 144 are formed. The inner surfaces of side walls 310, 312, 316, and 318 include arcuate segments that are sized to permit bidirectional ratcheted rotational motion of circular rail plug 132 when it is set through circular opening 304 in base mount 130h with sawtooth-receiving edges 144 in matable relationship with circumferential sawtoothed edge 142.

FIGS. 23A, 23B, 23C, 23D, and 23E are, respectively, perspective, top plan, end elevation, side elevation, and bottom plan views of a slidable locking member 330 of generally rectangular shape. Slidable locking member 330 is sized to fit within each slot 314 and slidably extend through and project outside either one of side walls 310 and 312 when inserted in both of slots 314 in base mount 130h. Locking member 330 is a unitary structure that includes a generally planar center portion 332 positioned between a locking end piece 334 and

US 8,896,694 B2

15

a nonlocking end piece 336. Center portion 332 constitutes a recessed area that is bounded by raised end pieces 334 and 336 and into which circular rail plug 132 is inserted when mounting system 300 is assembled. Center portion 332 includes an oblong hole 338 having opposite circular segments 340 separated by straight line segments 342. U-shaped slots 344 cut in center portion 332 on either side of oblong hole 338 provide downwardly depending the locking tabs 346. Locking tabs 346 are sized and configured to slide across and fit into corresponding grooves 350 in a floor 352 of base mount 130h. Locking end piece 334 has a serrated arcuate inner surface 354, and nonlocking end piece 336 has a smooth arcuate inner surface 356. The curvatures of arcuate inner surfaces 354 and 356 are complementary to the curvature of circular rail plug 132.

FIG. 24 is an exploded view of mounting system 300 to which is attached an exemplary attaching mechanism. When mounting system 300 is assembled, locking member 330 is installed in base mount 130h with end pieces 334 and 336 fitted for sliding movement in slots 314. A plug 360 composed of a top disk 362 and two downwardly depending legs 364 secures locking member 330 to and limits its range of travel within slots 314 in base mount 130h. Top disk 362 fits in a recess in and thereby receives rail plug 132, and flanges 366 extending from the free ends of legs 364 secure plug 360 in base mount 130h when the free ends of legs 364 are pushed through circular opening 308.

Mounting system 300 operates in the following manner. A user adjusts the angular position of digital video camera 10, which is operatively connected to mounting rails 136, by rotating rail plug 132 within base mount 130h. To permit such rotation, the user pushes nonlocking end piece 336 to slide locking member 330 so that serrated inner surface 354 moves away from and does not engage sawtoothed edge 142 of rail plug 132. Legs 364 of plug 360 contact the boundary of oblong hole 338 and thereby stop the sliding motion of locking member 330 with its locking end piece 334 projecting outwardly from its associated slot 314. Locking tabs 346 fit in their corresponding grooves 350 to releasably hold locking member 330 in its unlocked position. Rotation of rail plug 132 provides audible, tactile feedback to the user because of the meshing relationship between sawtooth-receiving edges 144 and sawtoothed edge 142.

Upon completion of angular position adjustment of digital video camera 10, the user locks rail plug 132 in place by pushing locking end piece 334 to slide locking member 330 so that serrated inner surface 354 engages sawtoothed edge 142 of rail plug 132. The sliding motion of locking member 330 stops with its nonlocking end piece 336 projecting outwardly from its associated slot 314. Locking tabs 346 fit in their corresponding grooves to releasably hold locking member 330 in its locked position.

Base mount 130h can be directly mounted to a mounting surface with use of an adhesive. Base mount 130h also may be mated to a variety of mounting surfaces by adding a custom connecting plate, such as strap-connecting plate 370, with screws 372 or another technique such as adhesive bonding or welding. These connecting plates may alter the shape of base mount 130h to better connect to shaped surfaces or may include a variety of attaching mechanisms, such as, for example, a strap 374 or a hook.

With reference again to FIGS. 3B, 3E, 4B, and 5, button 64 (or an additional button 388) may control one or more status indicators such as LED 82 that indicates via light pipe 84 that digital video camera 10 is recording. Button 64 (or additional button 388) may, for example, also control operation of an LED 390 that indicates through a light pipe 392 the power

16

status of a battery (not shown). In some embodiments, a single push controls two or more status indicators (or all of the status indicators, and may control laser sources 48 and a recording standby mode as well).

In some embodiments, the status indicators may provide a different color depending on the status of the item in question. In some embodiments, green, yellow, and red LEDs are used to indicate whether the battery is completely charged, half-charged, or nearly depleted. Similarly, in some embodiments, green, yellow, and red LEDs are used to indicate whether the SD memory card is nearly empty, half-empty, or nearly full. In other embodiments, green light indicates greater than or equal to 80% space or charge, yellow light indicates greater than or equal to 30% space or charge, and red light indicates less than 30% space or charge. Skilled persons will appreciate that the number and meaning of colors can be varied. Camera housing 22 may provide symbols indicating what items light pipes 84 and 392 designate, such as a battery symbol 394 and a memory card symbol 396 on back door 30.

To facilitate an easier and more manageable process for the video once it has been recorded, digital video camera 10 may be designed to automatically segment the video into computer and web-ready file sizes. The segment can be automatically determined by the hardware during the recording process without intervention by the user. In some embodiments, software will automatically close a video file and open a new file at predefined boundaries. In some embodiments, the boundaries will be time-based, for example, ten minutes for each segment, or size-based, for example 10 MB for each segment. Additionally, the segmentation process may be designed so that file boundaries are based on preset limits or so that the user can adjust the segment length to the user's own preferred time. In some embodiments, the video encoder (hardware or software based) will optimize the file boundary by delaying the boundary from the nominal boundary position until a period of time with relatively static video and audio, i.e., when there are minimal changes in motion. Skilled persons will appreciate, however, that in some embodiments, such segmentation may be implemented via software or hardware.

Digital video camera 10 is an all-in-one, shoot and store digital video camcorder and is designed to operate in extreme weather conditions and in a hands-free manner. Digital video camera 10 is wearable and designed for rugged environments (water, heat, cold, extreme vibrations), and the Contour 1080P™ line includes application mounts 126 to attach to any person, equipment, or vehicle. The internal components of digital video camera 10 may be silicon treated, coated, or otherwise insulated from the elements, keeping digital video camera 10 operational, no matter the mud, the dirt, the snow, and the rain.

Preferred embodiments of digital video camera 10 are equipped with wireless connection protocol and global navigation and location determination, preferably global positioning system (GPS), technology to provide remote image acquisition control and viewing. The Bluetooth® packet-based open wireless technology standard protocol is used to provide control signals or stream data to digital video camera 10 and to access image content stored on or streaming from digital video camera 10. The GPS technology enables tracking of the location of digital video camera 10 as it records image information. The following describes in detail the implementation of the Bluetooth® protocol and GPS technology in digital video camera 10.

Preferred embodiments of digital video camera 10 permit the mounting of camera housing 22 upside down while retaining the proper orientation of the video images by mechanical

US 8,896,694 B2

17

or electrical 180° rotation of lens **26**. The mechanical rotation is shown in FIGS. **25**A, **25**B, **25**C, and **25**E. FIGS. **25**A, **25**B, **25**C, and **25**D are front perspective views of digital video camera **10** showing lens **26** set in a vertical position, with camera housing **22** of digital video camera **10** rotated 90° counter-clockwise, not rotated, rotated 90° clockwise, and rotated 180° to an inverted position, respectively, relative to the vertical position. FIG. **25**E is a front elevation view of digital video camera **10** in the orientation of FIG. **25**B annotated with dimension lines indicating 185° counter-clockwise and 95° clockwise ranges of angular displacement of horizontal image plane **16** achievable by manual rotation of rotary controller **14**. The orientation may be flipped prior to signal processing by simply altering the pixel selection or can be flipped during signal processing by simply altering the interpretation of the pixels. The orientation can be automatically controlled by sensing the orientation of camera housing **22** using a variety of sensors and altering the pixels based on these data.

FIGS. **26**A and **26**B, FIGS. **27**A and **27**B, FIG. **28**, and FIGS. **29**A and **29**B show the configuration of digital video camera **10** in which Bluetooth® wireless protocol and GPS technology are implemented to enable remote image acquisition control and viewing. FIGS. **26**A and **27**A are front perspective views of digital video camera **10** with slidable switch activator **80** in its respective recording ON and recording OFF slide setting positions; and FIGS. **26**B and **27**B are top plan views of the digital video camera **10** with slidable switch activator **80** in its respective recording ON and recording OFF slide setting positions. A portion of switch activator **80** is broken away in these drawing figures to reveal the placement of certain internal component parts described in greater detail below.

FIG. **28** is a partly exploded view of digital video camera **10**, showing the placement and mounting arrangement of component parts implementing Bluetooth® wireless protocol and GPS receiver technology in main housing **100** shown in FIGS. **5** and **6**. A Bluetooth® wireless module **400** is installed in main housing **100** at a location proximal to rotary controller **14**. A GPS assembly **402** is installed in main housing **100** at a location proximal to back door **30** of camera housing **28**. Optical support barrel **32**a having an open ended slot **404** fits over main housing **100** in an orientation such that Bluetooth® wireless module **400** and the upper end of GPS assembly **402** fit and are thereby exposed within slot **404**. Switch activator **80** provided with a two-dimensional array of circular openings **406** fits over and slides within slot **404** between the recording ON slide setting position shown in FIGS. **26**A and **26**B and the recording OFF slide setting position shown in FIGS. **27**A and **27**B. Openings **406** provide an audible sound passageway to facilitate pickup by microphone **90** of spoken words or other sound effects.

Common implementations for sliding switches that have long travel entail use of a magnet to pull and hold the switch in its final position or use of a switch mechanism continuously pressed by the user over the full travel distance and provided with a holding mechanism in place in the ON and OFF positions. Digital video camera **10** is equipped with a slide switch mechanism that solves the problems associated with long travel distance. A scissor spring **408** assists in actuating slidable switch activator **80** over the long travel range between the recording ON and OFF slide setting positions.

FIGS. **26**B, **27**B, and **28** show a preferred shape of scissor spring **408** and the manner in which it cooperates with the geometric features of inner side wall surfaces **410** and an inner end wall surface **412** formed in an underside cavity **414** of switch activator **80**. Scissor spring **408** is a one-piece wire

18

member including multiple bends that form a U-shaped center portion **420** having rounded distal ends **422** from each of which a leg portion **424** upwardly extends back toward center portion **420**. U-shaped center portion **420** includes a base member **426** and two generally parallel side members **428** that terminate in rounded distal ends **422**. Upwardly extending leg portions **424** diverge generally outwardly away from side members **428** and terminate in ends **430** that are inwardly bent toward side members **428** and do not extend beyond center portion **420**. A curved section **432** in each leg portion **424** forms its inwardly directed bend and provides a bearing surface that contacts an inner side wall surface **410** of switch activator **80**.

FIGS. **26**A, **26**B, **27**A, and **27**B show the geometric features in inner side wall surfaces **410** and inner end wall surface **412** of switch activator **80**. Each side wall surface **410** includes an inwardly directed beveled portion **440** having an apex **442** and a proximal end **444** and a distal end **446** located respectively nearer to and farther from end wall surface **412**.

Installation of scissor spring **408** in main housing **100** entails placement of U-shaped center portion **420** with its base member **426** and side members **428** against a raised block **450** on a top surface **452** of a printed circuit board (PCB) **454** of GPS assembly **402**. The length of base member **426** is chosen to establish a snug fit of raised block **450** within U-shaped center portion **420** to keep scissor spring **408** stationary during sliding motion of switch activator **80**. As shown in FIGS. **26**A and **26**B, whenever switch activator **80** is in the recording ON slide setting position, curved sections **432** of scissor spring leg portions **424** rest in shallow notches formed at distal ends **446** of beveled portions **440**. As shown in FIGS. **27**A and **27**B, whenever a user slides switch activator **80** from the recording ON slide setting position to the recording OFF slide setting position, curved sections **432** exit the shallow notches at distal ends **446**, slide along entire lengths of beveled portions **440**, and come to rest at shallow notches formed at proximal ends **444** of beveled portions **440**. Curved sections **432** of leg portions **424** are of complementary shape to curved sections **448** of inner end wall surface **412**.

The shaping of scissor spring **408** imparts resistance to prevent the initial sliding motion of switch activator **80** in either direction, but in response to user applied pressure overcoming the resistance, switch activator **80** automatically travels to the stopping position without effort by the user. Scissor spring **408** exerts passive resistance to any motion and therefore holds switch activator **80** in the proper position until the user again moves switch activator **80**. The shape of scissor spring **408** can be varied based upon, for example, the geometry of switch activator **80**, the length of travel, and desired holding force.

The above-described spring solution is uniquely resistant to vibration and is well-suited for a high vibration environment. Scissor spring **408** is an improvement over magnetic sliding switch movements because the former does not introduce magnetic interference that may affect other functions in digital video camera **10**. Scissor spring **408** is also an improvement over a double detent implementation because the user is confident switch activator **80** is in the proper position. This spring solution could be expanded to include a combination of springs to provide specialized motion or specific force profiles. This spring design can also control linear or circular motion.

FIGS. **29**A and **29**B show respective perspective and exploded views of GPS assembly **402** separate from main housing **100**, in which GPS assembly **402** is installed for operation in digital video camera **10**. GPS assembly **402**

US 8,896,694 B2

19 20

includes a GPS passive patch antenna **456** and a GPS receiver module **458** to provide GPS functionality to digital video camera **10**. A GPS ground plane **460** in the form of a stepped, generally U-shaped aluminum shroud is positioned between patch antenna **456** and GPS printed circuit board **454** and affixed to top surface **452** of the latter by GPS ground plane mounting tape **462**. GPS receiver module **458** is mounted to GPS printed circuit board **454** on its bottom surface **464**. A preferred GPS patch antenna **456** is a Model PA1575MZ50K4G-XX-21, which is a high gain, customizable antenna available from INPAQ Technology Co., Ltd., Taiwan. GPS patch antenna **456** is custom tuned to its peak frequency to account for detuning effects of the edges of optical support barrel **32***a*. A preferred GPS receiver module **458** is a Model NEO-6 module available from u-blox AG, Switzerland.

FIGS. **29**A and **29**B show that GPS ground plane **460** is physically shaped to complement or mirror the curved shape of optical support barrel **32***a* of housing **22** so that the ground plane area can be maximized as the shape of the ground plane conforms to, i.e., without altering, the shape of camera housing **22**. Additionally, GPS patch antenna **456** is supported by its own internal ground plane, which is arranged such that it overlaps the inside of the existing aluminum case. This overlap allows RF currents to pass between the aluminum case and GPS ground plane **460** through capacitive coupling and hence have the effect of increasing the size of the overall ground plane area. This increased ground plane area further improves the GPS reception. Moreover, GPS patch antenna **456** is tuned with these components coupled for optimal reception by the overall system. The ground plane customization and electrical coupling to camera housing **22** or other metal components of digital video camera **10** improve performance by achieving higher antenna gain and consequent enhanced signal reception when digital video camera **10** is mounted in multiple positions.

When recording video or taking photographs in a sports application, digital video camera **10** is often mounted in a location that does not permit the user to easily see the camera. Implementing digital video camera **10** with a wireless connection protocol enables remote control of the operation of and remote access to image data stored in digital video camera **10**. In preferred embodiments, the integration of Bluetooth® wireless technology in the wearable digital video camera **10** facilitates implementation of several features, including remote control, frame optimization, multi-camera synchronization, remote file access, remote viewing, data acquisition (in combination with GPS capability), and multi-data sources access (in combination with GPS capability).

Implementing Bluetooth® wireless technology in digital video camera **10** enables the user to control it remotely using a telephone, computer, or dedicated controller. This allows digital video camera **10** to remain sleek, with few buttons and no screen. Additionally, a lack of need for access to a screen or controls provides more flexibility in mounting digital video camera **10**.

The remote control device (i.e., telephone, computer, dedicated viewer, or other Bluetooth®-enabled device) can access files stored on digital video camera **10** to allow the user to review the content in such files and manage them on the camera. Such access can include file transfer or file playback in the case of video or audio content.

Using a wireless signal transfer, the remote device can access data streaming from digital video camera **10**. Such data can include camera status, video, audio, or other data (e.g., GPS data) collected. Standard video can exceed the bandwidth of a Bluetooth® connection. To resolve any qual-

ity of service issues, a fast photo mode is used to simulate video. In this case, photographs are taken in succession, then streamed and displayed in sequence to simulate video playback. Firmware in a main processor captures and streams the photographs, and the receiving application is designed to display photographs in quick succession. To be space efficient, the photographs may be stored in a FIFO buffer so that only limited playback is available.

Alternative implementations of a remote viewer include one or more of reduced resolution or frame rate, file sectioning, frame sampling, and Wi-Fi to media server. Reduced resolution or frame rate entails recording video in two formats, high quality and low quality, in which the lower quality file is streamed or played back after the recorded action has taken place. For streaming implementation, wireless connection bandwidth can be monitored to adapt to the available bandwidth the resolution, bit rate, and frame rate on the secondary recording. Additionally, buffering can be used in conjunction with adaptive bit rate control. File sectioning entails breaking a recording into small files and transferring each file upon completion to allow for viewing via a wireless device in near real time. File transfer may be delayed so as to limit interruptions that result from bandwidth limitations. Frame sampling entails real time video frame sampling (e.g., video compression intraframes (I-frames) only). Wi-Fi to media server entails use of Wi-Fi to establish the camera as a media server on selected networks, allowing other devices to read and play content accessed from the device.

FIG. **30** is a simplified block diagram showing a preferred implementation of wireless technology in digital video camera **10**. FIG. **30** shows digital video camera **10** with built-in Bluetooth® wireless module **400** that responds to a Contour Connect Mobile App application software executing on an operating system for mobile devices such as smartphones and tablet computers to enable such a mobile device to become a wireless handheld viewfinder. A Contour Connect Mobile App that is compatible for use with an iOS mobile operating system of Apple®, Inc. is available on the iPhone App Store and that is compatible for use on an Android mobile operating system of Google Inc. is available on the Android Market. The firmware of a main processor **500** stores an updated version of compatible software to respond to the Contour Connect Mobile App executing on a mobile device. This wireless connection capability enables a user to configure camera settings in real time and preview what digital video camera **10** sees. Specifically, a user can check the camera angle on the wireless device screen and without guesswork align the camera shot and adjust video, light level, and audio settings before beginning the activity he or she wants to record.

The functionality permitted across industry standard interfaces is often limited by the receiving or transmitting device based on its permissions. This means that one device may refuse to permit certain functionality if the other device does not have proper certificates or authentications. For example, the Apple® iPhone and similar products require certain security authentication on data signals transmitted using the Bluetooth® interface. The security requirements on such interfaces vary by product and the manufacturer. Oftentimes the same product is intended to connect with a variety of devices, and it is not desirable to integrate the security component for all possible features or external devices.

In preferred embodiments, the signal path is designed such that the presence of this security integrated circuit is not required for full functionality for such other devices. However, by including a connector in this signal path, a security module can be added by the user after manufacturing to allow connection with such controlled devices. By including such a

US 8,896,694 B2

21

connector in the signal path, the relevant signal security module may be provided separately for only those applications that require such security authentication. Additionally, in preferred embodiments, the Apple® security card is packaged separately as a self-contained card. The circuit is designed to retain the authentication integrity but to interface with the controlling device through a standard connector. FIG. 30 also shows placement of a Contour Connect View (security) Card 502 in a card slot and connector 504 of digital video camera 10 to enable connection with a supported Apple® iOS device. A Contour Connect View Card is available from Contour, Inc., the assignee of this patent application.

FIG. 31 is a flow diagram showing the pairing of two devices by Bluetooth® wireless connection. Main processor 500 of digital video camera 10 stores a data file identifying a Bluetooth®-enabled viewer/controller device 510. (An appearance of a smiley face icon in the flow diagrams indicates action by or display of status information to a user.) A user presses a wireless connection activator button (preferably located near switch activator 80 but not shown in the drawings) on camera housing 22 to turn on Bluetooth® module 400, which transmits a Bluetooth® ("BT") Connection Request signal to Bluetooth® connection-enabled viewer/controller 510. Viewer/controller 510 receives the Bluetooth® Connection Request signal, determines whether there is a Bluetooth® ID connection match pair, and upon recognition of a match pair, determines whether viewer/controller 510 is iOS or Android implemented. If it is Android implemented and therefore Apple® security is not required, viewer/controller 510 allows and launches the Contour Connect Mobile App to perform Bluetooth® data transfer to and from digital video camera 10. If it is iOS implemented and Apple® security is required, viewer/controller 510 sends a Security Challenge signal for passage through Bluetooth® module 400 and main processor 500 to an Apple® coprocessor 514 mounted on Apple® security card 502. Apple® coprocessor 514 sends security codes for passage through main processor 500 and Bluetooth® module 400 to viewer/controller 510, which confirms the security codes and allows and launches the Contour Connect Mobile App to perform Bluetooth® data transfer to and from digital video camera 10.

The use of a data file to identify the Bluetooth® ID of a device allows two devices to pair when neither device has a display screen. FIG. 32 is a flow diagram showing an example of pairing Bluetooth® microphone 90 and digital video camera 10, neither of which has a display screen. Digital video camera 10 and a controller 510' are initially paired by Bluetooth® wireless data connection, and the Contour Connect Mobile App is active, as described above with reference to FIG. 31. Viewer/controller 510 and controller 510' are of similar construction, except that the latter has no display screen. A user slides switch activator 80 to its ON position to supply power to microphone 90 and transmit a Pair Request signal to digital video camera 10, which detects and forwards to controller 510' a Microphone Pair Request signal for confirmation. The user responds to the pairing request by manipulating an actuator associated with controller 510'. If user actuation indicates refusal of the pairing request, controller 510' concludes the pairing process. If user actuation indicates acceptance of the pairing request, controller 510' transmits to digital video camera 10 a Confirmation signal, together with a passcode if one is required by microphone 90. Upon receipt of the Confirmation signal, digital video camera 10 transmits a Confirmation signal and any passcode to microphone 90 and thereby completes the pairing by initiating audio data capture and recording by the audio encoder in digital video camera 10.

22

FIG. 33 is a flow diagram showing a preferred camera position adjustment procedure carried out by a helmet-wearing user, such as a bicycle or snowboard rider or skier, to align digital video camera 10 mounted on the user's helmet. Digital video camera 10 and viewer/controller 510 are initially paired by Bluetooth® wireless data connection, and the Contour Connect Mobile App is active, as described above with reference to FIG. 31. A launch control/viewer application instruction causes transmission of a fast photo transfer Data Request signal to Bluetooth® data transfer-enabled digital video camera 10, which responds by enabling the taking of photographs in rapid succession (e.g., five photographs each second) of the scene to which camera lens 26 is pointed. A mounting activity sequence 520 indicated in FIG. 33 represents user activity of mounting digital video camera 10 on the helmet, assuming a riding position, and adjusting the position and angle of digital video camera 10 by selecting its mounting surface location on the helmet and rotating rail ring 132 within base mount 130/ of mounting system 300. The angle/position mounting adjustment performed by the user causes the taking of photographs of the scene in rapid succession and transmitting them for near real-time display to the user observing the display screen of viewer/controller 510. Successive iterations of angle/position mounting adjustment, picture taking in rapid succession, and user observation of the displayed scene continue until the user is satisfied with the position of the scene displayed, whereupon the mounting position adjustment of digital video camera 10 on the helmet is complete.

Frame optimization can be accomplished with a remote control device or within digital video camera 10, if it is equipped with a screen and controls. Frame optimization may entail one or both of lighting and color optimization and frame alignment, either manually or automatically.

FIG. 34 is a flow diagram showing a preferred manual lighting level and color settings adjustment procedure followed by the user after completing the mounting position adjustment described above with reference to FIG. 33. The manual lighting level and color setting procedure shown in FIG. 34 differs from the mounting position adjustment procedure of FIG. 33 in that 1) mounting activity sequence 520 does not apply, 2) a settings OK decision block replaces the Position OK decision block in viewer/controller 510, and 3) the manual angle/position mounting adjustment causing the taking of photographs of the scene in rapid succession is replaced by transmission of a new settings instruction produced in response to user-manipulation of an alter lighting level and color settings actuator associated with viewer/controller 510. The manual lighting level and color adjustment procedure entails the user observing the successive photographs on the display screen and manipulating the alter lighting level and color settings actuator associated with viewer/controller 510 until the user is satisfied with the lighting level and color displayed, whereupon the manual setting adjustment is complete.

Automatic lighting and color optimization uses video or photographic analysis in controlling the device. FIG. 35 is a flow diagram showing a preferred automatic lighting level and color settings adjustment procedure followed by the user after completing the mounting position adjustment described above with reference to FIG. 33. The automatic lighting level and color settings procedure shown in FIG. 35 differs from the manual lighting level and color settings procedure shown in FIG. 34 in that an Auto Adjust iterative loop replaces the Settings OK decision block of FIG. 33. Specifically, a Start Auto Adjust process block initiates an iterative Auto Adjust loop of programmed analysis of photograph color, lighting

US 8,896,694 B2

23

level, and position followed by a Quality Optimization decision query based on a set of programmed quality standards. The Auto Adjust loop iteratively performs the analysis and causes transmission of a new settings instruction to digital video camera **10** to take additional photographs for display and analysis by viewer/controller **510**. The automatic lighting level and color adjustment procedure entails the automatic internal analysis of the photographs on the display screen and preprogrammed automatic adjustment of the lighting level and color settings until the Quality Optimized decision block indicates that image quality meets preprogrammed optimum quality standards and the final Quality Optimized decision block indicates that the user is satisfied by user manipulation of an actuator indicating the automatic setting adjustment is complete. Viewer/controller **510** can implement tuning algorithms to analyze frames, adjust settings, and reanalyze the frames to optimize lighting level and color settings. Small and fine alignment adjustments can be made automatically by altering the pixels used to define the frame. These adjustments can be made by redefining the center pixel or by redefining the bounding box. These adjustments can be horizontal, vertical, and rotational, including rotating a full 180° to allow for digital video camera **10** to be positioned upside down, as shown in FIG. **25**D. For more precise optimization, digital video camera **10** may be pointed at a predefined chart to allow the automatic adjustments to achieve more precise and consistent settings.

Use of the many-to-many nature of Bluetooth® wireless technology enables a user to control multiple cameras. Multi-camera control allows for the controller to coordinate the lighting level and color settings on all cameras, provide guides for alignment of camera positions, and synchronize the videos on multiple cameras with synchronous start/stop or synchronous "alignment" on-screen display (OSD) frames or audio sound that can be embedded in the video to facilitate editing and post-processing. Use of wireless connection allows one camera to provide a synchronization signal to another camera so that videos can be synchronized in post-processing. The OSD frames may be stored in advance in the memory of digital video camera **10** and be simply triggered by a frame sync pulse to limit transmission bandwidth requirements and any associated errors or delays. This synchronization may include information such as, for example, video file name and camera identity of the primary camera. To improve accuracy of synchronization timing, the wireless transfer rate can be calibrated by pinging a secondary device and listening for response. To further improve accuracy, this ping/response cycle is repeated multiple times.

A separate remote device can be used to pair two cameras in which neither camera has a screen. FIG. **36** shows a (Master) Camera **1** and a (Slave) Camera **2** of the same type as digital video camera **10** aimed at a common chart **530**. The relative camera mounting can be adjusted to align the images in the Z-axis. The lighting level and color settings can be adjusted so that they are matched. Aligning the images and adjusting lighting level and color settings eliminate a need for post-processing when combining videos from multiple cameras at multiple angles or three-dimensional views. FIG. **36** shows an iPhone paired to Cameras **1** and **2** implemented with remote Start/Stop capability, which is described below. Master Camera **1** sends an OSD frame sync pulse to Slave Camera **2**. Master Camera **1** analyzes photographs from Slave Camera **2** and adjusts settings to match the alignment and settings of Master Camera **1**.

FIG. **36** presents two illustrations of a display screen **532** of viewer/controller **510** of an iPhone type showing for user observation side-by-side images produced by Cameras **1** and

24

2 viewing chart **530**. Upper illustration **534** and lower illustration **536** show the comparative relationship between the position and color matching, respectively, before and after correction. Illustration **534** shows Z-axis misalignment of the two camera images and color imbalance, and illustration **536** shows post-correction image position alignment and color matching.

By controlling multiple cameras, the user is able to coordinate shots from different angles and ensure the color and lighting settings are similar to allow for seamless switching in playback. The preferred embodiments could be expanded so that in the event there were multiple devices daisy-chained together, they could use a single authentication. For example, if there were two cameras that were connected via Bluetooth® to a device that required such authentication, the signal from one camera could route through the other to use its security and the intermediary device would be the only device that requires such security provision. This security component may also be able to become a standalone component that is simply inserted into the security path as a pass-through that adds the authentication or approval required only for the receiving device and performs any translation required for the response to be interpreted properly.

FIG. **37** shows an exemplary user application to allow the user to change lighting level and color settings and immediately see the resulting changed video. FIG. **37** is a flow diagram showing Camera **1** and an iOS mobile phone or tablet computer device **510** paired by Bluetooth® wireless connection and cooperating to accomplish without security the pass-through of Camera **2** data. A user pushes the wireless connection activator button on Camera **2** to transmit a Pair Connection Request signal to Bluetooth-enabled Camera **2**, which detects the request, confirms the pairing, and transmits a signal to Camera **2** to complete the pairing. Camera **2** responds by taking photos in rapid succession and transmitting them together with status information to Camera **1** for pass-through transmission to device **510** for display as Camera **2** image and data on display screen **532**. A user manipulates an actuator associated with device **510** to change lighting level and color settings by causing transmission to Camera **1a** New Settings command signal for pass-through transmission to Camera **2**, which responds by changing its lighting and color settings.

Data acquisition and data synchronization in the use of wireless communication, preferably in cooperation with GPS capability, can be accomplished by one of several techniques. When capturing video during an activity, data may be used to better describe the activity as well as used for editing and optimizing either during recording or in post-processing. Typically, these data would be embedded in the video as user data or in the file as a data track (in accordance with MPEG specifications). In a first alternative, the data may be written to a text track in the file. These data are ignored by players unless text display is turned on. Post-processing algorithms extract these data for analysis. Generally, the text track survives editing. In a second alternative, the data may be written to a separate file, and the file name for the data may be written as metadata on the video file so that post-processing applications can properly associate the data with the video. Optimally, the data are synchronized with the video, but they need not be frame synchronized. In the event the data are stored in a separate file, a timestamp could be used to synchronize the video. This marker may be embedded in the data file to tag the file at a single time (e.g., beginning, middle, end, or upon designation by the user), tag the file with every video frame, or tag periodically.

25

FIG. **38** shows a hybrid flow diagram and pictorial illustration of iPhone viewer/controller **510** paired by Bluetooth® wireless data and control command connection to Cameras **1** and **2** to implement a remote Start/Stop capability for multiple cameras. (Cameras **1** and **2** are also identified by the respective reference numerals **10**₁ and **10**₂ to indicate they are of the same type as digital video camera **10**.) The flow diagram shows iPhone viewer/controller **510** paired to Cameras **1** and **2** and Contour Connect Mobile App in its active operating mode. The pictorial view of iPhone viewer/controller **510** shows on its display screen **532** a Start Record actuator.

The user wanting to start a recording session taps the Start Record actuator to transmit to Bluetooth®-enabled Cameras **1** and **2** a Start Recording command signal. The flow diagram shows Cameras **1** and **2** recording video data in response to the Start Recording command signal. Bluetooth® wireless module **400** in each of Cameras **1** and **2** is configured to respond to the Start Recording command signal, irrespective of the OFF state of switch activators **80** of Cameras **1** and **2**.

The user wanting to complete a recording session taps a Stop Record actuator (not illustrated in FIG. **38**) on display screen **532** to transmit to Cameras **1** and **2** a Stop Recording command signal. The flow diagram shows Cameras **1** and **2** stopping video recording in response to the Stop Recording command signal.

FIG. **38** also shows upper and lower timing diagrams illustrating the timing sequences of video frame acquisition by Cameras **1** and **2** when they are, respectively, manually started asynchronously in response to user-positioning of switch activators **80** and started nearly synchronously in response to user-tapping of the Start Record actuator on display screen **532** of iPhone controller/viewer **510**. The lower timing diagram shows the benefit of wireless connection in accomplishing near synchronous acquisition of streams of video data from multiple cameras.

FIG. **39** is a flow diagram showing an example of pairing Camera **1** and Camera **2** by Bluetooth® wireless data and control command connection through either viewer/controller **510** or controller **510'**, the latter of which is illustrated in FIG. **39**. FIG. **39** shows Camera **1** paired by Bluetooth® wireless connection to controller **510'** and Contour Connect Mobile App in its active operating mode. A user presses the wireless connection activator button on Camera **2** to turn on its Bluetooth® module **400**, which transmits a Bluetooth® Pair (connection) Request signal to Camera **1**. Camera **1**, which is already paired with controller **510'**, detects the Pair Request signal and transmits a Camera Pair Request signal to controller **510'**. Controller **510'** presents a pairing request to the user, who manipulates an actuator to refuse the requested pairing connection, and thereby stop the pairing process, or manipulates an actuator to accept the requested pairing connection, and thereby transmit and pass through Camera **1** to Camera **2** a Confirm Pairing signal to complete the pairing connection.

A synchronization calibration sequence **540** performed between Cameras **1** and **2** calibrates transmission delays between them. Camera **1** transmits to Camera **2** a Sync Calibration signal, to which Camera **2** responds by transmitting a Sync Response signal. Camera **1** determines a calibration delay representing the amount of delay from transmission of the Sync Calibration signal to receipt of the Sync Response signal. This process is repeated a number of times until successive measured calibrated delays are within an operational tolerance.

A synchronized video recording process **542** starts upon completion of synchronization calibration sequence **540**. Camera **1**, operating as the master camera and in response to

26

a user-controlled trigger signal, transmits a Start Recording signal to Camera **2**, which responds by starting to record video data. Camera **1** starts to record video data after expiration of the calibrated delay determined by the synchronization calibration sequence **540** to achieve a synchronized start of recording video data by Cameras **1** and **2**.

An on-screen display ("OSD") sync pulse insertion process **544** facilitates video frame synchronization in video and audio post-processing. Camera **1** transmits a Trigger OSD Sync signal to Camera **2** in response to the start of video data recording by Camera **1**. Camera **2** responds to the Trigger OSD Sync signal by inserting an OSD Sync pulse overlay in the stream of video frames Camera **2** acquires. After expiration of the calibrated delay determined by synchronization calibration sequence **540**, Camera **1** inserts an OSD Sync pulse overlay in the stream of video frames Camera **1** acquires. The time base for computing calibration delay and OSD Sync pulse insertion is preferably provided by a GPS date/time clock available to GPS receiver **458**.

A video and audio post-processing procedure **546** entails performing a search of the streams of video frames for the OSD Sync pulses and shifting the timing of the stream of video frames of Camera **2** to match the OSD Sync pulses of Camera **1**. The frame center, color, audio volume, and other parameters of the Camera **2** video and audio data are adjusted using the OSD Sync pulse so that the streams of video and audio data can be combined for multi-angle shots, three-dimensional images, or other effects.

FIG. **40** is a block diagram showing the post-processing procedure of synchronizing audio data produced by a wireless microphone **550** and wired microphone **90** incorporated in digital video camera **10**. Audi data produced by microphone **90** are compressed by an audio codec **552**. An audio signal produced by wireless microphone **550** is received by Bluetooth® wireless module **400**, converted to digital form by an analog-to-digital convertor **554**, and compressed by an audio codec **556**. Video data produced by image sensor **18** is compressed by a video codec **558**, which resides in main processor **500** of digital video camera **10**. An Audio 1 Track of hard-wired audio data, an Audio 2 Track of wireless audio data, and a Video Track of video data delivered from the respective outputs of audio codec **552**, audio codec **556**, and video codec **558** are combined and contained as parallel tracks in an original video file **560** and stored in an SD memory card **562**.

Wireless microphone **550** introduces a delay in the Audio 2 Track. FIG. **40** illustrates this delay by showing a one-frame temporal offset between corresponding frames of the Audio 1 and 2 Tracks. The above-described OSD Sync pulse functions as an audio time stamp that can be used to correct for the delay and thereby synchronize the Audio 1 and 2 Tracks for automatic post-processing audio analysis. Post-processing is performed in a peripheral computer **570**, which includes a video editor **572** having an audio tracks extraction module **574** that receives from SD card **562** the stored Video, Audio 1, and Audio 2 Tracks data from original video file **560**. Audio tracks extraction module **574** separates the Audio 1 and 2 Tracks, and an audio synchronizer module **576** using the time stamp sync pulse synchronizes them. The synchronized Audio 1 and 2 Tracks, together with the Video Track, are combined in a video/audio combiner module **578** and delivered in proper temporal frame alignment to a new video file **580**.

Data measurements performed depend on the type of data acquired. The most appropriate data varies based upon sport or type of motion recorded; therefore, ideally data sensors are

US 8,896,694 B2

tailored to the relevant sport. Additionally, the best location for measuring data is often not the ideal location for mounting a camera.

FIG. **41** is a simplified block diagram showing the processing of a single track of data from one data source. FIG. **41** shows digital video camera **10** including in its main processor **500** a video file **600** containing a Video Track, an Audio Track, and a Text Track. The Video and Audio Tracks correspond to, respectively, the Video and Audio 1 Tracks contained in original video file **560** of FIG. **40**. The Text Track represents data that are produced by a subtitle generator **602** hardwired to main processor **500** and is presented for display on the video frames.

By using Bluetooth® with its many-to-many connections, multiple data sources can be recorded by the camera. These data sources can be customized to the specific application, for example for automobile racing, data relating to the automobile engine may be captured from on-board diagnostics and transmitted to digital video camera **10**, where the data can be embedded in the video stream for later playback. Examples of multiple data sources include streaming data to one or more cameras from one or more data sources (e.g., GPS data from telephone or GPS collection device, and audio data from remote microphone) and storing such data as individual files or embedded in the video file as metadata, audio tracks, or text.

In post-processing, data associated with video content can be used in editing to correct for shade/lighting changes, to correct for video processing errors, and to enhance the story with information about the path taken, location of the video, speed, and other information. Location and time data embedded in video from sources such as GPS can be used to synchronize videos in post-processing generating a three-dimensional video. Speed, vibration, altitude, temperature, date, and location can be combined to determine the likely sport or activity as part of a post-processing suite. The recommendations can be tuned based on data gathered from a large body of videos in which the activity in the video has been identified. Data associated with video content may be used to associate and group videos from one or more users. The groupings may be based on any characteristic such as time, location, speed, and other factors. Videos that intersect in time or location may be linked so that the viewer can transition to a different camera or video when two videos cross in location or time. Additionally, the data can be used to correlate multiple cameras or videos to create multiple view angles for the same location or event. These data may also be used to correlate videos of the same location taken over time to document the changes in that location over extended durations (hours, days, weeks, years).

Multiple "language" tracks on video file can be used to capture different audio sources (including wireless microphone) from the video camera. This allows the user to select from the optimal audio source in post-processing or allows automatic correction for signal errors and synchronization issues. By storing multiple sources, users are post-processing algorithms and may select the most reliable track in the event there is a dropout resulting from signal quality issues caused by use of a wireless device. Additionally, audio may be captured from multiple sources and from different locations to provide different audio information so that the preferred audio may be selected in post-processing. In the event multiple audio sources are not available, data tracks may be used and the data can be converted into an audio source in post-processing. In the event the wireless audio source cannot be channeled through the audio codec, the raw data can be stored and post-processing can modify these data to convert them to

audio. Any delay introduced by the wireless connection can be corrected by synchronizing the wireless audio source to the primary audio source (internal microphone) using the audio waveforms.

The foregoing approach differs from the prior art technique of automatically switching between an internal microphone and an external microphone, where the external microphone is used when it exists and software automatically reverts to the internal microphone when the external microphone signal is unavailable. Automatic switching would, however, mix audio from different locations and not provide a seamless audio experience.

FIG. **42** is a simplified block diagram showing the processing of multiple tracks of data from multiple data sources. FIG. **42** shows digital video camera **10** including in its main processor **500** a video file **610** containing Video and Audio Tracks corresponding to those contained in video file **600** of FIG. **41** and five text tracks described below.

A data processing and calculations module **612** of main processor **500** receives data from GPS receiver **458**, camera sensors **614**, Bluetooth® wireless module **400** receiving data transmissions from Bluetooth® wireless connection-enabled sources, and a wired data module **614** and delivers these data as Text Track 1, Text Track 2, Text Track 3, Text Track 4, and Text Track 5, respectively.

Text Track 1 contains GPS data such as longitude, latitude, elevation, date/time, and other data available from GPS receiver **458**. The date/time information enables associating acquired video and other data, including data on Text Tracks 2-5, to a certain time point in the video data stream. Peripheral computer **570** takes the time-stamped information and displays it by time point. The transmission delay calibration described with reference to FIG. **39** can be implemented using the GPS-provided date/time clock as a time standard.

Text Track 2 contains operating parameter data such as video resolution, compression rate, and frame rate information available from camera sensors **614** associated with digital video camera **10**.

Text Tracks 3 and 4 contain data acquired from Bluetooth® wireless connection-enabled Data A and Data B transmission sources such as, for example, race car engine sensor data and race car driver heart rate monitor data. These data are typically periodically transmitted to Bluetooth® module **400**. Another example of Data A and Data B sources is data sources transmitting data at different transmission rates.

Text Track 5 contains data produced from a text data module (e.g., subtitle generator **602** of FIG. **41**) hardwired to data processing and calculations module **612**.

It will be obvious to those having skill in the art that many changes may be made to the details of the above-described embodiments without departing from the underlying principles of the invention. For example, skilled persons will appreciate that subject matter of any sentence or paragraph can be combined with subject matter of some or all of the other sentences or paragraphs, except where such combinations are mutually exclusive. The scope of the present invention should, therefore, be determined only by the following claims.

The invention claimed is:

**1**. A point of view digital video camera system, comprising:

an integrated hands-free portable viewfinderless video camera, the video camera including a lens and an image sensor, the image sensor capturing light propagating through the lens and representing a scene to be recorded, and the image sensor producing real time video image data of the scene without displaying the scene to a user of

US 8,896,694 B2

29

the video camera, wherein the real time video image data of the scene relates to an activity in which the user of the video camera is about to engage, the video camera comprising:

a camera processor for receiving the video image data directly or indirectly from the image sensor, and

a wireless connection protocol device operatively connected to the camera processor to send real time video image content by wireless transmission directly to and receive control signals or data signals by wireless transmission directly from a wireless connection-enabled controller, wherein

the camera processor is configured to:

generate the video image content simultaneously at a first resolution and at a second resolution, the video image content at the first resolution and the second resolution corresponding to the video image data representing the scene to be recorded, wherein the first resolution is lower than the second resolution,

stream the real time video image content at the first resolution using the wireless connection protocol device to the wireless connection-enabled controller without displaying the video image content at the video camera,

receive the control signals for adjusting image capture settings of the video camera,

adjust the image capture settings of the video camera prior to recording the scene, and

in response to a record command, cause the video image content at the second resolution to be stored at the video camera;

a mounting interface coupled to the video camera;

a mount configured to be mounted to the body, a garment, or a vehicle of the user of the video camera, the mount configured to receive the mounting interface for rotatably mounting the camera on the body, the garment, or the vehicle of the user of the video camera, the mounting interface and the mount further configured for manual adjustment of the video camera with respect to the user of the video camera; and

the wireless connection-enabled controller for controlling the video camera, the controller comprising executable instructions for execution on a personal portable computing device operable by a user of the personal portable computing device, wherein when executed, the executable instructions cause the personal portable computing device to:

receive video image content at the first resolution directly from the video camera,

display the video image content at the first resolution on a display of the portable computing device for adjustment of the image capture settings prior to the user of the video camera recording the activity, the video image content at the first resolution comprising a preview image of the scene which is not recorded on the camera or the personal portable computing device, the preview image allowing the user of the video camera to manually adjust an angle of the video camera with respect to the user of the video camera, and

generate the control signals to the wireless connection protocol device on the video camera to allow the user of the personal portable computing device to remotely adjust the image capture settings prior to the video camera recording the activity, wherein the control signals comprise at least one of frame alignment, multi-camera synchronization, remote file access, data acquisition, and resolution setting adjustment

30

and at least one of lighting setting adjustment, audio setting adjustment, and color setting adjustment.

**2.** The point of view digital video camera system of claim **1**, wherein the user of the video camera is the user of the personal portable computing device.

**3.** A point of view digital video camera system, comprising:

a hands-free compact portable video camera, comprising:

a lens,

an image sensor configured to capture light propagating through the lens and representing a scene, and produce real time video image data of the scene,

a camera processor for receiving the video image data directly or indirectly from the image sensor, and

a wireless connection protocol device operatively coupled to the processor and configured to send video image content by wireless transmission directly to and receive control signals or data signals by wireless transmission directly from a personal portable computing device executing an application;

a mounting interface coupled to the video camera for mounting the video camera to a user of the video camera; and

a camera mount configured to be mounted to at least one of the body, a garment, and a vehicle of the user of the video camera, the camera mount configured to couple to the mounting interface to mount the video camera on at least one of the body, the garment, and the vehicle of the user of the video camera, wherein the camera mount is further configured for manual adjustment of the video camera with respect to the user of the video camera,

wherein the camera processor is configured to:

generate first video image content and second video image content corresponding to the video image data representing the scene, wherein the second video image content is a higher quality than the first video image content,

cause the wireless connection protocol device to send the first video image content directly to the personal portable computing device for display on a display of the personal portable computing device,

wherein the first video image content comprises a preview image of the scene, the preview image allowing the user of the video camera to manually adjust an angle of the video camera with respect to the user of the video camera, and

wherein the personal portable computing device generates the control signals for the video camera based at least in part on input received from a user of the personal portable computing device, wherein the control signals comprise at least one of a frame alignment, multi-camera synchronization, remote file access, data acquisition, and a resolution setting, and at least one of a lighting setting, a color setting, and an audio setting,

receive, prior to a recording of the scene, the control signals from the personal portable computing device for adjusting one or more image acquisition settings of the video camera in accordance with input received at the personal portable computing device, and

based at least in part on a record command, cause the second video image content to be stored in a storage device at the video camera.

**4.** The point of view digital video camera system of claim **3**, wherein the first video image content comprises at least one of a first image resolution that is lower than a second image

US 8,896,694 B2

31

resolution of the second video image content and a first frame rate that is lower than a second frame rate of the second video image content.

**5.** The point of view digital video camera system of claim 3, wherein the control signals comprise the color setting.

**6.** The point of view digital video camera system of claim 3, wherein the control signals comprise the lighting setting.

**7.** The point of view digital video camera system of claim 3, wherein the control signals comprise the audio setting.

**8.** The point of view digital video camera system of claim 3, wherein the video camera is configured as a server to the personal portable computing device.

**9.** The point of view digital video camera system of claim 3, wherein the video camera does not have a scene preview screen.

**10.** The point of view digital video camera system of claim 4, wherein the video camera does not have a screen for viewing the scene.

**11.** A method for previewing and adjusting a scene to be recorded by a user on an integrated point of view digital video camera, the method comprising:

capturing in real time the scene using the video camera, wherein the video camera comprises:

a lens,

an image sensor configured to capture light propagating through the lens and representing the scene, and produce real time video image data of the scene,

a camera processor for receiving the video image data directly or indirectly from the image sensor, and

a wireless connection protocol device operatively coupled to the processor and configured to communicate directly with a personal portable computing device executing an application;

generating video image content corresponding to the scene to be recorded at a first quality and at a second quality, wherein the first quality is lower than the second quality;

wirelessly transmitting the video image content at the first quality in real time using the wireless connection protocol device of the video camera directly to the personal portable computing device of the user,

wherein the video image content at the first quality is displayed on a display of the personal portable computing device allowing the user to manually adjust an angle of the video camera with respect to the user using at least in part a mounting interface coupled to the video camera and a camera mount configured to be mounted to at least one of the body, a garment, and a vehicle of the user, and

wherein the personal portable computing device generates control signals for adjusting image capture settings of the video camera, the control signals comprising at least one of a frame alignment, multi-camera synchronization, remote file access, data acquisition, and a resolution setting, and at least one of a lighting setting, a color setting, and an audio setting;

32

receiving the control signals directly from the personal portable computing device to adjust the image capture settings of the video camera prior to recording the scene; and

based at least in part on a record command, storing the video image content at the second quality at the video camera.

**12.** The method of claim **11**, wherein the video image content at the first quality comprises at least one of a first image resolution that is lower than a second image resolution of the video image content at the second quality and a first frame rate that is lower than a second frame rate of the video image content at the second quality.

**13.** The method of claim **11**, wherein the video image content at the first quality comprises a first image resolution that is lower than a second image resolution of the video image content at the second quality and a first frame rate that is lower than a second frame rate of the video image content at the second quality.

**14.** The method of claim **12**, further comprising:

monitoring a wireless connection bandwidth between the wireless connection protocol device and the personal portable computing device, and

adjusting at least one of the frame rate and the image resolution of the video image content at the first quality based at least in part on the monitored wireless connection bandwidth.

**15.** The method of claim **11**, further comprising based at least in part on the record command, storing the video image content at the first quality at the video camera.

**16.** The point of view digital video camera system of claim 3, wherein the first video image content comprises a first image resolution that is lower than a second image resolution of the second video image content and a first frame rate that is lower than a second frame rate of the second video image content.

**17.** The point of view digital video camera system of claim 4, wherein the camera processor is further configured to:

monitor a wireless connection bandwidth between the wireless connection protocol device and the personal portable computing device, and

adjust at least one of the frame rate and the image resolution of the first video image content based at least in part on the monitored wireless connection bandwidth.

**18.** The point of view digital video camera system of claim 3, wherein the camera processor is further configured to cause the first video image content to be stored in the storage device at the video camera based at least in part on the record command.

**19.** The point of view digital video camera system of claim 3, wherein the user of the video camera is the user of the personal portable computing device.

**20.** The point of view digital video camera system of claim 1, wherein the video image content at the first resolution has a lower frame rate than a frame rate of the video image content at the second resolution.

* * * * *