IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CONTOUR IP HOLDING, LLC and ION WORLDWIDE, INC., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) C.A. No. 15-1108 (LPS) (CJB) ) ) |
| GOPRO, INC., | ) ) |
| Defendant. | ) ) |

### DEFENDANT GOPRO, INC.'S MOTION TO STAY PENDING *INTER PARTES* REVIEW OF THE PATENTS-IN-SUIT

Defendant GoPro, Inc. ("GoPro") moves for a stay of this action pending *Inter Partes* Reviews of both patents-in-suit, U.S. Patent No. 8,890,954 and U.S. Patent No. 8,896,694. The grounds for this motion are set forth in GoPro's opening brief filed concurrently.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Michael J. Flynn*

Jack B. Blumenfeld (#1014)
Michael J. Flynn (#5333)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@mnat.com
mflynn@mnat.com

*Attorneys for Defendant*

OF COUNSEL:

Karineh Khachatourian
Patrick S. Salceda
DUANE MORRIS LLP
2475 Hanover Street
Palo Alto, CA 94304
(640) 847-4150

February 1, 2016

# CERTIFICATION PURSUANT TO LOCAL RULE 7.1.1

Pursuant to District of Delaware Local Rule 7.1.1, Defendant GoPro, Inc. ("GoPro") hereby certifies that a reasonable effort has been made to reach agreement with Plaintiffs Contour IP Holding, LLC and iON Worldwide, Inc. on the matter set forth in GoPro's Motion to Stay Pending *Inter Partes* Review of the Patents-in-Suit. The parties were unable to reach agreement.

/s/ *Michael J. Flynn*

Michael J. Flynn (#5333)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CONTOUR IP HOLDING, LLC and <br> ION WORLDWIDE, INC., <br><br> Plaintiffs, <br><br> v. <br><br> GOPRO, INC., <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) C.A. No. 15-1108 (LPS) (CJB) <br> ) <br> ) <br> ) <br> ) <br> ) |

**[PROPOSED] ORDER GRANTING GOPRO, INC.'S MOTION
TO STAY PENDING *INTER PARTES* REVIEW OF THE PATENTS-IN-SUIT**

WHEREAS, Defendant GoPro, Inc. filed a Motion to Stay Pending Inter Partes Review of the Patents-in-Suit; and

WHEREAS, the Court having considered the respective papers submitted by both parties, in support of, or in opposition to, said motion;

IT IS HEREBY ORDERED that:

Defendant GoPro, Inc.'s Motion is GRANTED

Dated: _____            _____
                                                         J.

# CERTIFICATE OF SERVICE

I hereby certify that on February 1, 2016, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on February 1, 2016, upon the following in the manner indicated:

| | |
|---|---|
| John W. Shaw, Esquire<br>Andrew E. Russell, Esquire<br>SHAW KELLER LLP<br>300 Delaware Avenue, Suite 1120<br>Wilmington, DE 19801<br>*Attorneys for Plaintiffs* | *VIA ELECTRONIC MAIL* |
| Paul M. Schoenhard, Esquire<br>Nicole M. Jantzi, Esquire<br>ROPES & GRAY LLP<br>2099 Pennsylvania Avenue NW<br>Washington, DC 20006-6807<br>*Attorneys for Plaintiffs* | *VIA ELECTRONIC MAIL* |

*/s/ Michael J. Flynn*

Michael J. Flynn (#5333)