

John W. Shaw
300 Delaware Avenue, Suite 1120
Wilmington, DE 19801
(302) 298-0701- Direct
jshaw@shawkeller.com

April 22, 2016

**BY CM/ECF AND HAND DELIVERY**
The Honorable Christopher J. Burke
U.S. District Court for the District of Delaware
844 N. King Street
Wilmington, DE 19801

   Re:   *Contour IP Holding, LLC v. GoPro, Inc.*, C.A. No. 15-1108-LPS-CJB

Dear Judge Burke:

      Enclosed please find the proposed revised scheduling order that incorporates the Court's rulings and the parties' agreements from the April 19, 2016 scheduling conference. The unresolved disputes appear in bold.

                                  Respectfully submitted,

                                  */s/ John W. Shaw*

                                  John W. Shaw (No. 3362)

Enclosure

cc:     All Counsel of record (by e-mail)
          Clerk of Court (by CM/ECF & hand delivery)