IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CONTOUR IP HOLDING, LLC and<br>ION WORLDWIDE, INC., | )<br>)<br>) | REDACTED – PUBLIC VERSION |
| Plaintiffs, | ) | |
| v. | ) | C.A. No. 15-1108-LPS-CJB |
| | ) | |
| GOPRO, INC. | ) | |
| | ) | |
| Defendant. | ) | |

**LETTER TO THE HONORABLE CHRISTOPHER J. BURKE FROM JOHN W. SHAW**

                                                           John W. Shaw (No. 3362)
                                                           Andrew E. Russell (No. 5382)
                                                           SHAW KELLER LLP
                                                           300 Delaware Avenue
                                                           Suite 1120
                                                           Wilmington, DE 19801
                                                          (302) 298-0700
                                                           jshaw@shawkeller.com
                                                           arussell@shawkeller.com
OF COUNSEL:                                           *Attorneys for Plaintiff*
Paul M. Schoenhard
Nicole M. Jantzi
ROPES & GRAY LLP
2099 Pennsylvania Avenue NW
Washington, DC 20006
(202) 508-4600

Dated: April 26, 2016



John W. Shaw
300 Delaware Avenue, Suite 1120
Wilmington, DE 19801
(302) 298-0701 - Direct
jshaw@shawkeller.com

April 26, 2016

**BY CM/ECF AND HAND DELIVERY**
The Honorable Christopher J. Burke
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801



Re: *Contour IP Holding, LLC et al. v. GoPro, Inc.*, C.A. No. 15-1108-LPS-CJB

Dear Judge Burke:

Contour IP Holdings, LLC ("Contour IP") writes to alert the Court that two exhibits to the April 22, 2016 letter filed by GoPro, Inc., ("GoPro"), (D.I. 35), Exhibits F and G, contain statements made during compromise negotiations about the claim in the action (namely, regarding whether Plaintiffs have the right to assert their infringement claims). Federal Rule of Evidence 408 ("Rule 408") prohibits the use of such statements to prove or disprove the validity of such a claim.

Upon receiving these exhibits, Contour IP notified GoPro's counsel and asked for the withdrawal of the exhibits, but GoPro refused. (Exh. A). GoPro asserts that (1) the letters were not marked as Rule 408 communications, (2) that the letters were not compromise offers, and (3) that they fall into the Rule 408(b) exception. (*Id.* at 1).

As to GoPro's argument (1), Rule 408 does not require that communications be explicitly marked as Rule 408 communications in order to be protected by that rule, and to require otherwise would defeat the purpose of the rule.

As to argument (2), the letters plainly represent "conduct or a statement made during compromise negotiations about the claim" and thus fall within the scope of the rule. Fed. R. Evid. 408(a)(2).

As to argument (3), the letters go directly to whether iON Worldwide, Inc.'s ("iON") claim against GoPro is valid, in that they are offered as evidence of whether iON has standing to pursue that claim.

Contour IP respectfully requests that the Court decline to consider the contents of Exhibits F and G to GoPro's April 22, 2016 letter on the grounds that consideration of these documents is prohibited by Rule 408. In the alternative, Contour IP respectfully requests the Court's permission to file a motion to strike or to raise a discovery dispute in order to fully brief this issue.

Respectfully submitted,

*/s/ John W. Shaw*

John W. Shaw (No. 3362)

cc: All counsel of record (by e-mail)
     Clerk of Court (by hand delivery)

# Exhibit A

**From:** Flynn, Michael J. [mailto:michael.flynn@MNAT.com]
**Sent:** Monday, April 25, 2016 4:40 PM
**To:** John Shaw
**Cc:** Blumenfeld, Jack; Karineh Khachatourian (kkhachatourian@duanemorris.com)
**Subject:** RE: GoPro / Contour (15-1108) - SEALED Letter to Judge Burke (D.I. 35)

John,

Neither of the e-mails in Exs. F and G were marked as FRE 408 communications, and there was no agreement among the parties to restrict use of the correspondence. In any event, neither message falls within the prohibitions of FRE 408 because they are not compromise offers or negotiations and even if they were, would fall within the exception to FRE 408(b).

_____

**MICHAEL J. FLYNN**
Morris, Nichols, Arsht & Tunnell LLP
(302) 351-9661 Direct
**mflynn@mnat.com**


**From**: John Shaw [mailto:jshaw@shawkeller.com]
**Sent**: Monday, April 25, 2016 01:35 PM Eastern Standard Time
**To**: Blumenfeld, Jack
**Cc**: Hoy, Rebecca; MNAT Internal <78269.wilm@wcs.mnat.com>
**Subject**: RE: GoPro / Contour (15-1108) - SEALED Letter to Judge Burke (D.I. 35)

Jack,

We are concerned that GoPro has filed with the Court (as Exhibits F and G to its April 22 letter) communications that are subject to FRE 408. Please immediately notify the Court and take necessary steps to retract these documents and discussion thereof. If you disagree, please immediately provide your position and an explanation.

Thank you.

John

**From:** Hoy, Rebecca [mailto:rhoy@MNAT.com]
**Sent:** Friday, April 22, 2016 5:56 PM
**To:** Andrew Russell; Blumenfeld, Jack; Ian Brooks; John Shaw; Karen Keller; Karineh Khachatourian; MNAT Internal; Nicole M. Jantzi; Patrick Salceda; Paul Schoenhard
**Subject:** GoPro / Contour (15-1108) - SEALED Letter to Judge Burke (D.I. 35)

**On behalf of Michael J. Flynn, I forward the following:**

**Docket Text – D.I. 35:**
**[SEALED] Letter to The Honorable Christopher J. Burke from Michael Flynn regarding the Court's April 19, 2016 Oral Order. (Attachments: # (1) Exhibits A-G)(Flynn, Michael)**

**REBECCA HOY**
Administrative Assistant
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 351-9154 T
**rhoy@mnat.com | www.mnat.com**

---

This message, including any accompanying documents or attachments, may contain information that is confidential or that is privileged. If you are not the intended recipient of this message, please note that the dissemination, distribution, use or copying of this message or any of the accompanying documents or attachments is strictly prohibited. If you believe that you may have received this message in error, please contact me at (302) 658-9200 or by return e-mail.