IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CONTOUR IP HOLDING, LLC and ION WORLDWIDE, INC., <br><br> Plaintiffs, <br><br> v. <br><br> GOPRO, INC., <br><br> Defendant. | ) ) ) ) ) ) C.A. No. 15-1108 (LPS) (CJB) ) ) ) ) ) |

## STIPULATION TO EXTEND TIME

IT IS HEREBY STIPULATED AND AGREED by the Parties, subject to the approval of the Court, that the date by which the Parties shall serve Fed. R. Civ. P. 26(a)(1) Initial Disclosures is extended to May 10, 2016, and the date for submission to the Court of a proposed Protective Order is extended to May 23, 2016.

SHAW KELLER LLP

/s/ Andrew E. Russell

John W. Shaw (# 3362)
Andrew E. Russell (# 5382)
300 Delaware Avenue, Suite 1120
Wilmington, DE 19801
(302) 298-0700
jshaw@shawkeller.com
arussell@shawkeller.com

*Attorneys for Plaintiffs*

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Michael J. Flynn

Jack B. Blumenfeld (#1014)
Michael J. Flynn (#5333)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@mnat.com
mflynn@mnat.com

*Attorneys for Defendant*

**IT IS SO ORDERED** this _____ day of _____, 2016.

_____
J.