IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CONTOUR IP HOLDING, LLC and<br>ION WORLDWIDE, INC., | )<br>)<br>) | |
| Plaintiffs, | )<br>) | |
| v. | ) | C.A. No. 15-1108-LPS-CJB |
| GOPRO, INC., | )<br>)<br>) | |
| Defendant. | ) | |

**PLAINTIFFS' NOTICE OF INTENT TO REDACT**

Plaintiffs Contour IP Holding, LLC ("CIPH") and iON Worldwide, Inc. ("iON") (collectively, "Plaintiffs"), by and through their undersigned counsel, pursuant to Rule 5.2 of the Federal Rules of Civil Procedure and this Court's policy on the electronic availability of transcripts of court proceedings, hereby submits its Notice of Intent to Redact regarding the transcript from the hearing held on April 19, 2016 (D.I. 41).

|  |  |
|---|---|
| | */s/ Andrew E. Russell* |
| | John W. Shaw (No. 3362) |
| OF COUNSEL: | Andrew E. Russell (No. 5382) |
| Paul M. Schoenhard | SHAW KELLER LLP |
| Nicole M. Jantzi | 300 Delaware Avenue, Suite 1120 |
| Ian B. Brooks | Wilmington, DE 19801 |
| ROPES & GRAY LLP | (302) 298-0700 |
| 2099 Pennsylvania Avenue NW | jshaw@shawkeller.com |
| Washington, DC 20006 | arussell@shawkeller.com |
| (202) 508-4600 | *Attorneys for Plaintiffs* |

Dated: May 20, 2016