IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CONTOUR IP HOLDING, LLC and<br>ION WORLDWIDE, INC.,<br><br>        Plaintiffs,<br><br>        v.<br><br>GOPRO, INC.,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)  C.A. No. 15-1108 (LPS) (CJB)<br>)<br>)<br>)<br>)<br>)<br>) |

## STIPULATION TO EXTEND TIME

IT IS HEREBY STIPULATED AND AGREED by the Parties, subject to the approval of the Court, that the date by which the Parties shall submit a proposed Protective Order is extended to May 27, 2016. No other deadlines will be affected.

SHAW KELLER LLP                                           MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ *Nathan R. Hoeschen*                                  /s/ *Michael J. Flynn*
John W. Shaw (# 3362)                                     Jack B. Blumenfeld (#1014)
Andrew E. Russell (# 5382)                                Michael J. Flynn (#5333)
Nathan R. Hoeschen (# 6232)                               1201 North Market Street
300 Delaware Avenue, Suite 1120                           P.O. Box 1347
Wilmington, DE 19801                                      Wilmington, DE 19899
(302) 298-0700                                            (302) 658-9200
jshaw@shawkeller.com                                      jblumenfeld@mnat.com
arussell@shawkeller.com                                   mflynn@mnat.com
nhoeschen@shawkeller.com

                                                           *Attorneys for Defendant*

*Attorneys for Plaintiffs*

**IT IS SO ORDERED** this _____ day of _____, 2016.

                                                                                       J.