

Andrew E. Russell
300 Delaware Avenue, Suite 1120
Wilmington, DE 19801
(302) 298-0704 - Direct
arussell@shawkeller.com

June 3, 2016

**BY CM/ECF AND HAND DELIVERY**
The Honorable Leonard P. Stark
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801

    Re:    *Contour IP Holding, LLC v. GoPro, Inc.*, C.A. No. 15-1108-LPS-CJB

Dear Chief Judge Stark:

The parties in the above-referenced matter write to request the scheduling of a discovery teleconference.

The following attorneys, including at least one Delaware Counsel and at least one Lead Counsel per party, participated in a verbal meet-and-confer (in person and/or by telephone) on the following date(s):

May 31, 2016

| | |
|---|---|
| Delaware Counsel: | Andrew E. Russell |
| | Michael Flynn |
| Lead Counsel: | Paul Schoenhard |
| | Karineh Khachatourian |

The dispute requiring judicial attention are listed below:

- Whether the protective order in this action should permit an expert reviewing source code to take notes that contain portions of said source code, and if so, what restrictions should be imposed.

Respectfully submitted,

*/s/ Andrew E. Russell*

Andrew E. Russell (No. 5382)

Cc:    Clerk of the Court (via hand delivery)
          All Counsel of Record (via CM/ECF and Email)