# SHAW KELLER LLP

Andrew E. Russell
300 Delaware Avenue, Suite 1120
Wilmington, DE 19801
(302) 298-0704 - Direct
arussell@shawkeller.com

June 14, 2016

**BY CM/ECF AND HAND DELIVERY**
The Honorable Leonard P. Stark
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801

    Re:    *Contour IP Holding, LLC v. GoPro, Inc.*, C.A. No. 15-1108-LPS-CJB

Dear Chief Judge Stark:

The parties in the above-referenced matter write to request the scheduling of a discovery teleconference.

The following attorneys, including at least one Delaware Counsel and at least one Lead Counsel per party, participated in a verbal meet-and-confer (in person and/or by telephone) on the following date(s):

June 13, 2016

    Delaware Counsel:  Andrew E. Russell – Shaw Keller LLP
                                 Michael Flynn – Morris, Nichols, Arsht & Tunnell LLP

    Lead Counsel:       Paul Schoenhard – Ropes & Gray LLP
                                 Karineh Khachatourian – Duane Morris LLP

The dispute requiring judicial attention is listed below:

- Whether GoPro, Inc. has produced sufficient core technical documents to meet its obligations under the scheduling order.

                                                      Respectfully submitted,

                                                      */s/ Andrew E. Russell*

                                                      Andrew E. Russell (No. 5382)

Cc:    Clerk of the Court (via hand delivery)
        All Counsel of Record (via CM/ECF and Email)