IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CONTOUR IP HOLDING, LLC and ION WORLDWIDE, INC., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) C.A. No. 15-1108 (LPS) (CJB) ) ) |
| GOPRO, INC., | ) ) |
| Defendant. | ) |

## ORDER

At Wilmington this _____ day of _____, 2016.

WHEREAS, Magistrate Judge Burke issued a Report and Recommendation (D.I. 77) on September 16, 2016;

WHEREAS, the Report and Recommendation recommends that the Court dismiss iON Worldwide, Inc. as a plaintiff in this matter with prejudice (D.I. 73);

WHEREAS, any Objections to the Report and Recommendation were to be filed by October 3, 2016;

WHEREAS, no party has filed an Objection to the Report and Recommendation;

WHEREAS, the Court concludes that the Report and Recommendation should be adopted;

NOW THEREFORE, IT IS HEREBY ORDERED that the Report and Recommendation (D.I. 77) is **ADOPTED** and Plaintiff iON Worldwide, Inc. is dismissed from this lawsuit with prejudice.

_____
UNITED STATES DISTRICT JUDGE