# Morris, Nichols, Arsht & Tunnell LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

(302) 658-9200
(302) 658-3989 FAX

**Michael J. Flynn**
(302) 351-9661
(302) 498-6217 FAX
mflynn@mnat.com

November 30, 2016

*VIA ELECTRONIC FILING*

The Honorable Leonard P. Stark
J. Caleb Boggs Federal Building
844 King Street, Unit 26, Room 6124
Wilmington, DE 19801-3556

   Re: *Contour IP Holding, LLC, et al. v. GoPro, Inc.*, C.A. No. 15-1108 (LPS) (CJB)

Dear Chief Judge Stark:

  Defendant GoPro, Inc. requests that the Court enter an order adopting Judge Burke's September 16, 2016 Report and Recommendation (D.I. 77). No party has filed objections to the Report and Recommendation.

  Plaintiff has questioned whether iON "remains on the docket" and raised a concern that the dismissal of iON is not final. D.I. 90 at n. 2.

  GoPro therefore requests that the Court enter an order adopting the Report and Recommendation to resolve any concerns regarding the status of iON as a party. A form of Order is attached. Counsel for Plaintiff has advised us that it does not oppose the entry of such an order.

               Respectfully,

               Michael Flynn (# 5333)

cc: Clerk of Court
   All counsel of record