IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CONTOUR IP HOLDING, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 15-1108-LPS-CJB |
| | ) | |
| GOPRO, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION TO EXTEND TIME

IT IS HEREBY STIPULATED AND AGREED by the Parties, subject to the approval of the Court, that:

The date by which Plaintiff Contour IP Holding, LLC shall respond to Defendant GoPro, Inc.'s ("GoPro") Motion to Stay and for Costs (D.I. 93) is extended to December 19, 2016;

The date by which GoPro shall file its reply in support of its Motion to Stay and for Costs (D.I. 93) is extended to January 6, 2017; and

The date by which GoPro shall file its reply in support of its Motion to Change Venue (D.I. 83) is extended to December 19, 2016.

| | |
|---|---|
| */s/ Andrew E. Russell* | */s/ Jack B. Blumenfeld* |
| John W. Shaw (No. 3362) | Jack B. Blumenfeld (No. 1014) |
| Andrew E. Russell (No. 5382) | Michael J. Flynn (No. 5333) |
| SHAW KELLER LLP | MORRIS, NICHOLS, ARSHT & |
| 300 Delaware Avenue, Suite 1120 | TUNNELL LLP |
| Wilmington, DE 19801 | 1201 North Market Street |
| (302) 298-0700 | P.O. Box 1347 |
| jshaw@shawkeller.com | Wilmington, DE 19899 |
| arussell@shawkeller.com | (302) 658-9200 |
| *Attorneys for Plaintiff* | jblumenfeld@mnat.com |
| | mflynn@mnat.com |
| Dated: December 14, 2016 | *Attorneys for Defendant* |

SO ORDERED this _____ day of _____, 2016.

_____
United States Magistrate Judge