IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CONTOUR IP HOLDING, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 15-1108-LPS-CJB |
| | ) |
| GOPRO, INC., | ) |
| | ) |
| Defendant. | ) |

**NOTICE OF CHANGE OF FIRM**
**AFFILIATION FOR CERTAIN PRO HAC VICE COUNSEL**

PLEASE TAKE NOTICE that Paul M. Schoenhard and Nicole M. Jantzi, counsel for Plaintiff Contour IP Holding, LLC, are now affiliated with the following firm:

> MCDERMOTT WILL & EMERY
> The McDermott Building
> 500 North Capitol Street, NW
> Washington, DC 20001
> (202) 756-8000
> pschoenhard@mwe.com
> njantzi@mwe.com

| | |
|---|---|
| OF COUNSEL: | /s/ Karen E. Keller |
| Paul M. Schoenhard | John W. Shaw (No. 3362) |
| Nicole M. Jantzi | Karen E. Keller (No. 4489) |
| MCDERMOTT WILL & EMERY | Andrew E. Russell (No. 5382) |
| The McDermott Building | SHAW KELLER LLP |
| 500 North Capitol Street, NW | 300 Delaware Avenue, Suite 1120 |
| Washington, DC 20001 | Wilmington, DE 19801 |
| (202) 756-8000 | (302) 298-0700 |
| | jshaw@shawkeller.com |
| | kkeller@shawkeller.com |
| Ian B. Brooks | arussell@shawkeller.com |
| ROPES & GRAY LLP | *Attorneys for Plaintiff* |
| 2099 Pennsylvania Avenue NW | |
| Washington, DC 20006 | |
| (202) 508-4600 | |

Dated: January 24, 2017